UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>FORT TOTTEN METRORAIL CASES )<br>Arising Out of the Events of June 22, 2009 )<br>                                                    )<br>LEAD CASE: Jenkins v. Washington )<br>Metropolitan Area Transit Authority, et al. )<br>                                                    )<br>THIS DOCUMENT RELATES TO: )<br>Case No. 1:09-cv-1442 RBW )<br>Jenkins v. Washington )<br>Metropolitan Area Transit Authority, et al. )<br>                                                    ) | Case No.: 10 MC 314 (RBW) |

## PLAINTIFF'S DESIGNATION OF EXPERT DAMAGES WITNESSES

Plaintiff, by and through counsel, The Cochran Firm, and pursuant to the Rules of Court and this Court's Scheduling Order, submits the following list of expert witnesses who Plaintiff will call to testify at the trial of the above-captioned case. A copy of each independently retained expert's curriculum vitae, testimony list and initial report is being provided to counsel with this designation.

## GENERAL INFORMATION

The information provided in this Designation is preliminary and subject to change or supplementation as additional information becomes available prior to trial and as discovery of additional factual information is developed. In addition, any expert designated specifically reserves the right to modify, add to, or correct any opinions expressed herein based on additional, pertinent or different information that is obtained prior to trial. The witnesses are expected to testify in part on the basis of their review of certain documents in the record, other documents, including those produced pursuant to discovery, testimony given during depositions or in other court related proceedings, and

may rely, pursuant to the Rules of Evidence, on reports, statements and opinions the expert would ordinarily use or rely upon in the formulation of his or her opinions in the specialty in which he or she is qualified. These experts also base their opinions in part upon their expertise, training, background and general knowledge of the area in which the opinions are being offered. Finally, the Plaintiff reserves the right to offer additional expert witnesses in the fields in which these experts have been identified, and specifically reserves the right to substitute other expert witnesses in the event any of the designated witnesses are unavailable for trial to or otherwise cannot testify. The Plaintiff will accommodate the Defendants in such events by making any additional or substituted expert witness available for a discovery deposition prior to trial.

## EXPERT WITNESS INFORMATION

### Treating Doctors

1. Sharon M. Colvin, M.D., Coroner
   District of Columbia Government
   Chieft Medical Examiner Office
   1910 Massachusetts Avenue, Southeast
   Washington, DC 20003-2542

### Independently Retained to Testify at Trial

2. Michael M. Baden, M.D.
   15 West 53rd Street, Ste. 18B
   New York, NY 10019

Michael M. Baden, M.D. is a board-certified physician licensed to practice medicine in the State of New York. Dr. Baden specializes in internal medicine and pathology. In addition, he has extensive experience in forensic medicine, has been a medical examiner for forty-five years, and has performed more than 20,000 autopsies. Dr. Baden will testify as to nature of the injuries of Ms. Veronica Dubose, her cause of death,

and her conscious pain and suffering prior to her death, all to a reasonable degree of medical probability.

Dr. Baden will base his testimony on his education, training, and experience, as well as his review of materials provided to him and those to be provided, as discovery is ongoing. He will testify in accordance with the facts, findings, and opinions contained within those materials, which are incorporated herein by reference.

Plaintiff incorporates by reference Dr. Baden's curriculum vitae, any reports prepared by him, including the one attached hereto, and any additional related opinions which may be set forth in the discovery deposition of Dr. Baden. Dr. Baden will render his opinions to a reasonable degree of medical certainty within his area of expertise.

3. Phillip Bussey, Ph.D., CRC
   Phillip Bussey & Associates, Inc.
   9500 Annapolis Road, B-6
   Lanham, MD 20706

Phillip Bussey, Ph.D., CRC holds a Doctor of Philosophy, Rehabilitation Counseling, and is licensed in the State of Maryland, Massachusetts, Virginia and Tennessee. Dr. Bussey specializes in the assessment and provision of long-term rehabilitation needs for severely disabled persons and decedents, as well as the vocational path and earnings injured or deceased persons would have followed and attained had they not been injured or died. Dr. Bussey will testify as to the anticipated career path and earnings of Veronica DuBose had she lived a normal work life span.

Dr. Bussey will base his testimony on his education, training, and experience, as well as his review of documents provided to him, which include Ms. DuBose's tax returns, data from her employer(s), a copy of the memorial publication, various occupational licenses, Sanz School records, a Washington Post article, and her death

certificate. He will testify in accordance with the facts, findings, and opinions contained within those records, including opinions of other experts, which are incorporated herein by reference. Dr. Bussey has issued a report summarizing his findings, conclusions, and opinions regarding Ms. DuBose. Dr. Bussey will testify that Ms. DuBose died prior to completing her anticipated career path. In addition, he will testify concerning the course Ms. DuBose career and work life would have taken, including a progression in employment status and responsibility.

