## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————————————————
                                                    )
**In the Matter of the**                            )
**FORT TOTTEN METRORAIL CASES**                     )
**Arising Out of the Events of June 22, 2009**      )
                                                    )
                                                    )
**LEAD CASE: <u>Jenkins v. Washington</u>**         )
**<u>Metropolitan Area Transit Authority, et al.</u>** ) **Case No.: 1:10-mc-00314-RBW**
                                                    )
                                                    )
**THIS DOCUMENT RELATES TO:**                       )
**ALL CASES**                                       )
—————————————————————————————————                   )

## DEFENDANTS' JOINT INITIAL EXPERT DAMAGES
## WITNESS DESIGNATION PURSUANT TO RULE 26(a)(2)

Defendant Washington Metropolitan Area Transit Authority ("WMATA"), Defendant

Alstom Signaling, Inc. ("Alstom"), Defendant Ansaldo STS USA, Inc. ("Ansaldo"), Defendant

ARINC, Defendant ADCO Circuits, Inc. ("ADCO"), and Third-Party Defendant AirSep

Corporation ("AirSep"), by and through their undersigned attorneys, hereby provide their

disclosure of expert damages witnesses pursuant to this Court's scheduling order and as required

by Federal Rule of Civil Procedure 26(a)(2). This expert disclosure is based upon the discovery

conducted to date, and Defendants and Third-Party Defendant reserve the right to supplement

this filing, as well as designate additional experts and/or rebuttal experts pending completion of

discovery.

The language contained herein is that of defense counsel and not that of the expert

witness. Each expert may choose to express his or her opinions in different terminology and may

elaborate upon his or her designation at deposition and/or at trial. Defendants and Third-Party

Defendant reserve the right to elicit testimony from any witnesses identified in any party's expert

1

designation. Defendants and Third-Party Defendant further reserve the right to elicit opinion

testimony from any qualified fact witness. Defendants and Third-Party Defendant also reserve

the right to supplement or amend their expert designations based upon any additional

information obtained during discovery, including information obtained during, or derived from,

the depositions of any party's experts.

### GENERAL EXPERT DISCLOSURE

Defendants and Third-Party Defendant anticipate calling the following expert witnesses

to testify about issues affecting Plaintiffs' damages claims at trial:

1.    **David Richard Fowler, MB, ChB. M.Med. Path.**
       **Chief Medical Examiner**
       **Office of the Chief Medical Examiner**
       **111 Penn Street**
       **Baltimore, MD 21201**
       **(410) 333-3225**

Dr. David Fowler is a physician licensed to practice medicine in the state of Maryland

and board certified in anatomic and forensic pathology. Dr. Fowler is the Chief Medical

Examiner for the state of Maryland and has worked as a medical examiner for the state of

Maryland for the past 18 years. He has performed numerous autopsies and authored numerous

peer reviewed articles regarding forensic science, pathology and toxicology. Dr. Fowler will

testify as to the nature of the plaintiff's decedent's injuries, cause of death, and consciousness of

pain and suffering.

Dr. Fowler will base his testimony on his education, training, experience, and learned

treatises in the field of forensic pathology. Dr. Fowler will also base his opinions on his review

of the plaintiff's decedent's medical records and other materials provided to him and those which

may be provided to him in the future. Dr. Fowler will testify consistent with his signed reports.

Dr. Fowler's Curriculum Vitae, which includes a list of all publications authored by Dr. Fowler

2

in the past 10 year, is attached as Exhibit 1A. All testimony Dr. Fowler has given as an expert

witness in the last 4 years and Dr. Fowler's fee schedule for this case are attached as Exhibit 1B.

All opinions provided by Dr. Fowler will be to a reasonable degree of medical certainty in the

field of forensic pathology.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or

amend this Designation based upon any additional information obtained during discovery,

including information obtained during, or derived from, the depositions of any party's experts.

**2.      John B. Cohen, M.D.**
**600 Pennsylvania Avenue, S.E.**
**Suite 202**
**Washington, D.C. 20003**
**(202) 544-5858**

Dr. John Cohen is a physician licensed to practice medicine in Maryland and the District

of Columbia. He is board certified in orthopedic surgery and a specialist in orthopedic

rehabilitation. Dr. Cohen is the Senior Attending Physician for the Department of Orthopedics

and Trauma at the Washington Hospital Center in Washington, D.C., Senior Consultant for

Orthopedic Rehabilitation at National Rehabilitation Hospital in Washington, D.C., and Courtesy

Attending for the Department of Orthopedics at Holy Cross Hospital in Silver Spring, MD. Dr.

