# CURRICULUM VITAE
21 March 2011

Thomas A. Grieger, M.D., DFAPA
Captain (retired), Medical Corps, United States Navy

*Professional Address*        7617 Virginia Lane
                              Falls Church, VA 22043
                              Telephone:     703.624.2496

                              E-Mail: Thomas.grieger@gmail.com
                              http://www.griegermd.com

*Education*
B.S., School of Literature Science and the Arts, 30 April 1977
The University of Michigan, Ann Arbor, Zoology, Distinction Honors

Naval Supply Corps School – Basic Qualification Course, Athens, Georgia 1977

Defense Logistics Agency Procurement Management Course, Fort Lee, Virginia, 1979

M.D., F. Edward Hebert School of Medicine, Graduated 16 May 1987
Uniformed Services University of the Health Sciences

Psychiatry Categorical Internship, National Naval Medical Center, Bethesda, Maryland
Graduated 30 June 1988

Psychiatry Residency, National Naval Medical Center Graduated 30 June 1991

Clinical Fellowship in Affective and Eating Disorders, Johns Hopkins School of Medicine
October 1988 - January 1989

Clinical Scientist Fellowship Uniformed Services University of the Health Sciences - October
1993 - October 1995

Command and Staff Course (correspondence) Naval War College, Newport, RI
February 1997 - May 1998

*Additional Information at:* http://www.griegermd.com



*Specialty Certification and Licensure*

Diplomate in the specialty of Psychiatry - American Board of Psychiatry and Neurology - 036811 - January 1993

Additional Qualifications in Addictions Psychiatry American Board of Psychiatry and Neurology – 875 -April 1996

Certification in Forensic Psychiatry American Board of Psychiatry and Neurology – 1008 - June 1999

Maryland - License D39583 - expires 30 September 2012

Virginia - License 0101044824 - expires 30 April 2012

West Virginia - License 16049 - expires 30 June 2012

American Board of Psychiatry and Neurology Examiner – 2002 – 2003

*Career*

| | |
|---|---|
| 1973 – 1977 | Midshipman NROTC University of Michigan: |
| 1977-1983 | Nuclear Propulsion Directorate, Naval Sea Systems Command (NAVSEA 08) / Naval Nuclear Power Propulsion Program, United States Department of Energy (DOE)  Duties: Prime Contract Manager and Subcontract Approval Officer for nuclear propulsion plant and reactor plant components;   Budget Planner and Manager for nuclear fuel procurements (DOE), reactor plant components (Navy), and research and development funds (DOE and Navy) (SCN, OPN, O&MN, R&D funds);  Shipbuilding Contracts Negotiator and Administrator (for nuclear propulsion plant aspects) - Los Angeles Class and Trident Class submarines and Nimitz Class aircraft carriers |
| 1991-1993 | Chief of Addictions Medicine Services, Naval Hospital, Orlando, Florida |
| 1992-1993 | Chief of Mental Health Services, Naval Hospital, Orlando, Florida |
| 1993-1998 | On-Site Coordinator, Third Year Clerkship, Uniformed Services University of the Health Sciences |
| 1993-1998 | Addictions Medicine Consultant, Walter Reed Army Medical Center |
| 1993-2007 | Inpatient and Partial Hospital Attending Psychiatrist, Walter Reed Army Medical Center |
| 1993-2007 | Outpatient Psychiatrist, National Naval Medical Center |
| 1998-2004 | Director, National Capital Military Psychiatry Residency Program |
| 1998-2007 | Assistant Chairman (Graduate Medical Education), Department of Psychiatry, Uniformed Services University of the Health Sciences |
| 2007-June 2008 | Senior Scientific Advisor and Management Consultant to the Defense Center of Excellence for Psychological Health and Traumatic Brain Injury |
| 2007-Present | Private Practice in Forensic Psychiatry and Independent Consultant to the Department of Defense |
| 2008-Present | Staff Psychiatrist, Maryland Department of Health and Mental Hygiene, Thomas B. Finan Center, Cumberland, MD |

*Operational Assignments/ Consultations*:

| | |
|---|---|
| 1974 | USS Thomas C. Hart (FF1092) Guantanamo Bay, Cuba |
| 1975 | Naval Flight Indoctrination Course - Corpus Christi Texas |
| 1975 | Antisubmarine/Antiair Warfare Course - Charleston, South Carolina Undersea Warfare Course - Charleston, South Carolina |

*Additional Information at:* http://www.griegermd.com

|        | Amphibious Warfare Operations and Small Squad Tactics Courses, Little Creek, Virginia |
|--------|---|
| 1976   | Polaris/Poseidon Strategic Patrol - USS George C. Marshall (SSBN 654) (Gold Crew) |
| 1994   | On-Site Consultant to Air National Guard 171st Air Refueling Group following body recovery operations related to US Air Flight 427 crash - September 1994 |
| 1996   | Guantanamo Bay Cuba - Consultant to the Joint Task Force and Immigration and Naturalization Service regarding suitability of Cuban migrants for transport to the United States; January 1996, April 1996, and July-August 1996 |
| 1996   | Naval Medical Research Institute - Consultant to the team of divers involved in the salvage and body recovery operations after the crash of TWA Flight 800 - September 1996 |
| 1997   | Peace Corps - Educational Consultant for Emergency Psychiatry in Overseas Locations – Gabarone, Botswana and San Pablo del Lago, Ecuador |
| 1999   | Consultant to U.S Army European Command and Croatian Ministry of Defense on post-war psychiatric problems in Croatia – Zagreb and Crykvenica, Croatia, June 1999 |
| 2001   | Commanded Navy mental health assets (SPRINT) in response to the Pentagon attack (Operation Noble Eagle) Pentagon and Arlington Annex  -  September – October 2001 |
| 2002   | Consultant to the South African Defense forces, Pretoria, RSA, April 2002 |
| 2003-2004 | Consultant to Army G-1 Command on Psychiatric Manifestations and Management Following the 2001 Terrorist Attack on the Pentagon |
| 2003-2007 | Consultant to Walter Reed Psychiatry Department on Systematic Collection of Psychiatric and Behavioral Changes in Returning Soldiers Wounded in Combat |
| 2007-2008 | Executive consultant to the Center of Excellence for Post-Deployment Psychological Health and Traumatic Brain Injury, DoD Health Affairs |

## *Additional Consultations*

Navy Bureau of Medicine and Surgery / Surgeon General - Specialty Case Reviewer for Psychiatry - 1992 to Present
Board for Correction of Naval Records - Specialty Reviewer for Psychiatry - 1992 to Present
Naval Hospital, Jacksonville, FL - External Investigator for the Privileging Authority - November 1996
Naval Hospital Roosevelt Roads – External Investigator for Privileging Authority – June 2003

## *Professional Societies*

| | |
|---|---|
| American Psychiatric Association | Member |
|    Distinguished Fellow | 2005 - present |
|    Military District Branch (founding) President | 1993 -1998 |
|    Assembly Representative | 1999 - present |
|    Treasurer | 1998 – present |
|    Nominated for election to Speaker of the Assembly | 2004 |
|    Consultant on matters of detainee interrogations | 2005-2006 |
| Alpha Omega Alpha Medical Honor Society | Member |
| American Medical Association | Member |
|    Consultant to the Council on Ethics and Judicial Affairs | 2006 |

*Additional Information at:* http://www.griegermd.com

American Academy of Psychiatry and the Law          Member
International Society of Traumatic Stress Studies       Member

### *Academic Appointments*

| | |
|---|---|
| 1989-1993 | Clinical Instructor of Psychiatry, Uniformed Services University of the Health Sciences |
| 1993-1998 | Assistant Professor of Psychiatry, Uniformed Services University of the Health Sciences |
| 1998-Present | Associate Professor of Military and Emergency Medicine, Uniformed Services University of the Health Sciences |
| 1998-2007 | Associate Professor of Psychiatry, Uniformed Services University of the Health Sciences |
| 2007-Present | Professor of Psychiatry, Uniformed Services University of the Health Sciences |
| 1993-Present | Faculty, National Capital Consortium Psychiatry Residency |
| 2000-Present | Faculty, National Capital Consortium Forensic Psychiatry Fellowship |

