**TRUDY R. KOSLOW,** M.Ed., CRC, CCM, CLCP, ABVE
Vocational and Rehabilitation Counseling * Life Care Planning * Consulting Services

---

6175 Grovedale Court, Suite 200, Alexandria, VA  22310<br>
Ph 703-971-3777  Fax 703-921-0830<br>
E-mail: trudyk@starpower.net

## EDUCATION

| | |
|---|---|
| 1994 - 1995 | **University of Florida,** Orlando, Fla<br>Certificate - Advanced Life Care Planning for Catastrophic Case Management |
| 1985 - 1988 | **University of Maryland,** College Park, MD<br>Thirty credits earned toward Ph.D. in Rehabilitation Counseling |
| 1980 | **Springfield College,** Springfield, MA<br>Certificate of Advanced Graduate Study (CAGS) in Rehabilitation Counseling |
| 1980 | **Springfield College,** Springfield, MA<br>M.Ed., Rehabilitation Counseling |
| 1977 | **Smith College,** Northampton, MA<br>B.A., Hispanic Studies |

## CAPABILITIES AND ACCOMPLISHMENTS

### General

- Life Care Planning
- Bi-lingual: English and Spanish
- Expert Witness Testimony
- Comprehensive Case Management
- Brain Injury Rehabilitation
- Medicare Set-Aside Development and Review
- Training

### Certifications

- 1981 Certified Rehabilitation Counselor (CRC), Commission on Rehabilitation Counselor Certification
- 1985 Certified, Office of Worker's Compensation Programs, US Department of Labor
- 1993 Certified Case Manager (CCM), Commission on Case Manager Certification
- 1995 Certified Rehabilitation Provider, Commonwealth of Va., Department of Health Professionals
- 1996 Certified Life Care Planner (CLCP), Commission on Health Care Certification

232176.1


DEFENDANT'S EXHIBIT 6-A

- 1999 Diplomat, American Board of Vocational Experts (ABVE)
- 1999 Certified Rehabilitation Services Provider, State of Maryland

**Awards**

- 05/01 Received Virginia NARRPS Award for Rehabilitation Professional of the Year 2000-2001

## EXPERIENCE

10/84-Present   **Trudy R. Koslow, M.Ed., CRC, CCM, CLCP,** Alexandria, VA

<u>Vocational Rehabilitation Counselor/Consultant/Life Care Planner/Trainer</u>. Provide vocational rehabilitation counseling to English and Spanish speaking individuals. Provide counseling services in liability, long-term disability, and Workers' Compensation cases. Provide consulting services to individuals, insurance companies, attorneys, and the federal government. Provided counseling services to INOVA Mount Vernon Rehabilitation Center, a work hardening program. Provide counseling services to individuals attending the Bridge Program, an outpatient brain injury rehabilitation program at INOVA Mount Vernon Hospital. Develop life care plans and provide expert testimony. Provide expert testimony in a variety of cases including medical malpractice, divorce, personal injury, product liability, employment law, motor vehicle accident, and workers' compensation. Have developed Medicare Set-Aside proposals. Provide consulting services to the Workers' Compensation Review Center WCRC), a Medicare Set-Aside review contractor to the Centers for Medicare and Medicaid Services (CMS).

1/96 - 3/97   **Capital Case Management - Partner,** Alexandria, VA

<u>Director of Rehabilitation Services</u>. Provided supervision and training to a staff of five counselors and coordinated case management services for the entire staff. Marketed counseling services to attorneys, insurance companies, federal and county governments, educational institutions and to individuals. Provided vocational rehabilitation and expert witness services.

1/86 - 5/86   **University of Maryland,** College Park, MD

<u>Instructor</u>. Taught Introduction to Rehabilitation Counseling course to undergraduate students. Developed curriculum, determined grading procedure and assisted students as needed.

8/80 – 8/84   **Massachusetts Rehabilitation Commission,** Springfield, MA

<u>Vocational Rehabilitation Counselor</u>. Provided vocational rehabilitation counseling to persons with various disabilities. Managed a caseload of approximately 100 English and Spanish speaking individuals. Voluntary supervision of graduate and undergraduate students doing practicums and internships.