Plaintiff incorporates by reference Dr. Bussey's curriculum vitae, any report prepared by him, including the one attached hereto, and any additional related opinions which may be set forth in the discovery deposition of Dr. Bussey. Dr. Bussey reserves the right to supplement his opinions as additional information becomes available, as discovery is ongoing. He will render his opinions to a reasonable degree of certainty within his area of expertise.

    4.    Thomas C. Borzilleri, Ph.D.
           One Democracy Plaza
           6701 Democracy Blvd., Ste. 300
           Bethesda, MD 20817

Thomas C. Borzilleri, Ph.D. is an economist and has extensive experience and knowledge of the mathematical science and calculation of the present value of reduced and/or lost potential earnings and fringe benefits as a result of disability or death, as well as the lost value of household services.

Dr. Borzilleri will testify as an expert witness in the field of economic valuation, calculation, and projection at trial. Dr. Borzilleri will testify in accord with the facts, findings, and conclusions detailed in his report, which is attached hereto and incorporated

4

herein by reference. Dr. Borzilleri will testify regarding the economic value of Ms. DuBose's vocational losses, as well as the loss of her household services.

Dr. Borzilleri will testify that Ms. DuBose's earning capacity would have increased due to the completion of her training in her chosen career path of nursing had she not died from injuries suffered on June 22, 2009. Ms. DuBose also would have continued to perform a wide variety of household and related services on a regular and routine basis.

Dr. Borzilleri will address and/or refute the opinions and other testimony proffered by the witnesses, including the expert witnesses, called by the defendants at trial. Dr. Borzilleri will state his opinions to a reasonable degree of economic probability. Plaintiff incorporates by reference Dr. Borzilleri's curriculum vitae, economic report and any additional related opinions which may be set forth in the discovery deposition of Dr. Borzilleri, or as may be supplemented, as discovery is ongoing.

Plaintiff reserves the right to call any and all expert witnesses identified by the parties in their respective expert designations, witness lists and/or discovery responses, and any of Ms. DuBose's treating healthcare providers who may provide testimony within their areas of expertise regarding their care and treatment of Ms. DuBose, as well as representatives of Ms. Dubose's employers or others who can address her likely career path and related issues.

Plaintiff reserves the right to supplement, alter and/or amend this Preliminary Expert Designation as discovery proceeds.

Respectfully submitted,

/s/
David E. Haynes (D.C. Bar No. 483119)
Stephen D. Annand (D.C. Bar No.   480532)
1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, DC 20005
Dhaynes@cochranfirm.com
Sannand@cochranfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January, 2011, I served electronically the foregoing Plaintiff's Designation of Expert Damages Witnesses on the following parties:

Timothy M. Broas, Esquire
John Justin Rosenthal, Esquire
John A. McMillan, Esquire
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817
(202) 282-5000
(202) 282-5100 (fax)
tbroas@winston.com
jrosenthal@winston.com
jmcmillan@winston.com
Attorneys for Defendant Alstom Signaling, Inc.

Leslie Paul Machado, Esquire
Robert Francis Reklaitis, Esquire
LeClair Ryan
1101 Connecticut Avenue
Suite 600
Washington, D.C. 20036
Leslie.machado@leclairryan.com
Robert.reklaitis@leclairryan.com
Attorney for Defendant Ansaldo STS USA, Inc.

6

Robert Bruce Wallace, Esquire
Wilson Elser Moskowitz Edelman & Dicker, LLP
700 11th Street, NW
Suite 400
Washington, DC 20001
(202) 626-7667
(202) 628-3606 (fax)
robert.wallace@wilsonelser.com
Attorney for Defendant Washington Metropolitan Area Transit Authority

William G. Gandy, Esquire
Wilson Elser Moskowitz Edelman & Dicker, LLP
8444 Westpark Drive
Suite 510
McLean, VA 22102
(703) 245-9300
(703) 245-9301 (fax)
William.Gandy@WilsonElser.com
Attorney for Defendant Washington Metropolitan Area Transit Authority

Brendan H. Chandonnet, Esquire
Washington Metropolitan Area Transit Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805
bchandonnet@wmata.com
Attorney for Defendant Washington Metropolitan Area Transit Authority

Mark F. Sullivan, Esquire
Washington Metropolitan Area Transit Authority
Office of General Counsel
600 Fifth Street, NW, Room 2D11
Washington, DC 20001
(202) 962-2814
(202) 962-2550 (fax)
msullivan@wmata.com
Attorney for Defendant Washington Metropolitan Area Transit Authority

Donald L. DeVries, Esquire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000
(410) 783-4040 (fax)
dld@gdldlaw.com
Attorney for Defendant AIRINC

Brian E. Hoffman, Esquire
Saunders & Schmieler, PC
8630 Fenton Street, Suite 1202
Silver Springs, MD 20910
(301) 588-7717
(301) 588-5073 (fax)
hoffmanb@sslawfirm.com
Attorney for Defendant ADCO

                                                  /s/ David E. Haynes
                                                  David E. Haynes