Cohen will testify as to the nature and extent of the plaintiff's injuries.

Dr. Cohen will base his testimony on his education, training, experience, and learned

treatises in the field of orthopedics. Dr. Cohen will also base his opinions on his review of the

medical records and other materials provided to him and those which may be provided to him in

the future. Dr. Cohen will testify consistent with his signed reports. Dr. Cohen's Curriculum

Vitae, which includes a list of all publications authored by Dr. Cohen in the past 10 year, is

attached as Exhibit 2A. All testimony Dr. Cohen has given as an expert witness in the last 4

232044.5

years is attached as Exhibit 2B. Dr. Cohen's fee schedule for this case is attached as Exhibit 2C.

All opinions provided by Dr. Cohen will be to a reasonable degree of medical certainty in the

field of orthopedics.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or

amend this Designation based upon any additional information obtained during discovery,

including information obtained during, or derived from, the depositions of any party's experts.

3.      **John J. Kelly, Jr., M.D.**
        **The George Washington University**
        **School of Medicine and Health Care Sciences**
        **2150 Pennsylvania Avenue, N.W.**
        **Suite 7-404**
        **Washington, D.C. 20037**
        **(202) 741-2700**

Dr. John Kelly is board certified in neurology and electrodiagnostic medicine. Dr. Kelly

is the Meta Amalia Neumann Professor of Neurology, Chairman of the Department of Neurology

and Professor of Neurology at The George Washington University School of Medicine and

Health Care Services. Dr. Kelly has practiced and taught neurological medicine for nearly 40

years and has authored numerous peer reviewed articles on neurology, electromyography and

clinical neuropsychology. Dr. Kelly will testify as to the nature of the plaintiff's decedent's

injuries, cause of death, and consciousness of pain and suffering.

Dr. Kelly will base his testimony on his education, training, experience, and learned

treatises in the field of neurology. Dr. Kelly will also base his opinions on his review of the

plaintiff's decedent's medical records and other materials provided to him and those which may

be provided to him in the future. Dr. Kelly will testify consistent with his signed reports. Dr.

Kelly's Curriculum Vitae, which includes a list of all publications authored by Dr. Kelly in the

past 10 year, is attached as Exhibit 3A. All testimony Dr. Kelly has given as an expert witness in

the last 4 years is attached as Exhibit 3B. Dr. Kelly's fee schedule for this case is attached as

Exhibit 3C. All opinions provided by Dr. Kelly will be to a reasonable degree of medical

certainty in the field of neurology.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or

amend this Designation based upon any additional information obtained during discovery,

including information obtained during, or derived from, the depositions of any party's experts.

4.      **Gary G. Kay, Ph.D.**
        **Washington Neuropsychological Institute, LLC**
        **4900 Massachusetts Avenue, N.W.**
        **Suite 240**
        **Washington, D.C. 20016**
        **(202) 686-7520**

Dr. Gary Kay is a board certified psychologist licensed in Maryland and the District of

Columbia. Dr. Kay is President of the Washington Neuropsychological Institute in Washington,

D.C. and a practicing psychologist with over 26 years of clinical experience. Dr. Kay will testify

as to the nature and extent of the plaintiff's alleged psychological and cognitive injuries.

Dr. Kay will base his testimony on his education, training, experience, and learned

treatises in the field of neuropsychology. Dr. Kay will also base his opinions on his review of the

medical records and other materials provided to him and those which may be provided to him in

the future. Dr. Kay will testify consistent with his signed report. Dr. Kay's Curriculum Vitae,

which includes a list of all publications authored by Dr. Kay in the past 10 year, is attached as

Exhibit 4A. All testimony Dr. Kay has given as an expert witness in the last 4 years is attached

as Exhibit 4B. Dr. Kay's fee schedule for this case is attached as Exhibit 4C. All opinions

provided by Dr. Kay will be to a reasonable degree of professional certainty in the field of

neuropsychology.