### *Professional Honors and Recognition*

| | |
|---|---|
| 1976 | Polaris Poseidon Strategic Patrol Pin |
| 2007 | Defense Superior Service Medal |
| 1998 | Defense Meritorious Service Medal |
| 2004 | Meritorious Service Medal |
| 2000 | Joint Service Commendation Medal |
| 1993 | Navy and Marine Corps Commendation Medal - Naval Hospital Orlando |
| 2002 | Navy and Marine Corps Commendation Medal - National Naval Medical Center |
| 1996 | Joint Service Achievement Medal |
| 1990 | Navy Achievement Medal |
| 2000 | Joint Meritorious Unit Commendation - Uniformed Services University |
| 1991 | Meritorious Unit Commendation – National Naval Medical Center |
| 1993 | Meritorious Unit Commendation – Naval Hospital Orlando |
| 1992 | National Defense Medal |
| 2005 | Global War on Terrorism, Service Medal |
| 1996 | Humanitarian Service Medal – JTF 160 – Guantanamo Bay Cuba |
| 1988 | Marksmanship, Rifle, Expert |
| 1989 | Marksmanship, Pistol, Expert |
| 1990 | Bartholomew Hogan Award for Outstanding Research Paper Among Navy Psychiatry Residents |
| 1991 | Bartholomew Hogan Award for Outstanding Research Paper Among Navy Psychiatry Residents |
| 1997 | Nancy C.A. Roeske M.D., Certificate of Excellence in Medical Student Education, American Psychiatric Association |
| 2001 | Senior Resident Teacher of the Year and Residency Teacher of the Year |
| 2002 | LTGEN Chenault Award for Continuous Outstanding Contributions to Psychiatric Education and Research – with endowed cash award |
| 2004 | Senior Resident Teacher of the Year and Residency Teacher of the Year |
| 2004 | Who's Who in Medical Sciences Education |
| 2005 | RADM James Sears Award for Excellence in Navy Psychiatry |
| 2005 | Distinguished Fellow of the American Psychiatric Association |

4

*Additional Information at:* http://www.griegermd.com

2007           Consumers' Research Council "Americas Top Psychiatrists"

*Editorial Review Boards*
| | |
|---|---|
| 2002-pres | Reviewer - Psychiatry |
| 2004-pres | Reviewer – Psychiatric Services |
| 2004-pres | Reviewer – Annals of General Internal Medicine |
| 2005-pres | Reviewer - Journal of the American Medical Association (JAMA) |
| 2005-pres | Reviewer – Medical Care (Journal of the American Public Health Association) |
| 2006-pres | Reviewer – American Journal of Psychiatry |
| 2006-pres | Reviewer – Journal of Traumatic Stress |
| 2007-pres | Reviewer – Canadian Medical Association Journal |
| 2007-pres | Reviewer – Journal of Psychosomatic Research |

*Committees*
| | |
|---|---|
| 1991-1993 | Credentials Committee Chairman, Naval Hospital, Orlando |
| 1991-1993 | Executive Committee of the Medical Staff, Naval Hospital, Orlando |
| 1991-1993 | Pharmacy and Therapeutics Committee, Naval Hospital, Orlando |
| 1991-1993 | Committee for Officer Recruitment and Retention, Naval Hospital, Orlando |
| 1991-1993 | Committee for Bioethics and the Protection of Human Subjects, Naval Hospital, Orlando |
| 1994-2007 | Continuing Health Education Committee, Uniformed Services University of the Health Sciences |
| 1995 | Institutional Review Board, National Naval Medical Center |
| 1996 | Committee on Military Billets, Uniformed Services University of the Health Sciences |
| 1996-2007 | Institutional Review Board Uniformed Services University of the Health Sciences (Vice Chair) |
| 1996-1997 | Curriculum Committee Chairman, National Capital Military Psychiatry Residency Program |
| 1996-2007 | National Capital Military Psychiatry Residency Policy Committee |
| 1997 | Committee on Military Medical Professionalism, Uniformed Services University of the Health Sciences |
| 1997-1998 | Committee on Military Unique Curriculum for Psychiatry, Uniformed Services University of the Health Sciences (Chairman) |
| 1997-2002 | Committee on Impaired Health Care Providers, Walter Reed Army Medical Center |
| 1998-2000 | Chief of Naval Operations Code 931 committee to establish Navy/USMC doctrine on management of operational stress. |
| 199 -2001 | Defense Medical Readiness Training Command committee on establishment of joint doctrine with regard to prevention, identification, and management of operational psychiatric conditions |
| 2001-2007 | Senior Member - Navy Health Professional Scholarship Program Selection Board Team Four |
| 2007-Present | Chairman, Data Safety Monitoring Committee, VA Cooperative Study #504: Risperidone Treatment for Military Service Related Chronic Post Traumatic Stress Disorder. |

5

*Additional Information at:* http://www.griegermd.com

*Bibliography*

*Original Articles*
1. Grieger T, Kluger M; Fever and survival:  The role of serum iron, *Journal of Physiology* (London), 1978, 279, 187-196.
2. Staab JP, Grieger TA, Fullerton CS, Ursano RJ, Acute stress disorder, subsequent posttraumatic stress disorder and depression after a series of typhoons, *Anxiety* 2:219-225, 1996
3. Grieger TA, Warden DL, and Shappell C, Management of alcohol withdrawal in a general psychiatry practice, *Medical Updates for Psychiatrists* 1;4:139-143, 1996
4. Shappell CM, Grieger TA, and Warden DL, Medical complications of cocaine abuse, *Medical Updates for Psychiatrists* 2;2:34-38, 1997
5. Grieger TA and Adams B, Guantanamo Bay, Cuba 1996: Psychiatric services to Cuban migrants in the final days of operation sea signal, *Military Medicine* 162, 12:824, 1997
6. Grieger TA et al, Acute stress disorder and subsequent post-traumatic stress disorder in a group of exposed disaster workers, *Depression and Anxiety* 11(4):183-184, 2000
7. Donovan GF and Grieger TA, Qualified Immunity, *Journal of the American Academy of Psychiatry and the Law*, (29) No 3, 355-356, 2001
8. Flynn J, Grieger TA, and Benedek DM, Pharmacologic treatment of hospitalized patients with schizoaffective disorder, *Psychiatric Services* 53:94-96, 2002.
9. Grieger TA and Lyszczarz, Psychiatric responses by the U.S. Navy to the Pentagon attack, *Military Medicine,* 167, Suppl. 4:24, 2002
10. Grieger TA, Fullerton CS, and Ursano RJ, Posttraumatic stress disorder, alcohol use, and perceived safety after the terrorist attack on the Pentagon, *Psychiatric Services,* 54: 1380 – 1383, 2003
11. Grieger TA, Fullerton CS, and Ursano RJ, Acute stress disorder, increased alcohol use and perception of safety among hospital staff following sniper attacks, *Psychiatric Services,*54: 1383 – 1382, 2003
12. Bobo WV, Hoge C, Messina MA, Pavlovcic F, Levandowsky D, Grieger TA, Characteristics of repeat users of an inpatient psychiatric unit at a large military hospital, *Military Medicine,* 169. 8:648-653, 2004
13. Grieger TA, Fullerton CS, and Ursano RJ, Posttraumatic stress disorder, depression, and perceived safety thirteen months following the attack on the Pentagon, *Psychiatric Services* 55:1061-1063, 2004
14. Grieger TA, PTSD plus depression are comorbid conditions but depression can occur independently in the acute aftermath of trauma. Evidence Based Mental Health, 8(1):27, 2005
15. Berg JS, GriegerTA, Spira JL, Psychiatric symptoms and cognitive appraisal following the near sinking of a research submarine, *Military Medicine,* 170:44-47, 2005
20. Grieger TA, Waldrep DA, Lovasz MM, Ursano RJ, Follow up of Pentagon employees two years after the terrorist attack of September 11, 2001, *Psychiatric Services* 56:1374-1378, 2005
21. Fullerton CS, Ursano RJ, Reeves JJ, Shigemura J, Grieger T, Perceived safety in disaster workers following 9/11, *J. Nerv Ment Dis* 194:61-63, 2006
22. Grieger TA, Benedek DM, Psychiatric disorders following return from combat duty during the twenty-first century, *Primary Psychiatry* 13(3):45-50, 2006

23. Benedek DM, Grieger TA, Post-deployment violence and antisocial behavior: the influence of pre-deployment factors, warzone experience, and posttraumatic stress disorder, *Primary Psychiatry* 13(3):51-56, 2006

24. Grieger TA, Cozza SJ Ursano RJ, Engel CC, Hoge CW, Martinez PE, Wain HJ: Posttraumatic stress disorder and depression in battle injured soldiers, *American Journal of Psychiatry:* 163:1777-1783, 2006

25. Warner C, Warner C, Matuszak T, Flynn J, Rachal J, Grieger T, Disordered eating in entry level military personnel, *Military Medicine* 172:147-151, 2007

26. Kolko TT, Spira JL, Morse JS, Grieger TA, Posttraumatic stress disorder and depression in healthcare providers returning from deployment to Iraq and Afghanistan, *Military Medicine*: 172(5): 451-455, 2007.