4/80 - 8/80   **Alcoholism Services of Greater Springfield - DWI Program,** Springfield, MA

232176.1

                    **Counselor/Coordinator**.  Provided one on one counseling of individuals arrested for driving while intoxicated focusing on individuals who exhibited problematic involvement with their use of alcohol.  Supervised one staff member.  Maintained contact with numerous courts and probation officers.  Provided community resources to clients and coordinated referrals.

10/77 - 7/80     **Alcohol Services Center of Greater Springfield**, Springfield, MA

                    **Instructor/Coordinator**.  Taught alcoholism awareness classes to individuals arrested for driving while intoxicated.  Made recommendations to the court regarding case disposition.  Provided individuals with resource information and coordinated referrals to counseling when needed.

## PROFESSIONAL AFFILIATIONS

1981 - 1998    <u>National Rehabilitation Counseling Association</u>
                   Includes affiliation with National Rehabilitation Association

1981 - 1984    <u>Massachusetts Rehabilitation Counseling Association</u>
                   Includes affiliation with Massachusetts Rehabilitation Association; Treasurer, 1983 - 1984.

1984 - 1998    <u>Virginia Rehabilitation Counseling Association</u>
                   Includes affiliation with Virginia Rehabilitation Association

1986-Present   <u>IARP (formerly NARPPS), CARPPS and Virginia NARPPS</u>
                   National (Chesapeake and Virginia Chapters) Association of Rehabilitation Professionals in the Private Sector now known as the International Association of Rehabilitation Professionals.  Secretary/Treasurer of Virginia NARPPS, 1988 - 1990; Secretary, 1990 - 1991; Treasurer, 1991 - 1993; President-Elect, 1993 - 1994; President, 1994 – 1995; Immediate Past President, 1995-1996; Northern Virginia Regional Representative 5/02 – 5/03.  Annual Conference Chair, 1995 - 1996.  Helped organize state annual conferences 1994 - 2000.  Served on national NARPPS Board as Council of Chapter Presidents representative, 1994 - 1995; Region III Representative, 1995 – 1996; Forensic Section Representative 2006 – 2008.  Worked with National NARPPS office as the Legislative Consultant, 5/96 - 12/96.  Served as Co-Chair of the Forensic Section, 4/98 - 3/99 and again from 5/05 - 5/06.  Chair, CEU Committee 5/03 – present.  Chair, Student Volunteer Scholarship Program 2/05 – present.  Conference Chair 2006 – 2010.

1996 - Present  <u>American Board of Disability Analysts</u>

1998 - 2000    <u>American Rehabilitation Economics Association</u>

1999 – Present  <u>American Board of Vocational Experts</u>
                   7/05 – present – serving as peer reviewer for individuals seeking certification at various levels

## PRESENTATIONS

232176.1

| | |
|---|---|
| 09/10 | Medicare Set-Aside Arrangements |
| | Deputy Commissioners – Virginia Workers' Compensation Commission |
| 04/08 | Workers' Compensation Training - Teleconference |
| | CMS Employees |
| 03/07 | Medicare Set- Aside Arrangements |
| | Idaho State Bar Association meeting, Sun Valley, Idaho |
| 05/06 | Medicare Set-Aside Development |
| | Pre-conference workshop – IARP Annual Conference – Minneapolis, MN |
| 11/05 | Vocational Expert Opinion in Employment Discrimination Cases |
| | IARP Forensic Section Conference – Nashville, TN |
| 11/05 | MSA Made Easy |
| | Pre-conference workshop - IARP Forensic Section Conference – Nashville, TN |
| 10/05 | The REAL World of MSA Preparation |
| | Medipro seminar – Advanced Medicare Set- Aside Program – Orlando, FL |
| 03/01 | Presented Seminar on Life Care Planning |
| | PHICO Insurance Company, Pennsylvania |

Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, (D) ABVE          Sworn Testimony

| Date | Case | Description |
|---|---|---|
| 8/15/06 | Porterfield v Porterfield | Trial testimony – divorce (Prince William, Co., VA) |
| 9/6/06 | Tlapechco v Handler Corporation, et al. | Deposition – personal injury (New Castle Co., DE) |
| 9/18/06 | Coleman v Mitsubishi Caterpillar Forklift | Deposition – personal injury (City of Lynchburg, Lynchburg, VA) |
| 9/27/06 | Miazza v Miazza | Trial testimony-divorce (Fairfax Co., VA) |
| 10/19/06 | Monroe v Barton Protective Services | Deposition-workers' comp (D.C.) |
| 11/16/06 | Murry v BNA | Deposition-wrongful termination (D.C.) |
| 11/21/06 | Gripiotis v Gripiotis | Trial testimony-divorce (Mont Co., MD) |
| 11/28/06 | Aikman v Kanda | Trial testimony-med mal (Superior Court for the District of Columbia) |
| 12/12/06 | Muhammad v Eastern Electric | Trial testimony - workers' comp (DC) |
| 12/19/06 | Keller v Keller | Trial testimony - divorce (Fairfax Co., VA) |
| 2/2/07 | Elguezabal v UMMS | Deposition-med mal (Baltimore City Court) |
| 3/5/07 | Gross v Bank, M.D. | Deposition-med mal (Superior Court for the District of Columbia) |
| 3/6/07 | Boyd v Taylor-Boyd | Trial testimony - divorce (Fairfax Co., VA) |
| 3/12/07 | Shapiro v Shapiro | Trial testimony - divorce (Arlington, Co., VA) |
| 3/13/07 | McGhee v Popeye's | Trial testimony – worker's compensation appeal (Prince George's Co., MD) |
| 4/11/07 | Seroka v Seroka | Trial testimony – divorce (Fairfax Co., VA) |
| 4/12/07 | Kreutzberger/Lamberson v Wermuth | Deposition-med mal (Superior Court of NJ, Hunterdon County) |
| 5/9/07 | Casamento v UPS | Deposition–MVA (US District Court for the District of Maryland – Southern Division) |
| 5/21/07 | Decker v Ciacci, M.D., et al | Deposition-med mal (Baltimore City Court) |
| 5/29/07 | Joyce v Calvert Co. Board of Education | Trial testimony – workers' compensation appeal (Calvert Co., Maryland) |
| 5/31/07 | Sharps v District Hospital Partners | Deposition-med mal (Superior Court for the District of Columbia) |
| 6/22/07 | Zavala v WASA | Deposition – MVA (Superior Court for the District of Columbia) |
| 6/26/07 | Calderon v Horning Brothers | ALJ Hearing - workers' comp (DC) |
| 6/26/07 | Novitsky v Novitsky | Trial testimony - divorce (Fairfax Co., VA) |
| 7/17/07 | Balmford v P & W Excavating, et al. | Deposition – MVA (Washington Co., MD) |
| 7/25/07 | Liu v Thomasson | Trial testimony – divorce (Fairfax Co., VA) |
| 7/30/07 | Curry v Marlow | Deposition – MVA (Warren Co., VA) |
| 8/10/07 | Bach v Bach | Trial testimony – divorce (Stafford Co., VA) |
| 9/5/07 | Banks v Banks | Trial testimony – divorce (Fairfax Co., VA) |
| 9/20/07 | Duchene v Duchene | Deposition – divorce (Fairfax Co., VA) |
| 9/24/07 | Stemke v Honeywell | Trial/ALJ testimony – WC/Longshore |
| 10/2/07 | Betts v Berwind Corporation | Deposition – WC (Prince George's Co, MD) |
| 10/4/07 | Afshar v Marshall's | Deposition – personal injury (Prince George's Co., MD) |
| 10/17/07 | Balmsford v P & W Excavating, et al. | Trial testimony – MVA (Washington Co., MD) |
| 10/30/07 | Kelley v Kelley | Trial testimony – divorce (Mont. Co., MD) |
| 11/7/07 | Bado v Southland | Deposition – employee discrimination (Prince George's Co., MD) |
| 11/27/07 | Johnson v Queen | Deposition – lead paint (Sup Ct. for DC) |
| 12/12/07 | Monroe v Lockheed Martin | ALJ Hearing – workers' comp (DC) |
| 12/19/07 | Booth v UMMS | Deposition – med mal (Baltimore, MD) |