232044.5

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

**5.**      **Thomas A. Grieger, M.D., DFAPA**
          **7617 Virginia Lane**
          **Falls Church, VA 22043**
          **(703) 624-2496**

Dr. Thomas Grieger is a psychiatrist. He is board certified in psychiatry, addiction psychiatry, and forensic psychiatry. Dr. Grieger currently maintains an independent practice, as well as acting as an independent consultant to the Department of Defense and as Staff Psychiatrist at the Maryland Department of Health and Mental Hygiene's Thomas B. Finan Center in Cumberland, MD. Dr. Grieger has been a practicing psychiatrist for over 17 years and forensic psychiatrist for over 10 years. Dr. Grieger will testify as to the nature and extent of the plaintiffs' alleged psychological and cognitive injuries.

Dr. Grieger will base his testimony on his education, training, experience, and learned treatises in the field of psychiatry. Dr. Grieger will also base his opinions on his review of the medical records and other materials provided to him and those which may be provided to him in the future. Dr. Grieger will testify consistent with his signed reports. Dr. Grieger's Curriculum Vitae, which includes a list of all publications authored by Dr. Grieger in the past 10 years and all testimony Dr. Grieger has given as an expert witness in the past 4 years, is attached as Exhibit 5A. Dr. Grieger's fee schedule for this case is attached as Exhibit 5B. All opinions provided by Dr. Grieger will be to a reasonable degree of medical certainty in the field of psychiatry.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

232044.5

6.      **Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, ABVE**
        **6175 Grovedale Court**
        **Suite 200**
        **Alexandria, VA 22310**
        **(703) 971-3777**

Trudy Koslow holds a Masters in Education specializing in rehabilitation counseling. Ms. Koslow is a Certified Rehabilitation Services Provider. Ms. Koslow specializes in the assessment of long-term career rehabilitation needs, as well as the vocational path and earnings potential for the injured and deceased. Ms. Koslow will testify as to the likelihood of plaintiff or plaintiff's decedent achieving certain career goals and earnings.

Ms. Koslow will base her testimony on her education, training, experience, and learned treatises in the field of vocational rehabilitation. Ms. Koslow will also base her opinions on her review of the records and other materials provided to her and those which may be provided to her in the future. Ms. Koslow will testify consistent with her signed reports. Ms. Koslow's Curriculum Vitae is attached as Exhibit 6A. Ms. Koslow has not authored any publications in the past 10 years. All testimony Ms. Koslow has given as an expert witness in the last 4 years is attached as Exhibit 6B. Ms. Koslow's fee schedule for this case is attached as Exhibit 6C. All opinions provided by Ms. Koslow will be to a reasonable degree of professional certainty in the field of vocational rehabilitation.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

7.      **Thomas Walsh**
        **1530 Wilson Blvd., Suite 900**
        **Arlington, VA 22209**
        **(703) 312-6414**

232044.5

Thomas Walsh holds a Masters in Business Administration from Harvard Business School. Mr. Walsh has testified as an economist and annuitist regarding economic valuations and expectations in a wide variety of cases and jurisdictions. He is currently President of Walsh Financial Services, Inc. in Washington, DC and Steamboat Springs, CO. Mr. Walsh will testify regarding economic valuation and projections of future income as well as to future earning capacity and valuation of household services and support claims.

Mr. Walsh will base his testimony on his education, training, experience, and learned treatises in the field of economics. Mr. Walsh will also base his opinions on his review of the records and materials provided to him and those which may be provided to him in the future. Mr. Walsh will testify consistent with his signed reports. Mr. Walsh's Curriculum Vitae is attached as Exhibit 7A. Mr. Walsh has not authored any publications in the past 10 years. All testimony Mr. Walsh has given as an expert witness in the last 4 years is attached as Exhibit 7B. Mr. Walsh's fee schedule for this case is attached as Exhibit 7C. All opinions provided by Mr. Walsh will be to a reasonable degree of economic certainty.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

8. **Gloria Morote, Ph.D., PLLC**
   **424 South Washington Street**
   **Alexandria, VA 22314**
   **(703) 683-5454**

Dr. Gloria Morote is a psychologist and neuropsychologist with over twenty years of experience.  She holds a Ph.D in Clinical Psychology from Catholic University of America.  Dr. Morote conducted her clinical fellowship at Massachussetts General Hospital-Harvard Medical School and a post doctoral fellowship in clinical neuropsychology at Georgetown University

Medical Center. Dr. Morote will testify as to the nature and extent of the plaintiff's alleged psychological and cognitive injuries.