27. Warner, CM, Warner CH, Breitbach J, Rachal J, Matuszak T, Grieger TA, Depression in entry level military personnel, *Military Medicine*, 172(8):795-799, 2007

28. Warner CH, Brietbach JE, Appenzeller GN, Yates V, Grieger TA, Webster WG, Division mental health in the new brigade combat team structure part 1: predeployment and deployment, *Military Medicine* 172 (9): 907-911, 2007

29. Warner CH, Brietbach JE, Appenzeller GN, Yates V, Grieger TA, Webster WG, Division mental health in the new brigade combat team structure part 2: redeployment and post-deployment, *Military Medicine* 172 (9): 911-917, 2007

30. Appenzeller GN, Warner CH, Grieger TA, Post deployment health re-assessment: a sustainable method for TO&E Units, *Military Medicine* 172(10):1017-23, 2007

31. Warner CH, Appenzeller GN, Barry MJ, Morton A, Grieger TA, The evolving role of the division psychiatrist, *Military Medicine* 172 (9): 900-906, 2007

32. Ursano RJ, Zhang L, Hough CJ, Benedek DM, Grieger, TA, Holloway HC, Models of PTSD and traumatic stress: the importance of research "from bedside to bench to bedside, *Prog. Brain Res.* 167:203-15, 2008.

33. McLay RN, Deal WE, Murphy JA, Kolkow TT, Grieger TA, On-the-record screenings versus anonymous surveys in reporting PTSD, *American Journal of Psychiatry*, 165(6): 775-776, 2008

34. Warner CH, Appenzeller GN, Jullen K, Warner CM, Grieger TA, Solider attitudes toward mental health screening and seeking care upon return from combat, *Military Medicine*, 173(6):563-569, 2008

35. Warner CH, Warner CM, Moranstein J, Appenzeller GN, Rachal J, Grieger TA, Military family physician attitudes toward treating obesity, *Military Medicine*, 173(10): 978-984, 2008

36. Psychological effects of deployments on military families, Warner CH, Appenzeller GN, Warner CM, Grieger TA, Psychiatric Annals, 39(2) 2009

***Book Chapters***

1. Ursano RJ, Grieger TA, and McCarroll JE, Prevention of Posttraumatic Stress: Consultation, Training, and Early Treatment, In Traumatic Stress: The Effects of Overwhelming Experience on Mind, Body, and Society, van der Kolk BA, McFarlane AC, and Weisaeth L (eds), The Guilford Press, New York, 441-462, 1996

2. McCarroll JE, Hoffman KJ, and Grieger TA, Psychological Aspects of Deployment and Reunion, In Preventive Medicine Volume, Textbook of Military Medicine, OTSG, USA (2005)

*Additional Information at:* http://www.griegermd.com

3. Benedek DM, Ursano RJ, Holloway HC, Norwood AE, Grieger TA,  Engel CC, and Lacy TC, Military and Disaster Psychiatry, In The International Encyclopedia of the Social and Behavioral Sciences (in press)

4. Grieger TA, Bally RE, Lyszczarz JL, Kennedy JS, Griffeth BT, and Reeves JJ, Individual and Organizational Interventions After Terrorism: September 11 and the U.S.S. Cole, In Individual and Community Responses to Trauma and Disaster, Ursano RJ, Fullerton CF, and Norwood AE (eds), Cambridge University Press, New York, 71-89, 2003

5. Benedek DM, Grieger TA, Mental Health Management of Bioterrorism Events, In Bioterrorism:  The Weaponzation of Infectious Disease, Lutwick L and Lutwick S, (eds), Human Press, (in press)

6. Grieger TA, Knowles JW, Mental Health Response to the Pentagon Staff in the Weeks Following the Attack, In On the Ground After September 11: Mental Health Responses and Practical Knowledge Gained, Danieli Y. and Dingman R., (eds.), Hayworth Press, Bimhampton, NY, 198-204, 2005

7. Bobo WV, Keller RT, Greenberg N, Alfonso CA, Pastor LH, Grieger TA, Psychological Responses to Terrorism, In Military Life: The Psychology of Serving in Peace and Combat, Britt TW, Castro CA, and Adler AB (eds.), Praeger Security International, Westport, CT, vol 1:31:60, 2006

8. Benedek DM, Grieger TA, Legal Aspects of Patient Care, In Psychiatry, Third Edition,, Tasman A, Kay J, Lieberman MB, and Maj M (eds.), John Wiley and Son, Chichester, United Kingdom, (in press)

9. Grieger TA, Benedek DM, Posttraumatic Stress Disorder, Aggression and Violence, in Textbook of Violence Assessment and Management, Simon R. (ed.), American Psychiatric Press Incorporated, Washington, DC, 123-140, 2008

10. Grieger TA, Benedek DM, Ursano RJ, Assessment and Management of Posttraumatic Stress Disorder, in Clinical Management of Posttraumatic Stress Disorder, Benedek DM and Wynn GH (eds),  American Psychiatric Press Incorporated, Washington, DC (in press)

### *Distributed Education Materials:*

Ursano R, Dinneen M, Grieger T, Disaster Psychiatry: Individual and Community Interventions, videotape distributed to all district branches of APA and American Red Cross, Walter Reed Television Service, 2001

Hall R, Grieger T, and Post M, Terrorism and Psychological Responses to Terrorist Attacks, Psychiatric Update Audiotape Series Vol 22:2, 2001

### *Graduate Education Publications:*

Grieger TA, Military Psychiatry Course Curriculum, National Capital Consortium, Walter Reed Army Medical Center 1995-2003

Grieger TA, Nash W, Evans W, Ritchie EC, Chozinski J, Rundell J, Military Unique Curriculum for Psychiatry Residency Programs, http://cim.usuhs.mil/dodgme/gmeunits98/web/psy.html, 1998

Grieger TA, Curriculum on Cognitive Behavioral Therapy, National Capital Consortium, Walter Reed Army Medical Center, 1995-2006.

Grieger TA, Benedek DM, Case Studies and Simulated Patient Scripts on Operational Psychiatry Topics, Department of Military Medicine, USUHS, 1994-2006.

*Additional Information at:* http://www.griegermd.com

*Letters/Reviews/Case Reports*

Grieger T, Carl M, Liebert H, et al; Mediastinal liposarcoma in a patient with human immunodeficiency virus, *American Journal of Medicine* Vol 84, Feb 1988, 366.

Grieger T, Clayton A, and Goyer P; Affective disorder following use of phenylpropanolamine, *American Journal of Psychiatry*, 147:3, March 1990, 367-368.

Grieger T, Clayton A; Ganser's syndrome; a possible association with major depression, *Journal of Clinical Psychiatry*, 51:10, October 1990, 437.

Grieger T, Clayton A; Ganser's syndrome clarification (ltr), *Journal of Clinical Psychiatry*, 51:4, April 1991, 186.

Grieger T, Cozza K, Armstrong S; Treatment of Parkinson's disease, *New England Journal of Medicine*, 330(9), March 1994, 643-644.

Grieger, T; Ethics of Combat Psychiatry, *American Journal of Psychiatry*, 151(6), June 1994, 949.

Grieger TA, Flynn, J, and Benedek, DM, Pharmacologic treatment of patients hospitalized with a diagnosis of schizoaffective disorder, *J. Clin Psychiatry* 62(1):59-60, 2002

Daly CM, and Grieger TA, Mary, a 4-year-old with oppositional defiant disorder, *Military Medicine* 167, 5:442-444, 2002.

Roadblocks in Cognitive Behavioral Therapy: Transforming Challenges into Opportunities for Change, Robert L. Leahy (ED), Guilford Press, New York, NY, 2003 – Reviewed in *Psychiatry* (in press).

Cognitive Therapy of Personality Disorders, Second Edition, Aaron T. Beck, Arthur Freeman, Denise D. Davis, and Associates, Guilford Press, New York, NY, 2004 – Reviewed in *Psychiatry* (in press).

Grieger TA, Psychiatric and societal impacts of terrorism, Psychiatric Times, 23(7):24-26, 2006

*Abstracts/Presentations*

1. "Fever and Survival; The role of Serum Iron", Annual Meeting of the American Physiological Society, Miami, Florida, 22 October 1977.

2. "The Pattern of Inheritance in Manic Depressive Illness", Johns Hopkins Hospital, Department of Psychiatry, Grand Rounds, Baltimore, Maryland, 10 October 1988.