DEFENDANT'S EXHIBIT 6-B

236380.1

| Date | Case | Type |
|---|---|---|
| 1/9/08 | Judeh v Kheder | Deposition – negligence (Fairfax Co., VA) |
| 1/14/08 | Francella v Poole & Kent | Deposition – workers' comp (VA) |
| 1/23/08 | Griffin v Griffin | Trial testimony – divorce (Winchester, VA) |
| 2/6/08 | Moshari v Enterprise Leasing | Deposition – workers' comp (VA) |
| 3/18/08 | Hall v DORS | ALJ Hearing – OHA (Baltimore, MD) |
| 3/20/08 | Wilson v GEICO | Deposition – employment discrimination (Montgomery Co., MD) |
| 3/20/08 | Easter v PEPCO | Trial testimony - workers' comp (Prince George's Co., MD) |
| 03/25/08 | Reed-Baden v Abidin, M.D. | Deposition – med mal (Fairfax Co., VA) |
| 04/09/08 | Wolff v Wolff | Trial testimony – divorce (Prince William Co., VA) |
| 04/15/08 | Zervas v Wasington Hospital Center | Deposition – med mal (Superior Ct of DC) |
| 04/22/08 | Morris v Keibler-Thompson | Deposition – personal injury (Baltimore Co., MD) |
| 04/25/08 | Morris v Keibler-Thompson | Trial testimony – personal injury (Baltimore County, Maryland) |
| 04/29/08 | Wharton v Centeno. et al. | Deposition – MVA/personal injury (Superior Court of the District of Columbia) |
| 6/1/08 | Oliver v George Washington Univ. | ALJ Hearing – workers' comp (DC) |
| 6/9/08 | Trammell v Montgomery co Board of Ed. | Deposition – workers' comp (Maryland) |
| 6/18/09 | Jones-Whitley v Isabel Mercer, et al. | Deposition – MVA/personal injury (Superior Court of the District of Columbia) |
| 6/19/08 | Rekow v Rekow | Deposition-divorce (Rappahannock Co.,VA) |
| 7/22/08 | Richard Williams v Bob Hall, Inc | Deposition – workers' comp appeal (Calvert Co., MD) |
| 7/24/08 | Richard Williams v Bob Hall, Inc | Trial testimony – workers' comp appeal (Calvert Co., MD) |
| 7/28/08 | Robert Armstrong v Hamilton Group | ALJ Hearing – workers' comp (DC) |
| 7/30/08 | Ezzati v Ghiasi | Deposition – divorce (Montgomery Co., MD) |
| 7/31/08 | Wolff v Schwinn | Deposition – MVA/personal injury (Montgomery County, MD) |
| 8/4/08 | Bado v Southland | Deposition-workers' comp (Maryland) |
| 8/18/08 | Ronchi v U-Haul Company | Trial testimony – workers' comp appeal (Prince George's Co., MD) |
| 8/18/08 | Ezzati v Ghiasi | Trial testimony – divorce (Montgomery Co., MD) |
| 10/23/08 | Muse-Freeman v Bhatti | Deposition – medical malpractice (NJ) |
| 10/24/08 | Ben-Joseph v Mt. Airy Auto Transporters | Deposition – MVA/personal injury (United States District Court/District of Maryland) |
| 10/27/08 | Madden v. Nkodo, M.D., et al | Deposition – med mal (Prince George's Co., MD) |
| 11/10/08 | Kahane v Kahane | Trial testimony – divorce (Stafford Co., VA) |
| 12/9/08 | Blount v Giant Food | Deposition – workers' comp (Maryland) |
| 2/16/09 | Gentry v UMMS | Deposition – med mal (Baltimore City) |
| 3/13/09 | Velasquez v UMMS | Trial testimony - med mal (Baltimore City) |
| 4/21/09 | Bowman/Marshall v Samman | Deposition – med mal (Superior Court for the District of Columbia) |
| 4/29/09 | Boatwright v H.T. Harrison & Sons | Trial testimony – worker's comp appeal (Montgomery County, Maryland) |
| 5/11/09 | Cobbs v Blue Mercury, et al. | Deposition – employment discrimination (U. S. District Court, District of Columbia) |
| 5/26/09 | Thai v Piney Bowes | Trial testimony – workers' comp appeal (Prince George's County, Maryland) |
| 6/11/09 | Nunez v Action Sheet Metal | ALJ Hearing – worker's comp (Virginia) |