Dr. Morote will base her testimony on her education, training, experience, and learned treatises in the field of vocational rehabilitation. Dr. Morote will also base her opinions on her review of the records and other materials provided to her and those which may be provided to her in the future. Dr. Morote's Curriculum Vitae, which included a list of all publications authored by Dr. Morote in the past 10 year, is attached as Exhibit 8A. All testimony Dr. Morote has given as an expert witness in the last 4 years is attached as Exhibit 8B. Dr. Morote's fee schedule for this case is attached as Exhibit 8C. All opinions provided by Dr. Morote will be to a reasonable degree of professional certainty in the field of neuropsychology.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### DAMAGES EXPERT DISCLOSURE IN INDIVIDUAL CASES

Defendants and Third-Party Defendant incorporate the preceding General Disclosure and identify the damages expert witnesses who will testify at trial in specific cases as follows.

### *Bernea Bell v. WMATA, et al.* (Case No.1:09-cv-01488)

1.      Defendants and Third-Party Defendant may call Dr. John Cohen to testify at the trial of this matter. Dr. Cohen will testify consistent with his report, a copy of which is attached as Exhibit 2D.

2.      Defendants and Third-Party Defendant may call Dr. Thomas Grieger to testify at the trial of this matter. Dr. Grieger will testify consistent with his report, a copy of which is attached as Exhibit 5C.

232044.5

3.      Defendants and Third-Party Defendant may call Trudy Koslow to testify at the trial of this matter. Ms. Koslow will testify consistent with her report, a copy of which is attached as Exhibit 6D.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### Carol Ann Douglas and Wilcox S. Doolittle as Co-Representatives of the Estate of Mary Doolittle  v. WMATA, et al. (Case No.1:09-cv-02171)

1.      Defendants and Third-Party Defendant may call Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7D.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### Carolyn B. Jenkins, Individually and as Personal Representative for the Estate of Veronica DuBose  v. WMATA, et al. (Case No. 1:09-cv-01442)

1.      Defendants and Third-Party Defendant may call Dr. David Fowler to testify at the trial of this matter. Dr. Fowler will testify consistent with his report, a copy of which is attached as Exhibit 1C.

2.      Defendants and Third-Party Defendant may call Dr. John Kelly to testify at the trial of this matter. Dr. Kelly will testify consistent with his report, a copy of which is attached as Exhibit 3D.

232044.5

3.      Defendants and Third-Party Defendant may call Trudy Koslow to testify at the trial of this matter. Ms. Koslow will testify consistent with her report, a copy of which is attached as Exhibit 6E.

4.      Defendants and Third-Party Defendant may call Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7E.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### *Evelin M. Fernandez, Individually and as Personal Representative of the Estate of Ana Fernandez  v. WMATA, et al.* (Case No. 1:09-cv-01706)

1.      Defendants and Third-Party Defendant may call Dr. David Fowler to testify at the trial of this matter. Dr. Fowler will testify consistent with his report, a copy of which is attached as Exhibit 1D.

2.      Defendants and Third-Party Defendant may call Dr. John Kelly to testify at the trial of this matter. Dr. Kelly will testify consistent with his report, a copy of which is attached as Exhibit 3E.

3.      Defendants and Third-Party Defendant may call Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7F.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

**Kenneth Hawkins and Andrea Mitchell as Co-Personal Representatives of the Estate of Dennis Hawkins  v. WMATA, et al. (Case No. 1:09-cv-01834)**

1.      Defendants and Third-Party Defendant may call Dr. David Fowler to testify at the trial of this matter. Dr. Fowler will testify consistent with his report, a copy of which is attached as Exhibit 1E.

2.      Defendants and Third-Party Defendant may call Dr. John Kelly to testify at the trial of this matter. Dr. Kelly will testify consistent with his report, a copy of which is attached as Exhibit 3F.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

**Tawanda Nicole Brown, Individually and as Personal Representative of the Estate of Lavonda King  v. WMATA, et al. (Case No.1:10-cv-00684)**

1.      Defendants and Third-Party Defendant may call Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7G.

Through joint stipulation with Plaintiff's counsel, Defendants reserve the right to supplement with disclosure of forensic pathology and neurology experts to testify regarding Plaintiff's consciousness of pain and suffering within two-weeks following the deposition of Major David Bottoms.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

**Ercilia Molina  v. WMATA, et al. (Case No.1:09-cv-01721)**

1.      Defendants and Third-Party Defendant may call Dr. Gloria Morote to testify at the trial of this matter. Dr. Morote will testify consistent with her report, a copy of which is attached as Exhibit 8D.