3. "Limbic Encephalitis", National Naval Medical Center, Department of Psychiatry, Grand Rounds, Bethesda, Maryland, 5 April 1989.

4. "Evaluation of the Acutely Psychotic Patient", National Naval Medical Center, Department of Internal Medicine, Guest Lecture Series, Bethesda, Maryland, 7 April 1989.

5. "Evaluation and Treatment of Psychiatric Emergencies", National Naval Medical Center, Department of Emergency Medicine, Guest Lecture Series, Bethesda, Maryland, 3 August 1989.

6. "Suicidality as a Predictor of Psychiatric Diagnosis", National Naval Medical Center, Department of Psychiatry, Grand Rounds, Bethesda, Maryland, 18 April 1990

7. "Suicidality as a Predictor of Psychiatric Diagnosis", Braceland Annual Meeting of Navy Psychiatrists, New York City, New York, 12 May 1990.

8. "Demographic and Seasonal Differences Between Adjustment Disorders and Depression", National Naval Medical Center, Clinical Investigations Department Annual Competition, Bethesda, Maryland, 12 April 1991.

9. "Demographic and Seasonal Differences Between Adjustment Disorders and Depression", William C. Menninger Memorial Conference, Topeka, Kansas, 15 April 1991.

10. "Demographic and Seasonal Differences Between Adjustment Disorders and Depression", Braceland Annual Meeting of Navy Psychiatrists, New Orleans, Louisiana, 11 May 1991.

11. "Demographic and Seasonal Differences Between Adjustment Disorders and Depression", Annual Meeting of the Society of Military Psychiatrists, New Orleans, Louisiana, 12 May 1991.

12. "Treatment of Alcoholism in the Navy - A Systems Perspective", Braceland Annual Meeting of Navy Psychiatrists, Bethesda, Maryland, 2 May 1992.

13. "Alcohol and Drug Abuse" - Annual Meeting of the Central Florida College of Physicians Assistants, Orlando, Florida, 24 January 1993

14. "Brief Reactive Psychosis - DSM IV Changes and a Historical Perspective", Grand Rounds, Malcolm Grow Medical Center, 2 December 1993.

15. "Diagnosis and Treatment of Depression in Primary Care Practice", Grand Rounds, Bolling Air Force Base, Washington, D.C., 19 January 1994.

16. "Disaster Consultation", Grand Rounds, St. Francis Hospital, Pittsburgh, Pennsylvania 20 September 1994

17. "Community and Command Consultation Following Disasters", Brandt, G. Grieger, T. and Sutton, L., "Emerging Treatments of Depression" Conference, Uniformed Services University, Bethesda, Maryland, 21 October 1994

18. "Treatment of Depression in the Primary Care Setting", National Naval Medical Center, Internal Medicine Department Visiting Lecturer Series, 3 March 1995

19. "Predictors of Acute Stress Disorder and its Sequelae in a Military Community Exposed to Repeated Natural Disasters", Staab J, and Grieger, T, Annual Meeting of the American Psychiatric Association, 20 May 1995.

20. "Continuum of Depression", Program Moderator, Marriott Hotel, Bethesda, Maryland, 14 November 1995.

21. "Military Psychiatry - the Cuban Migrant Experience", Grand Rounds, Tri Service Military Residency Training Program, Bethesda, Maryland, 28 March 1996.

22. "Acute Dissociation and Abnormal Reactions to Abnormal Events - Evidence from Four Studies of Acute Stress Syndromes", Braceland Navy Symposium, New York, New York, 4 May 1996

23. "The Relationship Between Acute Stress Disorder and Subsequent Posttraumatic Stress Disorder in Three Disaster Populations", 149th Annual Meeting of the American Psychiatric Association, New York, New York, 9 May 1996.

24. "Acute and Posttraumatic Stress Symptoms in Trauma Naive and Repeatedly Traumatized Community disaster Populations", 30th Annual Meeting of the Association for the Advancement of Behavior Therapy, New York, November 1996

25. "Trauma Induced Disorders - Expert Testimony in Tort Litigation", Department of Justice, US Attorneys Tort Litigation Branch Staff Conference, Annapolis Maryland, 14 March 1997

26. "Evaluation and Management of Psychiatric Emergencies", Peace Corps Continuing Medical Education Mental Health Training Workshop, Gabarone, Botswana, 7 - 11 April 1997

27. "Evaluation and Management of Psychiatric Emergencies", Peace Corps Continuing Medical Education Mental Health Training Workshop, Quito and San Pablo del Lago, Ecuador 19 - 29 June 1997

28. "Situational Assessment and Command Consultation in Operational Environments", Behavioral Sciences Conference on Critical Incident Management, Malcolm Grow Air Force Hospital, Andrews Air Force Base, 23 September 1997

*Additional Information at:* http://www.griegermd.com

29. "Management of Patients with Severe Personality Disorders in a Managed Care System" (moderator), Grand Rounds, National Capital Area Military Psychiatry Residency Program, Washington, DC, 24 September 1997

30. "Diagnosis and Management of Substance Abuse Disorders", Grand Rounds, North Arundel Hospital, Glen Burnie, Maryland, 16 December 1997

31. "Psychiatric Issues in Novel Environments", Psychiatry Grand Rounds, National Capital Military Psychiatry Residency, Walter Reed Army Medical Center, Washington, DC, 11 February 1998

32. "Paperwork, Politics, and Personalities: Effecting Change Within a National Defense Bureaucracy", Army Behavioral Sciences Short Course, Atlanta, Georgia, 29 April 1998

33. "Panic and Fear: Assessment and Management of Anxiety Disorders within the Recruit Population", Fourth Annual Symposium of Recruit and Trainee Medical Officers, Atlantic City, New Jersey, 7 May 1998

34. "Cognitive Behavioral Therapy and its Application to Addiction", North Atlantic Regional Medical Command Annual Substance Abuse Symposium, Washington, DC, 8 May 1998

35. "Command Consultation Following Disaster", State Department Conference on Psychiatric Responses to Terrorism and Disaster, Washington, DC, 29 April 1999

36. "Benefit of Cognitive Behavioral Therapy in the Prevention of Recurrence of Depression", Special Board of Flight Surgeons, NOMI, Pensacola, FL, 7 April 1999

37. "Debriefing Versus Consultation, Concepts and Examples", National Disaster Management System Annual Conference, Washington, DC, 11 May 1999

38. "Management of Psychiatric Problems among War-Displaced Civilians and Combat Veterans", Crykvenica, Croatia, June 1999

39. "Treatment of Patients with Schizoaffective Disorder", Army Behavioral Science Short Course, Washington, DC, September 1999

40. "Psychiatric Responses to Disaster", State Department Medical Officers Conference, Washington DC, 24 March 2000

41. "Trends in Treatment of Patients Hospitalized with Schizoaffective Disorder: A 6 Year Naturalistic Study", Annual Meeting of the American Psychiatric Association, Chicago, IL, 15 May 2000

42. "Primer for Research Clinicians: The Use of SPSS Statistical Software", Grand Rounds, Walter Reed Army Medical Center, Washington, DC, 13 September 2000

43. "ABPN Board Certification: Objectives and Procedures of the Oral Boards Process", Grand Rounds, Walter Reed Army Medical Center, Washington, DC, 21 March 2001

44. "Consultation to Leadership in the Setting of Humanitarian Missions", Military Medical Humanitarian Assistance Course, USUHS, Bethesda, Maryland, 30 March 2001.

45. "Extenuation and Mitigation in Capital Offense Cases", Army Behavior Science Short Course, Bethesda, Maryland, 13 August 2001

46. "Navy Mental Health Response to the 11 September 2001 Pentagon Attack", Grand Rounds, Walter Reed Army Medical Center, Washington, DC, 10 October 2001

47. "Navy Mental Health Response to the 11 September 2001 Pentagon Attack", TRICARE 2002 Conference, Washington, DC, 6 February 2002

48. "Use of Psychiatrist as Expert Witnesses and Consultants in Military Courts Martial", U.S. Air Force Eastern Circuit Trial Counsel Conference, Bolling AFB, Washington, DC, 11 April 2002

49. "Management of Post Trauma Psychiatric Problems Following War, and Civil Unrest", Pretoria, Republic of South Africa, April 2002

*Additional Information at:* http://www.griegermd.com

50. "Navy Medical Response to the 11 September 2001 Terrorist Attack on the Pentagon, National Defense Medical System Conference, Atlanta, Georgia, 16 April 2002

51. "Psychiatrists as Consultants and the Role of Debriefing Following Disaster", U.S. State Department International Psychiatrists Annual Conference, Bethesda, MD, 2 May 2002

52. "Psychiatrists as Defense Consultants", Conference on Complex Case Defense, Naval Justice School, Newport, Rhode Island, 17 July 2002

53. "Psychiatric Consultation Following Disaster: Process and Findings", Maryland Psychiatric Society Conference on Disaster, Baltimore, Maryland, 10 April 2003

54. "Psychological Consequences of Terrorist Acts", Veterans Administration Hospital Grand Rounds, Washington, DC, 9 May 2003

55. "Community Terror: Hospital Staff Responses to a Series of Sniper Shootings", American Psychiatric Association Annual Meeting, San Francisco, CA, 22 May 2003.