236380.1

| Date | Case | Description |
|---|---|---|
| 7/13/09 | Jones v Blatstein | Deposition – med mal (City of Fredericksburg, Virginia) |
| 7/14/09 | Lewis v Target | Deposition – personal injury (U. S. District Court, Eastern District, Alexandria, VA) |
| 7/27/09 | Brooks v Prince George's County | Deposition – personal injury (Prince George's County, MD) |
| 7/29/09 | Cottrell v Cottrell | Trial testimony – divorce (Fairfax Co., VA) |
| 7/30/09 | Chapman v Omni Shoreham | Deposition – personal injury (DC) |
| 8/10/09 | Harrison v Mason | Deposition – med mal (Baltimore City, MD) |
| 8/18/09 | Salinas v Salinas | De Bene Esse Deposition – divorce (Fairfax Co., VA) |
| 9/8/09 | Petersen-Pilat v Pilat | Trial testimony – divorce (Fairfax Co., VA) |
| 9/10/09 | Wever-Wilmoth v Cifello | Deposition – med mal (Anne Arundel Co., MD) |
| 10/8/09 | Turrentine v Kaiser | Deposition – med mal (District of Col) |
| 10/22/09 | Browne v District of Columbia | Trial testimony – personal injury (District of Columbia) |
| 10/26/09 | Ritchie v Omega Protein | Deposition – personal injury (City of Norfolk, Norfolk, VA) |
| 11/10/09 | Breen v Upper Chesapeake Health et al | Deposition – wrongful birth (US District Ct) |
| 11/11/09 | Blanco-Reyes v 84 Lumber et al | Deposition - personal injury (Harford County, MD) |
| 11/9/09 | Greene v National Head Start | Deposition – employment discrimination (US District Court) |
| 11/24/09 | Serafis et al. v Khanna, M.D. et al. | Deposition - med mal (Baltimore City, MD) |
| 1/5/10 | Alegre v Chesapeake Bulk Stevedores | ALJ Hearing – Longshore/WC case (Baltimore, MD) |
| 1/11/10 | Shield v Rogers | Deposition – med mal (Northampton Co., VA) |
| 3/22/10 | Wynn v MJ Harbor | Deposition – personal injury (Baltimore City, MD) |
| 4/12/10 | Workman v Millennium | Trial testimony -workers' comp appeal (Prince George's Co., MD) |
| 4/14/10 | Lee v Kim | Trial testimony – divorce (Fairfax Co.., VA) |
| 4/20/10 | Wynn v MJ Harbor | Deposition – personal injury (Baltimore City, MD) |
| 4/21/10 | Ritchie v Omega Protein | Trial testimony – Longshore/personal injury (City of Norfolk, Norfolk, VA) |
| 4/26/10 | Shorter v Domino's Pizza | Deposition - personal injury (U.S. District Court for the District of Maryland) |
| 4/27/10 | Rivera v Adventist Healthcare, et al. | Deposition – med mal (Montgomery Co., MD) |
| 7/8/10 | Scutti v Johns Hopkins | Deposition – med mal (Baltimore City, MD) |
| 7/13/10 | Sahm v Sahm | Trial testimony – divorce (Prince William Co., VA) |
| 7/28/10 | Dais v Paterson Community Health Crt | Deposition – med mal (Superior Court of NJ – Passaic County |
| 7/29/10 | Carpenter v American Red Cross | Trial testimony – workers' comp appeal (City of Baltimore, MD) |
| 8/4/10 | Rivera v Adventist Healthcare, et al. | Trial testimony – med mal (Montgomery Co., MD) |
| 9/8/10 | Smyre v Howard University Hospital | Deposition – workers' comp (DC) |
| 9/21/10 | Lilly v Wackenhut, et al. | Deposition – personal injury (DC) |
| 10/4/10 | Dinkins v Casual Corner | Trial testimony – workers' comp appeal (Prince George's Co., MD) |
| 10/20/10 | Burke v Burke | Trial testimony – divorce (Fairfax Co., VA) |