Through joint stipulation with Plaintiff's counsel, Defendants will provide Dr. Morote's expert report within 30 days of this disclosure.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### *Michael Moore  v. WMATA, et al.* **(Case No.1:01-cv-01993)**

1.      Defendants and Third-Party Defendant may call Dr. John Cohen to testify at the trial of this matter. Dr. Cohen will testify consistent with his report, a copy of which is attached as Exhibit 2E.

2.      Defendants and Third-Party Defendant may call Dr. Thomas Grieger to testify at the trial of this matter. Dr. Grieger will testify consistent with his report, a copy of which is attached as Exhibit 5D.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### *Yitzchok Shapiro and Velza Shapiro, Individually and as Husband and Wife  v. WMATA, et al.* **(Case No. 1:09-cv-01774)**

1.      Defendants and Third-Party Defendant may call Dr. John Kelly to testify at the trial of this matter. Dr. Kelly will testify consistent with his report, a copy of which is attached as Exhibit 3G.

13

2.      Defendants and Third-Party Defendant may call Dr. Gary Kay to testify at the trial of this matter. Dr. Kay will testify consistent with his report, a copy of which is attached as Exhibit 4D.

3.      Defendants and Third-Party Defendant may call Dr. Thomas Grieger to testify at the trial of this matter. Dr. Grieger will testify consistent with his report, a copy of which is attached as Exhibit 5E.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### *Daryl Smith  v. WMATA, et al.* **(Case No. 1:09-cv-02061)**

1.      Defendants and Third-Party Defendant may call Dr. Thomas Grieger to testify at the trial of this matter. Dr. Grieger will testify consistent with his report, a copy of which is attached as Exhibit 5F.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

### *Amari Washington  v. WMATA, et al.* **(Case No. 1:09-cv-02062)**

1.      Defendants and Third-Party Defendant may call Dr. Thomas Grieger to testify at the trial of this matter. Dr. Grieger will testify consistent with his report, a copy of which is attached as Exhibit 5G.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

232044.5

***Clare E. Wherley as Personal Representative of the Estate of Ann Wherley  v. WMATA, et al.***
***(Case No. 1:09-cv-01762)***

1.     Defendants and Third-Party Defendant may call Dr. David Fowler to testify at the trial of this matter. Dr. Fowler will testify consistent with his report, a copy of which is attached as Exhibit 1F.

2.     Defendants and Third-Party Defendant may call Dr. John Kelly to testify at the trial of this matter. Dr. Kelly will testify consistent with his report, a copy of which is attached as Exhibit 3H.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

***Clare E. Wherley as Personal Representative of the Estate of David  Wherley  v. WMATA, et al. (Case No. 1:09-cv-01762)***

1.     Defendants and Third-Party Defendant may call Dr. David Fowler to testify at the trial of this matter. Dr. Fowler will testify consistent with his report, a copy of which is attached as Exhibit 1G.

2.     Defendants and Third-Party Defendant may call Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7H.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

232044.5

**Janice Williams and Isaiah Williams, Individually and on Behalf of Next of Kin and as Co-Personal Representatives of the Estate of Cameron Williams  v. WMATA, et al. (Case No. 1:09-cv-01609)**

1.      Defendants and Third-Party Defendant may call Dr. David Fowler to testify at the trial of this matter. Dr. Fowler will testify consistent with his report, a copy of which is attached as Exhibit 1H.

2.      Defendants and Third-Party Defendant may call Dr. John Kelly to testify at the trial of this matter. Dr. Kelly will testify consistent with his report, a copy of which is attached as Exhibit 3I.

3.      Defendants and Third-Party Defendant may call Mr. Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7I.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

**Annette Williams-Lea  v. WMATA, et al. (Case No. 1:09-cv-01374)**

1.      Defendants and Third-Party Defendant may call Dr. Thomas Grieger to testify at the trial of this matter. Dr. Grieger will testify consistent with his report, a copy of which is attached as Exhibit 5H.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

**Vernard McMillan as Administrator of the Estate of Jeanice McMillan v. Alstom Signaling, Inc., et al. (Case No. 1:10-cv-00884)**

16

1.      Defendants Alstom, Ansaldo, ADCO, and ARINC may call Thomas Walsh to testify at the trial of this matter. Mr. Walsh will testify consistent with his report, a copy of which is attached as Exhibit 7J.