56. "Terror at Sea: Psychiatric Responses in the Crew of the USS Dolphin Following a Near Sinking", American Psychiatric Association Annual Meeting, San Francisco, CA, 22 May 2003.

57. "Psychological Manifestations of Terrorism" Grand Rounds, Walter Reed Army Medical Center, Washington, DC, 3 September 2003

58. "Psychiatrists as Defense Consultants", U.S. Air Force Eastern Circuit Defense Counsel Conference, Bolling Air Force Base, Washington, DC 2 March 2004

59. "The Enduring Impact of Terrorism: Follow-up of Pentagon Employees Two Years after the Attack", American Psychiatric Association Annual Meeting, New York, NY, 3 May 2004

60. "Use of Medications in Hospitalized Patients with Borderline Personality Disorder", American Psychiatric Association Annual Meeting, New York, NY, 3 May 2003

61. "Mental Health Needs of Our Soldiers and Their Families", Issue Workshop at the American Psychiatric Association Annual Meeting, New York, NY, 4 May 2004

62. "Psychiatrists as Defense Consultants", Conference on Complex Case Defense, Naval Justice School, Newport, Rhode Island, 14 July 2004

63. "Preliminary Findings of Psychological Disorders Among Battle Injured Soldiers Returning from Operations Enduring Freedom and Iraqi Freedom, 7th Annual Force Health Protection Conference, USACHPPM, Albuquerque, New Mexico, 10 August 2004

64. "Applications of Army Combat Stress Control in Work with Pentagon Survivors: Two Year Follow up, 7th Annual Force Health Protection Conference, USACHPPM, Albuquerque, New Mexico, 11 August, 2004

65. "The Enduring Impact of Terrorism: Follow-up of Pentagon Employees Two Years after the Attack, International Congress of Military Medicine, Arlington, Virginia, 14 September 2004

66. "Psychological and Behavioral Effects of Terrorism", National Naval Medical Center Disaster Conference, Bethesda, MD, 21 October 2004

67. "Terrorism in America, Questions Answered, Questions Raised" Danieli Y, Friedman M, Galea S, Grieger T, Schlenger W, International Society of Traumatic Stress Studies, New Orleans, LA, 16 November 2004.

68. "Updates on Treatment of PTSD", 16th Annual Psychopharmacology Update, Southern California Psychiatric Association, Santa Monica, California, 5 February 2005.

69. "Longitudinal Psychological Consequences of Combat Deployment and Battle Injury", European Regional Medical Conference, Sonthofen, Germany, 18 April 2005

70. "Psychological Impact of Terrorism and Combat Deployment on Healthcare Workers, European Regional Medical Conference, Sonthofen, Germany, 18 April, 2005

*Additional Information at:* http://www.griegermd.com

71. "Consultation to Leaders During Responses to Terrorism and Disaster", European Regional Medical Conference, Sonthofen, Germany, 20 April, 2005

72. "Medical Ethics Update: Management of Iraqi Non-Combatants and Detainees", Benedek DM, Grieger TA, European Regional Medical Conference, Sonthofen, Germany, 20 April 2005

73. "Prevalence of Disordered Eating Attitudes and Depression In a U.S. Army Second Level entry Population", Warner CH, Warner, CM, Matuszak T, Rachal J, Flynn J, Grieger TA, Annual Scientific Meeting of the American Psychiatric Association, Atlanta, Georgia, 23 May 2005

74. Onset and Course of PTSD and Depression Among Battle Injured Soldiers, Annual Scientific Meeting of the American Psychiatric Association, Atlanta, Georgia, 25 May 2005

75. "Psychological Symptoms and Mental Healthcare Utilization Among Medical Personnel Deployed to Combat", Kolkow TT, Grieger TA, Berg JS, and Spira J, Annual Scientific Meeting of the American Psychiatric Association, Atlanta, Georgia, 25 May 2005

76. "Interventions following the Pentagon Attack and Presence of Symptoms Two Years Later", Waldrep DA, Grieger TA and Lovasz M, Annual Scientific Meeting of the American Psychiatric Association, Atlanta, Georgia, 26 May 2005.

77. "Use of Psychiatrists as Consultants/Experts in Defense Litigation", Defending Complex Cases, Naval Justice School, Newport, RI, 27 June 2005

78. "Deployment and Post-Deployment Psychiatric Conditions as Possible Areas of Defense Litigation Tactics", Defending Complex Cases, Naval Justice School, Newport, RI, 27 June 2005

79. "Presence of Symptoms Two Years After the Pentagon Attack, Waldrep DA, Grieger TA, Lovasz M, Meeting of the International Society of Traumatic Stress Studies, Toronto, Canada, 3 November 2005

80. "Psychiatric Responses to Terrorism", Wilford Hall Air Force Medical Center, San Antonio, TX 17 November 2005

81. "Psychiatric Responses Following Deployment to Afghanistan and Iraq", Philadelphia Psychiatric Association Colloquium of Scholars, Philadelphia, PA, 22 April 2006

82. "Early Predictors of Later PTSD and Depression in Battle Injured Soldiers", American Psychiatric Association Annual Meeting, Toronto, Canada, 24 May 2006

83. "Use of Psychiatrists as Consultants/Experts in Defense Litigation", Defending Complex Cases, Naval Justice School, Newport, RI, 19 July 2006

84. "Deployment and Post-Deployment Psychiatric Conditions as Possible Areas of Defense Litigation Tactics", Defending Complex Cases, Naval Justice School, Newport, RI, 19 July 2006

85. "The Psychological Effects of Terrorism: 9/11, Sniper Attacks, and War", Penn State Psychiatric Symposium, Camp Hill, PA, 21 September 2006

86. "Psychological and Behavioral Effects of Terrorism and Disaster", National Naval Medical Center Disaster Conference, Bethesda, MD, 7 December 2006

87. "Psychiatric Responses to Disaster: A Systematic Plan for Disaster Response", American Psychiatric Association, San Diego, CA, 23 May 2007

88. "Early Screening for Posttraumatic Stress Disorder in Injured Soldiers Using the PTSD Checklist – NR 623", American Psychiatric Association, San Diego, CA, 23 May 2007

89. "Deployment and Post-Deployment Mental Health Issues" Prosecuting Complex Cases Conference, Naval Justice School, Newport, RI, 9 July 2007

90. "Sexual Assault, Alcohol, and Victim Behaviors", Prosecuting Complex Cases Conference, Naval Justice School, Newport, RI, 9 July 2007