236380.1

| Date | Case | Description |
|---|---|---|
| 10/26/10 | Romero v Allstate Painting | ALJ Hearing – workers' comp (VA) |
| 11/9/10 | Griffin v Prince William Hospital Sys | Deposition – employment discrimination (Prince William Co., VA) |
| 11/23/10 | Mion v Mion | Trial testimony – divorce (Prince William Co., VA) |
| 12/1/10 | Escobar v Bekele | Trial testimony - personal injury (Superior Court for the District of Columbia) |
| 12/2/10 | Werth v Werth | Trial testimony – divorce (Montgomery Co., MD) |
| 12/8/10 | Fitzgerald v Corporate Courier | Trial testimony – workers' comp appeal (Prince George's Co., MD) |
| 12/10/10 | Smyre v Howard University Hospital | Trial testimony – workers' comp (DC) |
| 12/13/10 | Davino v City of Greenbelt | Trial testimony – workers' comp appeal (Prince George's Co., MD) |
| 1/11/11 | Johnson v Johnson | Trial testimony – divorce (Fairfax Co., VA) |
| 1/26/11 | Floyd v Gililand Construction | Trial testimony – workers' comp appeal (Montgomery Co., MD) |
| 2/3/11 | Hall v Bailey | Trial testimony – child support (Loudoun Co., VA) |
| 2/14/11 | Skinsacos v Skinsacos | Trial testimony – divorce (Montgomery Co., MD) |
| 3/2/11 | Lewandowski v DeHaven | Deposition – med mal (US District Court for the District of Maryland |
| 3/11/11 | Homsuwan v Stone | Trial testimony – divorce (Loudoun Co, VA) |
| 3/15/11 | Scott v Lee | Deposition – personal injury (US District Court for the District of Columbia) |
| 3/21/11 | Joseph v Palisades Medical Center | Deposition – med mal ( Superior Court of NJ – Hudson County) |

236380.1

**TRUDY R. KOSLOW, M.ED., C.R.C., C.C.M., C.L.C.P.**
Rehabilitation Counseling • Consulting Services • Life Care Planner

6175 Grovedale Court, Suite 200
Alexandria, VA 22310
(703) 971-3777
Fax: (703) 921-0830
trudyk@starpower.net

October 12, 2010

Christopher K. Mangold, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
8444 Westpark Drive, Suite 510
McLean, VA 22102

RE: Fees

Dear Mr. Mangold,

Per your request, I am sending this note to provide information regarding my current fee schedule. As of September 1, 2010, I raised my rates to $275.00 per hour. However, since I tentatively was retained by your office to provide life care planning and vocational rehabilitation services to your office prior to September 1, 2010, my previous rate will prevail for the cases that I receive as part of the WMATA litigation. My previous rate was $250.00 per hour. All services, including file review, research, meeting with clients, report writing, travel time, and deposition and/or trial testimony will be charged at the rate of $250.00.

If you have any additional questions, or need any additional information, please feel free to contact me at any time at 703-971-3777.

Respectfully submitted,

*Trudy Koslow*

Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, (D)ABVE
Vocational Rehabilitation Consultant/Life Care Planner

DEFENDANT'S EXHIBIT 6-C

# Exhibit 6D

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

236799.1

# Exhibit 6E

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.

236799.1