2.      WMATA contends that it is not a proper party to the *McMillan* case at this time. A third-party complaint has been filed against WMATA in the *McMillan* case. WMATA filed a motion to dismiss the third-party complaint in the *McMillan* case on various grounds, including but not limited to exclusivity of remedies under workers compensation. WMATA's motion remains pending. In the event that the Court denies WMATA's pending motion to dismiss the third-party complaint, WMATA reserves the right to join in the damages expert disclosure in the *McMillan* case at that time.

3.      Third-Party Defendant AirSep, which was brought into the Fort Totten consolidated litigation by WMATA's third-party action, contends that it is not a proper party to the *McMillan* case and contends that WMATA's Third Party Complaint does not apply to this matter. Therefore, Third-Party Defendant AirSep also reserves its right to join in the damages expert disclosure in the *McMillan* case in the event that the Court determines that AirSep is a Third-Party Defendant in the *McMillan* case.

Additionally, Defendants and Third-Party Defendant reserve the right to supplement or amend this Designation based upon any additional information obtained during discovery, including information obtained during, or derived from, the depositions of any party's experts.

Dated:  March 31, 2011

                                          Respectfully submitted,

                                          WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

                                          By:    */s/ William G. Gandy*
                                                 William G. Gandy, Esq. (# 491153)

Jason R. Waters, Esq. (# 491066)
8444 Westpark Drive- Suite 510
McLean, VA 22102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
william.gandy@wilsonelser.com
jason.waters@wilsonelser.com

 */s/ Robert B. Wallace*
Robert B. Wallace, Esq. (# 108571)
700 11th Street, N.W., Suite 400
Washington, DC 20001
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
robert.wallace@wilsonelser.com

Of Counsel:
Thomas W. Tobin, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001

*/s/ Mark F. Sullivan*
Carol B. O'Keeffe, Esq.*
*General Counsel*
Bruce P. Heppen, Esq. (# 252171)
*Deputy General Counsel*
Mark F. Sullivan, Esq. (# 430876)
*Deputy General Counsel*
Brendan Chandonnet, Esq. (# 986719)
*Assistant General Counsel*
Washington Metropolitan Area Transit
Authority
600 Fifth Street, N.W.
Washington, DC 20001
Telephone: (202) 962-2814
Facsimile: (202) 962-2550
msullivan@WMATA.com
bchandonnet@WMATA.com
**Attorneys for Defendant Washington
Metropolitan Area Transit Authority**

*/s/ Robert F. Reklaitis*
Robert F. Reklaitis, Esq. (# 358973)

18

Leslie Paul Machado, Esq. (# 472395)
Robert P. Fletcher, Esq.
LECLAIR RYAN
1101 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
***Attorneys for Defendant Ansaldo STS USA,
Inc.***


/s/ *Jeffrey R. Schmieler*
Jeffrey R. Schmieler, Esq. (# 035964)
Brian Evan Hoffman, Esq. (# 473860)
SAUNDERS & SCHMIELER, P.C.
The Montgomery Center, Suite 1202
8630 Fenton Street
Silver Spring, MD 20910
***Attorneys for Defendant ADCO Circuits, Inc.***


/s/ *Randell H. Norton*
Randell Hunt Norton, Esq. (# 187716)
Kenneth G. Stallard, Esq. (# 419443)
Chelsea J. Johnson, Esq. (# 986150)
Matthew W. Carlson, Esq. (# 448905)
Ramona R. Cotca, Esq. (#501159)
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, DC 20005
***Attorneys for Third-Party Defendant AirSep
Corporation***


/s/ *Timothy M. Broas*
Timothy M. Broas, Esq. (# 391145)
John J. Rosenthal, Esq. (# 425263)
John A. McMillan, Esq. (# 974053)
WINSTON & STRAWN, LLP
1700 K Street, N.W.
Washington, DC 20006-3817
***Attorneys for Defendant Alstom Signaling,
Inc.***

/s/ *Richard M. Barnes*
Richard M. Barnes, Esq. (# MD00669)
Linda S. Woolf, Esq. (# MD084724)
K. Nichole Nesbitt, Esq. (# 469793)

Craig S. Brodsky, Esq. (# 454924)
GOODELL DEVRIES LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, MD 21202
***Attorneys for Defendant ARINC, Inc.***

\*      Carol B. O'Keeffe is a member of the Bar of the District of Columbia. Her bar number is 445227. She is not a member of the Bar of this Court.