91. "Deployment and Post-Deployment Mental Health Issues" Defending Complex Cases
    Conference, Naval Justice School, Newport, RI, 18 July 2007 (Remote Lecture from
    Bethesda, MD)
92. "Use of Psychiatrists as Consultants/Experts in Defense Litigation", Defending Complex
    Cases Conference, Naval Justice School, Newport, RI, 18 July 2007 (Remote Lecture
    from Bethesda MD)
93. "Expert Testimony in One General Court Martial", Peer Review by the Experts Symposium,
    American Academy of Psychiatry and the Law, South Beach Miami, FL 18 October 2007
94. "Posttraumatic Stress Disorder and Traumatic Brain Injury: Signature Injuries?" Association
    of Military Surgeons of the United States, Salt Lake City, UT, 13 November 2007
95. "Psychological Effects of Deployment on Military Families," Army Force Health Protection
    Conference, Albuquerque, NM 13 August 2008
96. "Evaluating the Efficacy of Acupuncture as a Treatment for Posttraumatic Stress Disorder in
    Military Personnel", Army Force Health Protection Conference, Albuquerque, NM 13
    August 2008
97. "Confidentiality and Post-Deployment Mental Health Screening," Army Force Health
    Protection Conference, Albuquerque, NM 14 August 2008
98. "Suicide Prevention During Deployment: An Action Plan Model," Army Force Health
    Protection Conference, Albuquerque, NM 14 August 2008
99. "Effectiveness of Battlefield Ethics Training," Army Force Health Protection Conference,
    Albuquerque, NM 14 August 2008
100. "Recent Updates in Real Time Management of Deployment-Related Health," Army Force
    Health Protection Conference, Albuquerque, NM 13 August 2008
101. "Use of Psychiatrists as Consultants/Experts in Defense Litigation and Matters Related to
    Intoxication", Defending Complex Cases, Naval Justice School, Newport, RI, 20 August
    2008
102. "Deployment and Post-Deployment Psychiatric Conditions as Possible Areas of Defense
    Litigation Tactics", Defending Complex Cases, Naval Justice School, Newport, RI, 20
    August 2008.
103. "Psychiatrists as Expert Witnesses", USMC Trial Advocacy (TRIAD) Course, Camp
    Lejeune, NC, 6 October 2008
104. "Update on Treatments for Posttraumatic Stress Disorder", Scientific Meeting of the
    Alabama Psychiatric Society, Sandestin, FL, 28 March 2009
105. "Psychiatric Experts and Issues Related to Incapacitation Due to Alcohol", Army Trial
    Defense Service Conference, Staton Island, NY 16 April 2009
106. "Forensic Psychiatric Experts and the Effects of Alcohol on Capacity", Defending Complex
    Cases Conference, Naval Justice School, Newport, RI, 13 May 2009.
107. "Psychological Stress and Lost Productivity Among Physicians Treating Battle Injured
    Soldiers", Annual Meeting of the American Psychiatric Association, San Francisco, CA,
    19 May 2009
108. "3ID Redeployment and PDHA Outcomes" Army Force Health Protection Conference,
    Albuquerque, NM, 21 August 2009
109. "Psychological Effects of Deployments on Military Families" Army Force Health
    Protection Conference, Albuquerque, NM, 21 August 2009
110. "Deployment and PTSD in Relationship to Criminal Defense" Florida Public Defenders
    "Life Over Death" Conference, Orlando, FL 11 September 2009

*Supplementary Information*

*Additional Information at:* http://www.griegermd.com

*Research Grants*
Natural Disasters and Health Outcome:  Adult and Adolescent Responses to Hurricane Andrew;
    USUHS RO8895  Co-Investigator (10%)
Stress Mediators in the U.S. Army
    Walter Reed Army Institute of Research  Co-Investigator (10%)
Effects of Post Traumatic Stress and Substance Dependence on Acoustic Startle Response
    USUHS RO88AM-01/ Walter Reed WU#7261  Principal Investigator
Neurophysiological Responses to Auditory Tones in Patients With Panic Disorder
    USUHS RO88BH-01 - Principle Investigator
A Controlled Efficacy Study of a Brief Multidisciplinary Brain Injury Rehabilitation Program in
    Moderate Head Injured Service Members, Walter Reed WU7144 - Associate Investigator
Defense and Veterans Head Injury Program: Walter Reed Core Evaluation Protocol WU7154
    Associate Investigator
Naturalistic Study of Pharmacotherapy in Patients with Schizoaffective Disorder, Bipolar
    Disorder, and Schizophrenia, Walter Reed Army Medical Center WU 00-7201, 2000 –
    2002 – Principal Investigator
Emotional and Behavioral Symptoms Following Exposure to Trauma, USUHS FS88EG, 2001 –
    2002 Associate Investigator
Emotional and Behaviroal Symptoms Following a Traumatic Event, NMCSD CIP#S-03-
    LH00000-006, USUHS HU88GJ Associate Investigator
The Frequency and Nature of Forensic Issues in an Inpatient Adult General Psychiatric
    Population, WRAMC WU – 7279-98 Principal Investigator
Resilience Factors Two Years following the Attack on the Pentagon, USUHS-HU88HM, 2003
    Prinicpal Investigator
Pharmaacologic Treatment of Hospitalized Psychiatric Patients with Borderline Personality
    Disorder, WRAMC 03-72011EX, USUHS G188HL, 2003 Principal Investigator
Psychological Effects of Traumatic Injury During Deployment, WRAMC 05-72013EX, 2004,
    USUHS HU88IT
Factors Associated with Psychological Symptoms After Combat Deployment, USUHS HU881G
Psychological Effects of Working with Battle Injured Soldiers, WRAMC WU #05-72014EX,
    2005

*Educational contributions*
### *Continuing Medical Education Programs*
1994      Course Director - Updates in Treatment of Depression Conference (14 hours
          CME)
1995      Course Director - 10th Annual USUHS Military Medicine Conference
1995-1998 Course Director Psychiatry Grand Rounds
1996      Course Director, AMEDD/MSC Clinical Symposium, Garmisch, Germany,
1999      Course Director, continuing education program for State Department regional
          psychiatrists on psychiatric responses to terrorism and disaster in the wake of the
          African embassy bombings, Washington, DC, April 1999
2007      Course Director, Anxiety, Fear, Memory, and Mood: From Neurobiology to
          PTSD and Mood disorders, Bethesda, Maryland April 2007

### *Ongoing Teaching Responsibilities*
FTX Bushmaster Course Director for Combat Stress and Operational Psychiatry - Camp Bullis -
Fort Sam Houston, San Antonio, Texas: 1994 – 2005 Fort Indiantown Gap: 2006-2007

15
*Additional Information at:* http://www.griegermd.com

Course Instructor – "Military Psychiatry", National Capital Military Psychiatry Residency
Course Director – "Cognitive Behavioral Psychotherapy", National Capital Military Psychiatry
   Residency 1995 - present
Resident Case Supervisor in Cognitive Behavioral Psychotherapy, Psychopharmacology, and
   Electroconvulsive Therapy
Resident Global Supervisor 1995-1998
Forensic Psychiatry Supervisor, 1999 - present
Preceptor for Human Behavior Small Group Discussions (MS II) 1993-2004
Preceptor MS III Medical Students During Clinical Clerkships 1993-2008
Guest Lecturer - Preventative Medicine Fellows – Operational Medicine Course, 1997 - 2007
Guest Lecturer – Graduate School of Nursing Course on Operational Medicine, 1996 - 2007

### *Post-Graduate Research Supervisor*

Dr. Julianne Flynn, M.D., Trends in Treatment of Patients Hospitalized with Schizoaffective
   Disorder, Walter Reed Army Medical Center 1999-2001
Dr. Melissa Messina, M.D., Use of Medications in Hospitalized Patients with Borderline
   Personality Disorder, Walter Reed Army Medical Center, 2002-2003
Dr. Monica Lovasz, M.D., Interventions following the Pentagon Attack and Presence of
   Symptoms Two Years Later, Uniformed Services University, 2003-2005
Dr. Christopher Warner, M.D., Prevalence of Disordered Eating Attitudes and Depression In a
   U.S. Army Second Level entry Population, Walter Reed Army Medical Center, 2004-
   2006
Dr. Tonya Kolkow, M.D., Psychological Symptoms and Mental Healthcare Utilization Among
   Medical Personnel Deployed to Combat, Naval Medical Center, San Diego, 2004-2006
Dr. Joshua Morganstein, M.D., Physician Attitudes and Behaviors Regarding Treatment of
   Patients with Obesity, Malcolm Grow Air Force Hospital, 2005-2006
Dr. Christopher Alfonzo, M.D., Psychological Impact on Providers from Working with Battle
   Injured Soldiers, Walter Reed Army Medical Center, 2006-2007
Dr. Joseph Dougherty, M.D., Child and Adolescent Psychiatrists and Trainee Involvement in the
   Political Process, Walter Reed Army Medical Center, 2007-2007.