20

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY certify that the foregoing **DEFENDANTS' JOINT INITIAL EXPERT DAMAGES WITNESS DESIGNATION** was served this 31st day of March, 2011 via email, PACER and First Class US Mail, postage prepaid, on the following:

> Patrick M. Regan, Esq.
> Salvatore J. Zambri, Esq.
> Victor E. Long, Esq.
> REGAN ZAMBRI & LONG, PLLC
> 1919 M Street, N.W.
> Suite 350
> Washington, DC 20036
> *Liaison Counsel for Plaintiffs;*

> Stephen D. Annand, Esq.
> David E. Haynes, Esq.
> THE COCHRAN FIRM
> 1100 New York Avenue, N.W.
> Suite 340, West Tower
> Washington, DC 20005
> *Liaison Counsel for Plaintiffs;*

I HEREBY certify that the foregoing **DEFENDANTS' JOINT INITIAL EXPERT DAMAGES WITNESS DESIGNATION** was served this 31st day of March, 2011 via email and PACER on the following:

> Timothy M. Broas, Esq.
> John J. Rosenthal, Esq.
> John A. McMillan, Esq.
> Winston & Strawn LLP
> 1700 K Street, N.W.
> Washington, DC 20006-3817
> > *Attorneys for Defendant Alstom Signaling, Inc.*

> Robert F. Reklaitis, Esq.
> Leslie Paul Machado, Esq.
> Robert P. Fletcher, Esq.
> LeClair Ryan
> 1101 Connecticut Avenue, Suite 600
> Washington, DC  20036
> > *Attorneys for Defendant Ansaldo STS USA, Inc.*

21

Jeffrey R. Schmieler, Esq.
Brian E. Hoffman, Esq.
SAUNDERS & SCHMIELER, P.C.
The Montgomery Center, Suite 1202
8630 Fenton Street
Silver Spring, MD  20910
  *Attorneys for Defendant ADCO Circuits, Inc.*


Randell Hunt Norton, Esq.
Chelsea J. Johnson, Esq.
Kenneth G. Stallard, Esq.
Matthew W. Carlson, Esq.
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, DC  20005
  *Attorneys for Third-Party Defendant AirSep Corporation*


Richard M. Barnes, Esq.
Linda S. Woolf, Esq.
K. Nichole Nesbitt, Esq.
Craig S. Brodsky, Esq.
GOODELL DEVRIES LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, MD  21202
  *Attorneys for Defendant ARINC, Inc.*


Andrew N. Sindler, Esq.
AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.
401 N. Washington Street, Suite 550
Rockville, Maryland 20850

Martin Stanshine, Esq.
Stanshine & Sigal
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
  *Attorneys for Plaintiff Lanice Beasley*
  *Case No.: 1:10-cv-1739 RBW*

Keith Watters, Esq.
Keith Watters and Associates
1667 K Street, N.W., Suite 677
Washington, DC 20006

Alton C. Hale, Jr., Esq.
Gary, Williams, Parenti, Finney,
 Lewis, McManus, Watson & Sperando
Waterside Professional Building
221 East Osceola St.
Stuart, FL 34994
  *Attorneys for Plaintiff Bernea Bell*
  *Case No.: 1:09-cv-1488 RBW*


Lawrence M. Mann, Esq.
Alper & Mann, PC
9205 Redwood Avenue
Bethesda, MD 20817
  *Attorney for Plaintiff Twanda Brown*
  *Case No.: 1:10-cv-0684 RBW*


Wendell C. Robinson, Esq.
4308 Georgia Avenue, N.W.
Washington, DC 20009
  *Attorney for Plaintiff Victoria Davis*
  *Case No.: 1:10-cv-1505 RBW*


J. Mitchell Lambros, Esq.
Lambros & Lambros
9900 Cockeysville, MD 21030

Michael H. Feldman, Esq.
Berman, Sobin, Gross, Feldman & Darby LLP
481 North Frederick Ave., 3rd Floor
Gaithersburg, MD 20877
  *Attorneys for Plaintiffs Carol Anne Douglas*
   *and Wilcox S. Doolittle, Jr.*
  *Case No.: 1:09-cv-2171 RBW*


Stephen D. Annand, Esq.
David Haynes, Esq.
The Cochran Firm

232044.5

1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, DC 20005

William H. Kennedy, III, Esq.
DiStephano, Bossola & Kennedy
7471 West Oakland Park Blvd., Suite 106
Fort Lauderdale, FL 33319
      ***Attorneys for Plaintiff Carolyn Jenkins***
      ***Case No.: 1:09-cv-1442 RBW***