### *Court Consultant / Expert Witness / Military Courts Martial / Federal and State Felony Cases*

1. U.S. v. Dobbins, National Naval Medical Center, January 2000[1]*
2. U.S. v. Miller, Scott AFB, February 2000[1]*
3. U.S. v Tillman, NAS Patuxent River, April 2000[1]*
4. U.S. v. Beebe, NAS Patuxent River , April 2000[1]*
5. U.S. v. Wardle, Tyndall AFB, April 2000[1]*
6. U.S. v. Morgan, NAVSTA Norfolk, May 2000[1]
7. U.S v. Rendon, Tyndall AFB, August 2000[1]*
8. U.S v. Tillotson, Naval Station San Diego, February 2001[2]*
9. U.S. v. Stone, United States Military Academy, April 2001[1]
10. U.S v. Salahuddin, Scott Air Force Base, January – March 2002[1†]
11. U.S. v. Hilyard, Tyndall Air Force Base, April – May 2002[1]*
12. U.S v Mitchell, USASATEF, Vicenza Italy, May – June 2002[2]*
13. U.S v. Williams, Whidbey Island, Washington, October 2002[2]*
14. U.S. v. Jacobs, NAS Pensacola, October 2002[1]
14. U.S. v. Wallace, NNMC, Bethesda, MD (consultant to the convening authority), October
   2002[1]

16

*Additional Information at:* http://www.griegermd.com

15. U.S. v. Waithe, USA 1stID Sweinfurt, Germany, February 2003[1]*
16. U.S. v. Wallace, NNMC, Washington, DC, April 2003[2]*
17. U.S. v. Swanson, NAS Jacksonville, FL, December 2003 – January 2004[2]
18. U.S. v. Drake, 1st Infantry Division, Vilseck, Germany, February 2004[1]*
19. U.S. v. Davis, 47th Flying Training Wing, Laughlin AFB, March 2004[2]
20. U.S. v. Dooley, Shaw AFB, March 2004[2]
21. U.S. v. Wynn, Keesler AFB, Mississippi, May 2004[1]*
22. U.S. v. Johnson, Columbus AFB, Mississippi, May 2004[2]*
23. U.S. v. Meester, United States Air Force Academy, Colorado Springs, CO, January-June 24. 2004[1]
24. U.S. v. Hendricks, Marine Corps Base, Quantico, VA June 2004[2]
25. U.S. v. Mays, McGuire Air Force Base, New Jersey, June 2004[2]*
26. U.S. v. Flores, Scott Air Force Base, Illinois, October 2004[2]
27. U.S. v. Goodin, Eglin Air Force Base, Florida, January 2005[1]*
28. U.S.  v. Simmons, Kirtland AFB, New Mexico, February 2005[1]
29. U.S. v. Cilli, Wright Patterson AFB, Ohio, February 2005[2]*
30. U.S. v. Torres, Fort Stewart, Georgia, February 2005[2]
31. U.S. v. Aguilar, Camp Pendleton, California, March 2005[2]*†
32. U.S. v. Perkins, Fort Benning, Georgia, May 2005[1]*
33. U.S. v. Couse, Fort Benning, Georgia, May 2005[1]*
34. U.S. v. O'Neil, Camp Pendleton, California, January – June 2005[1]†
35. U. S. v. Peterson, Naval District Washington, Washington, DC, July-August 2005[1]†
36. U.S. v. Pretzer, Ramstein AFB, Germany, December 2005[1]
37. U.S. v. Spears, Moody AFB, Georgia, December 2005[1]
38. U.S. v. Tapia, Kaiserslautern Germany January-February 2006[1]*
39. U.S. v. Conley, Robins AFB, Georgia, February 2006[1]
40. U.S. v. Maxwell, Naval Station Norfolk, Virginia, January-March 2006[2]*†
41. U.S. v. Schusko, MCB Quantico, Virginia, February-April 2006[2]*
42. U.S. v. Pru De, MCB Quantico, Virginia, March-April 2006[2]
43. U.S. v. Flores, Vandenberg AFB, California, March-April 2006[1]*
44. U.S. v. Ogunlana, Eglin AFB, Florida, April 2006[2]
45. U.S. v. Moore, MCB Quantico, Virginia, April-May 2006[2]
46. U.S. v. Burleson, Naval Station Norfolk, Virginia, April-May 2006[2]*
47. U.S. v. Graves, Naval Station, San Diego, California, June 2006[2]*†
48. U.S. v. Zavala, Naval Station, San Diego, California, June 2006[2]*
49. U.S. v. Barnes, MCAS Beaufort, South Carolina July-August 2006[2]*
50. U.S. v. Lasswell, Naval Air Station Jacksonville, Florida August-September 2006[2]
51. U.S. v. Sting, Patrick Air Force Base, Florida August-September 2006[1]
52. U.S. v. Wehunt, Naval Station Groton, Connecticut, September 2006[2]*
53. U.S. v. Andries, Naval Air Station, Lemoore, California, September-October 2006[2]
54. U.S. v. Burden, Aviano Air Force Base, Italy, September-October 2006[1]
55. U.S. v. Jackson, Naval Station Norfolk, Virginia, March-November 2006[2]†
56. U.S. v. Weinmann, Naval Station Norfolk, September-December 2006[2]†*
57. U.S. v. Pacella, Andrews Air Force Base, Maryland, November 2006[1]
58. U.S. v. Sheetz, Naval Air Station, Pensacola, Florida, January 2007[2]*
59. U.S. v. Guadelupe, MCB Camp Pendleton, California, January 2007[2]*
60. U.S. v. Wilson, MCB Camp Pendleton, California, February 2007[2]
61. U.S. v. Shirley, Naval Station Norfolk, Virginia, February 2007[1]*

17

62. U.S. v. Restucci, Naval Station Norfolk, Virginia, March 2007[1][*]
63. U.S. v. Thomas, MCB Camp Pendleton, CA, January 2007 – July 2007[2][†][*]
64. U.S. v. Magincalda, MCB Camp Pendleton, CA, December 2006 – July 2007[2][†][*]
65. Maryland v. Smith, Montgomery County Maryland 2007 – 2008[2][*][†]
66. U.S. v. Bessard, Naval Air Station Lemoore, CA, July 2007 – August 2007[2][*]
67. U.S. v. Sims, Naval Air Station Pensacola, FL, May 2007 – March 2008[1][†]
68. U.S. v. Bennet, Naval Air Station Pensacola, FL, May 2007 – July 2008[2]
69. U.S. v. Martinez, MCAS Cherry Point, NC, December 2007[2][*]
70. U.S. v. Roberts, MCB Quantico, VA, December 2007[2][*]
71. U.S. v. McLenden, MCB, Quantico, VA, December 2007[2][*]
72. U.S. v. Vontoure, Naval Station, Norfolk, VA, January – February 2008[1]
73. U.S. v. Culver, Naval Station, San Diego, CA, February 2008[2][*]
74. U.S. v. Robertson, MCB Quantico, March 2008[2][*]
75. U.S. v. Delgado, USCG, Norfolk, VA, August 2008[2]
76. Commonwealth of Virgina v. Ridgely, Fredericksburg, VA, August 2008[2][*]
77. U.S. v. McGinn, FT Knox, KY, October - November, 2008[1][*]
78. U.S. v. Toney, Sheppard AFB, Wichita Falls, TX November, 2008[2][*]
79. U.S. v. Bernal, Mayport Naval Station, FL, November, 2008[2][*]
80. U.S. v. Medeiros, FT Irwin, CA, December, 2008[2][*]
81. U.S. v. Marr, Bolling AFB, DC, December 2008[1]
82. U.S. v. Drake, 3 MARDIV, Okinawa, Japan, November 2008 – January 2009[2]
83. U.S. v. Young, FT Drum, NY, December 2008 – January 2009[2][*]
83. U.S. v. Plante, U.S. Federal Court, St. Louis, MO, March 2009[2][*]
84. U.S. v. Strowd, Andrews AFB, Maryland, March 2009[2][*]
85. U.S. v. Walker, NMCCCA, MCB Quantico, Virginia, March 2009 – Ongoing[2][†]
86. U.S. v. Ashley, USCG, Norfolk Virginia, April – June 2009[1]
87. U.S. v. Butler, Ft. Drum, New York, April 2009[2][*]
88. U.S. v. Petree, Tyndall AFB, Florida, May 2009[2][*]
89. U.S. v. Johnson, Ft. Benning GA, June 2009[2][*]
90. U.S. v. Hernandez, Ft. Hood, TX, June 2009[2][*]
91. U.S. v. Ackmann, Ft Benning, GA, July 2009[2][*]
92. U.S. v. Holcolm, Ft. Bliss, TX, August 2009[2][*]
93. U.S. v. Bodwell, Hanscom AFB, MA, August 2009[1]
94. U.S. v. Robinson, Camp Lejeune, NC, November 2009[2]
95. U.S. v. Poderis, MCB Quantico, VA, November 2009[2]
96. U.S. v. Ankney, Camp Lejeune, NC, November 2009[2]
97. U.S. v. White, CAAF, October 2009[2]
98. U.S. v. Gatewood, Great Lakes NTC, IL, November 2009[2]
99. U.S. v. Roundtree, Fort Hood, TX – Ongoing[2]
100. U.S. v. Brozicevich, Ft. Stewart, GA – Ongoing[2]
101. U.S. v. Karris, MCB Quantico, VA, February 2010[2][*]
102. U.S. v. Sobenes, NAS Pensacola, FL March 2010[2][*]
103. U.S. v. Molens, FT Eustice VA, March 2010[2][*]
104. U.S. v. Erbes, FT Benning, GA, April 2010
105. U.S v. Applewhite and Francois, MCB Quantico Virginia, April 2010[2][*]
106. U.S. v. Owens, Naval Base Norfolk Virginia April 2010[2][*]
107. U.S. v. Baca, FT Hood, TX, May 2010[2][*]
108. U.S. v. Osborn, FT McNair, Washington DC, May 2010[2][*]