J. Stephen Simms, Esq.
Simms Showers, LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201

R. Blake Brunkenhoefer, Esq.
Anna Brunkenhoefer, Esq.
Greg W. Turman, Esq.
Brunkenhoefer, Almaraz & Turman, PLLC
1770 Tower II
555 N. Carancahua
Corpus Christi, TX 78478
      ***Attorneys for Plaintiff Oscar Flores***
      ***Case No.: 1:09-cv-1514 RBW***


Patrick M. Regan, Esq.
Salvatore J. Zambri, Esq.
Victor E. Long, Esq.
REGAN ZAMBRI & LONG, PLLC
1919 M Street, N.W.
Suite 350
Washington, DC 20036

Joseph A. Malouf, Esq.
The Law Office of Joseph Malouf
244 Main Street, 3rd Floor
Gaithersburg, MD 20878
      ***Attorneys for Plaintiff Evelin Fernandez***
      ***Case No.: 1:09-cv-1706 RBW***


Ira Sherman, Esq.
Joseph Cammarata, Esq.

232044.5

Allan M. Siegel, Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 Seventeenth St., N.W.
Washington, DC 20036
    ***Attorney for Plaintiffs Kenneth Hawkins and Andrea Mitchell***
    ***Case No.: 1:09-cv-1834 RBW***


Michael M. Wilson, Esq.
1120 19th Street, N.W. , Suite LL-11
Washington, DC  20036
    ***Attorney for Plaintiff David Holland***
    ***Case No.: 1:09-cv-1228 RBW***

    ***Attorney for Plaintiff Jason Zimmerman***
    ***Case No. : 1:09-cv-1231 RBW***


David K. Lietz, Esq.
THE LIETZ LAW FIRM
888 16th Street, N.W., Suite 800
Washington, DC 20006
    ***Attorney for Plaintiff Vernard McMillan***
    ***Case No.: 1:10-cv-0884 RBW***


James C. Bailey, Esq.
Jason H. Ehrenberg, Esq.
Bailey & Ehrenberg PLLC
1015 18th St., NW
Suite 601
Washington, DC 20036
    ***Attorneys for Plaintiff Ercilia Molina***
    ***Case No.: 1:09-cv-01721 RBW***


Richard A. Bussey
Stein, Mitchell & Muse
1100 Connnecticut Ave., N.W.
Suite 1100
Washington, DC 20036
    ***Attorneys for Plaintiff Michael Moore***
    ***Case No.: 1:09-cv-01993 RBW***


Lawrence S. Lapidus, Esq.

25

Karp, Frosh, Lapidus, Wigodsky,
& Norwind, P.A.
1133 Connecticut Avenue, N.W.
Twelfth Floor
Washington, DC  20036
    ***Attorney for Plaintiff Yitzchok Shapiro***
    ***Case No.: 1:09-cv-01774 RBW***

Stephen D. Annand, Esq.
David E. Haynes, Esq.
The Cochran Firm
1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, D.C. 20005
    ***Attorneys for Plaintiff Daryl Smith***
    ***Case No.: 1:09-cv-02061 RBW***

    ***Attorneys for Plaintiff Amari Washington***
    ***Case No.: 1:09-cv-02062 RBW***

Kim Brooks-Rodney, Esq.
Cohen & Cohen, P.C.
1821 Jefferson Place, N.W.
4th Floor
Washington, D.C.  20036
    ***Attorney for Plaintiff Clare Wherley***
    ***Case No.: 1:09-cv-01762 RBW***

    ***Attorney for Plaintiff Annette Williams-Lea***
    ***Case No.: 1:09-cv-01374 RBW***

Jack H. Olender, Esq.
Harlow Case, Esq.
Sandra H. Robinson, Esq.
Melissa Rhea, Esq.
Jack H. Olender and Associates, P.C.
888 17th Street, N.W.
4th Floor
Washington, DC  20006-3939
    ***Attorneys for Plaintiffs Janice and Isaiah Williams***
    ***Case No.: 1:09-cv-1609 RBW***

26

232044.5

I HEREBY certify that the foregoing **DEFENDANTS' JOINT INITIAL EXPERT DAMAGES WITNESS DESIGNATION** was served this 31st day of March, 2011 via email and First Class US Mail, postage prepaid, on the following:

>Patricia Eubanks, *Pro Se*
>2900 John Marshall Drive, #202
>Falls Church, VA 22044

>*/s/ William G. Gandy*
>William G. Gandy

27

232044.5