*Additional Information at:* http://www.griegermd.com

109. U.S. v. Mott, Naval Base, Norfolk VA, June 2010[1]
110. U.S. v. Grimes, Wiesbaden BRD, June 2010[2]
111. U.S. v. Hutchinson, FT Hood TX, June 2010[2]
112. U.S. v. Bevers, Germany, January 2011[2]
113. U.S. v. Wahab, Fort Leonard Wood, MO January 2011[2*]
114. U.S v. Spurgeon, Fort Leonard Wood MO, February 2011[2]
115. U.S. V. Newell, Aberdeen Proving Grounds, MD, March 2011[2]

[1] Government Consultant
[2] Defense Consultant
* Indicates Expert Testimony Provided in Addition to Consultation
† Charges Include Murder or Attempted Murder
‡ Charges Include Matters Relating to National Security

*Additional Information at:* http://www.griegermd.com




## Thomas A. Grieger, M.D., D.F.A.P.A.
### Forensic Psychiatrist and Litigation Consultant
### 7617 Virginia Lane
### Falls Church, Virginia 22043
http://www.griegermd.com
### Tel: 703.624.2496
Thomas.grieger@gmail.com
**CCR/WAWF Federal Contractor Code:  4VXB1**

### Schedule of fees for psychiatric forensic consultation, travel, and testimony
### (General Schedule)

1. **Psychiatric consultation** includes:  review of legal and investigative records, medical records, physical health records, educational records, all similar materials and any additional materials for which the assigned attorney requests review; telephone calls from both prosecution/plaintiff and defense attorneys and their staffs; preparation of electronic or written reports, and preparation of all correspondence (including e-mail correspondence).

2. **Travel** includes travel for the purposes of meeting with attorneys or their staff members, evaluating individuals accused of crimes, plaintiffs in liability cases, witnesses, travel to and time spent in court observing or providing testimony, and any other travel required of Dr. Grieger for matters related to the case in question.  Travel begins at the time of departure from Dr. Grieger's residence or places of business or employment.  Travel ends at the time of return to Dr. Grieger's residence or places of business or employment. Travel time includes, among other matters periods of time, actual travel, awaiting court proceedings, awaiting transportation, listening to fact evidence, interviewing others or being interviewed, and testimony.  In common terms, travel will be "portal to portal."

3. **Testimony**:  testimony is the production of information or responding to questions posed in any formal court related setting (depositions or at trial).

4. **Fee rates**:

    A. The fee for all psychiatric consultation as defined in paragraph 1 above shall be at the rate of $350.00 per hour, pro-rated for each part of each additional partial hour.

    B. The fee for all travel as defined in paragraph 2 above shall be at the rate of $450.00 per hour, pro-rated for each part of each additional partial hour.  For each day of required travel the maximum travel charge will be $4,500.00 per day.

    C. For each period of travel of one hundred miles or more from Washington, DC, travel will be at the rate of $4,500 for each day of travel, each day of work (including all days of trial proceedings for which Dr. Grieger is present) and each partial day of travel.



DEFENDANT'S EXHIBIT
5-B

For example, return travel from California beginning on 1 January, but not ending in the Washington, DC area until 2 January will be billed at the rate of $4,500.00 for each of two days ($9,000.00 total) in addition to all travel time spent traveling to California and all days of work performed there.

   C. There is no fee for testimony – only for the associated travel time expended and expenses incurred.

   D. For cases within the continental United States, expenses for airfare, car rental, lodging and per diem are included in the fees for consultation and travel as outlined above.

   E. For travel outside the continental United States, travel and expenses will be in addition to the daily fee rate. Air fare will be in business class.

5. **Conditions of authorized time, billing and payment.** Upon approval of an initial maximum number of consultation hours for the consultant, account billing will be every two weeks with payment due 30 days following submission of the bill. Prior to any necessary travel, the contracting authority will authorize either a maximum number of hours or full days of travel (for travel beyond 500 miles for the Washington DC area) including return travel time. **Such communication may be electronic, but must originate from an employee or official authorized to obligate and commit, personal, corporate, or Federal funds. Communication from the military Staff Judge Advocate, defense counsel, or trial counsel will not serve as proper authorization.** If the authorized maximum travel time is not satisfactory based on court or other delays, additional time (taking into consideration return travel time) must be authorized in advance. Invoices will be submitted by the consultant electronically. Any failure to pay any invoice within the 30 day period will result in a show cause notice provided to the contracting office, with a copy to the local Staff Judge Advocate and the convening authority, and stoppage of all consultative work until such time as payment is received. Further failure to provide prompt payment will result in claim against the United States government. All invoices will include the case name, breakdown of hours expended in each element of performance, extension of those hours by the proper hourly rate, and summary total for the two week period and a summary for the total performance on the case (except see paragraph 6 below). Any question raised by audit or review of any billing must be conveyed to the consultant immediately and in any event within one week of identification.

6. **Alternative conditions of consultation.** In some circumstances consultation and travel time may be contracted on a firm fixed price basis for unit task line items. In such circumstances authorization for each task will be approved in advance and an invoice submitted when each task is completed. In such circumstances the amount authorized for each task will be paid upon completion of such task and submission of the invoice. Under these circumstances the contract and the invoice shall reflect only the task line items with no reference to the time required for completion. Examples of such contract line items follow (terms and unit prices are for demonstrative purposes only and will be negotiated by the parties depending on the circumstances of the case):



Line Item 1 - Pre-trial preparation: review of legal and investigative records, medical records, physical health records, educational records, all similar materials and any additional materials for which the assigned attorney requests review; telephone calls from both prosecution/plaintiff and defense attorneys and their staffs; preparation of electronic or written reports, and preparation of all correspondence (including e-mail correspondence). Unit Price: $6,000

Line Item 2 – Travel to and participation in court proceedings: meeting with attorneys or their staff members, evaluating individuals accused of crimes, plaintiffs in liability cases, witnesses, travel to and time spent in court observing or providing testimony, and any other travel required. Unit Price $27,000

7. **Credit cards** may be used for the initial evaluation if approved by Dr. Grieger. **Cancellation of credit card transactions must be made within 48 hours of initial authorization. In such case the amount or work not performed will be refunded (minus a $50.00 processing fee). There will be no refund of credit card authorizations if cancellation is effected more than 48 hours after authorization.** Attempts to cancel or refuse payment will be matters of legal dispute and the client will be subject to payment of all legal or arbitration expenses incurred by Dr. Grieger. Clients using a credit card method of payment will be provided with a single invoice outlining the total hours authorized and will not receive a detailed billing by elements of performance.

8. **Modification to the fee rates**: If the above cited fee rates or conditions are modified, then those modification will be annotated and each line initialed by both parties below. These modifications must be approved and initialed by government or private individuals with contracting authority.

_____

_____

_____

_____

_____

_____

_____



Government or private entity (Base, Corporation, Firm, or Location):

_____

Printed Name:

_____

Position:

_____

Signature:

_____

_____

Date

_____

Thomas A. Grieger, MD

_____

Date



**Exhibit 5C**

**RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE
REPORT
CONTAINS CONFIDENTIAL MEDICAL
INFORMATION**

**Expert report served separately on Plaintiffs' Liaison
Counsel on March 31, 2011, pursuant to agreement
between Defendants and Plaintiffs' Liaison Counsel.**

## Exhibit 5D

## RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
## CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

**Exhibit 5E**

### RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE
### REPORT
### CONTAINS CONFIDENTIAL MEDICAL
### INFORMATION

**Expert report served separately on Plaintiffs' Liaison
Counsel on March 31, 2011, pursuant to agreement
between Defendants and Plaintiffs' Liaison Counsel.**

**Exhibit 5F**

## RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
## CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

**Exhibit 5G**

**RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE
REPORT
CONTAINS CONFIDENTIAL MEDICAL
INFORMATION**

**Expert report served separately on Plaintiffs' Liaison
Counsel on March 31, 2011, pursuant to agreement
between Defendants and Plaintiffs' Liaison Counsel.**

**Exhibit 5H**

**RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE
REPORT
CONTAINS CONFIDENTIAL MEDICAL
INFORMATION**

**Expert report served separately on Plaintiffs' Liaison
Counsel on March 31, 2011, pursuant to agreement
between Defendants and Plaintiffs' Liaison Counsel.**