# Thomas D. Walsh

| | |
|---|---|
| **Education** | Masters in Business Administration<br>Harvard Business School, June 1973<br><br>Bachelor of Arts in Economics<br>Cum Laude - Phi Beta Kappa<br>Georgetown University, June 1969 |
| **Professional Experience** | President, Walsh Financial Services, Inc., and successor, Steamboat Springs, CO<br>January 1993 to present<br><br>Senior Vice President, Mesirow Financial Structured Settlements (f/k/a Settlement Planning Associates, LLC), Arlington, VA<br>June 1997 to present<br><br>Associate, Huver & Associates, Inc. Philadelphia, PA<br>January 1993 to June 1997<br><br>Chairman, JMW Settlements, Inc., Washington, DC<br>1983 to January 1993<br><br>Vice President, Tucker Anthony, Inc., Washington, DC<br>1983 to January 1993<br><br>President, Julia M. Walsh & Sons, Inc., Washington, DC<br>June 1977 to October 1983<br><br>Corporate Secretary, National Association of Securities Dealers, Inc.<br>June 1973 to June 1977<br><br>Staff Accountant, Price Waterhouse & Co.<br>1969 to 1970 |
| **Educational Institutions** | Lecturer in the Georgetown University Business School<br>January 1978 to December 1980<br><br>Qualified as an Expert Economist and as an Annuitist in over twelve States. Federal and State Court |
| **Corporate Board Membership** | EVA Corporation – Chief Executive Officer<br>Sensatex, Inc    -- Chairman<br>Thos D Walsh Inc -- Chairman |
| **Community Activities** | Member of Board of Directors, Chairman of Finance Committee, Foundation and Board Children's Hospital National Medical Center, Washington, DC, 1981-1992<br>Chairman, Board of Directors, 1987-1989<br>Chairman, Board of Directors, National Hospital for Orthopedics and Rehabilitation, Arlington, VA 1996-98 |


DEFENDANT'S EXHIBIT 7-A

# Thomas D. Walsh
DEPOSITIONS & TESTIMONIES – PAST FOUR YEARS

Belew, Donald v. United States of America
Civil Action No. 3:06cv00865-IPJ.
U.S. District Court
Northern District of Alabama
**Deposition or Trial on January 29, 2007**

Bethel, David v. United States of America
Civil Action No. 05-CV-1336-PSF-BNB
U.S. District Court
District of Colorado
**Deposition Testimony on May 29, 2007**

**Burress v. Winters
Civil NO: 08-2622 (WDQ)
U S District Court, Maryland, Northern Division
Trial Testimony on June 1, 2010**

Janice Coclough, et al v. David E. Fox, et al
Case No: 2006CA006787B
**Superior Court of the District of Columbia
Deposition December 13, 2007**

**Phillip Cutting, Jr et al v United States of America
Civil Actio 07-cv-02053-PAB-MEH
U S District Court, District of Colorado
Denver, Colorado
Deposition July 10, 2009**

**Dineen V Rader
Case No:**
Circuit Court of Frederick County, Md
Deposition January 25, 2008
Trial Testimony May 26, 2009

**Debbie Dugar, et al v United States
Case No: 1:05-cv-01500-HHK
U S District Court for the District of Columbia**

*Updated March 15, 2011/ ahough*

1



Trial Testimony December 12/13, 2007

Guevara v. Toyota Motors
Case No: 06CC09981
Superior Court of California, Orange County
Deposition February 28, 2008


Jackson v Pena, et al
Case No.: 2002-CA6770 Div. 34
Circuit Court, 9th Judicial District
Orange County, Florida
Deposition Testimony on May 22, 2008

Kaiser v. Kulkarni
Case No. C-08-30604-F
Circuit Court for Allegany County
Cumberland, MD
Trial Testimony on April 30, 2010


Lockhart v. YMCA
Case No. 2001-L-004891
Circuit Court, Cook County, IL
Trial Testimony on April 29, 2004 and October 10, 2006

Longshore v Edgewood Management Corporation
Case No. 09-449 (RBW)
U S District Court for the District of Columbia
Deposition Testimony on June 9, 2010


Ludvik v. Georgetown University Hospital
Case No. 06-0000462
Superior Court of the District of Columbia, Arlington, VA
Deposition Testimony on June 12, 2007

Maenner v Frederick Primary Care Associates
Frederick County Circuit Court, Frederick, Md
Case No.
Trial Testimony on April 14, 2008

Miller v Southern Maryland Hospital System, LP
Civil Action No. CAL-08-15212
Circuit Court for Prince George's County
Deposition Testimony   Oct 15, 2009

*Updated March 15, 2011/ ahough*

Trial Testimony Nov 30, 2009

**Pop, Ilie v. Safway Services, Inc.**
Case No: LT-2925-3
Circuit Court, Richmond, Va.
Deposition Testimony on September 17, 2007

Robinson v. United States et al
Case No: W-09 CA-279
United States District Court/ Western District of Texas, Waco Div
Deposition Testimony August 5, 2010

**Rose, Robert, et al v. Nissan North America et al**
**Case No. 05AS02994**
**Superior Court-California, County of Sacramento**
**Deposition Testimony on March 28, 2008**

Scott v. Syngenta
Civil Action No. 1.06 cv-952
U S District Court, Baltimore Md
Trial Testimony, January 22, 2009

Singh, Paramjit et al v. Edwards Life Sciences et al
Case No. 05-2-12213-5
Superior Court, Washington, County of Snohmish
Deposition November 26, 2007

**Starkey v OB & GYN Center et al**
**Case No. CV 04-1827**
**Circuit Court for Frederick County, Md**
**Deposition Testimony June 16, 2008**

<u>Tiller v. Norfolk Southern Railway Corporation</u>
Case No. 07-C-6-000118
Circuit Court for Cecil County, MD
**Trial Testimony on May 15, 2007**

**Wirsz v. Nissan North America, Inc et al.,**
Case No. BC 377417
Superior Court of California   County of Los Angeles
Deposition Testimony on August 20, 2009

*Updated March 15, 2011/ ahough*

3

# WALSH FINANCIAL SERVICES

- 1370 Delta Queen Court, • Steamboat Springs, CO 80487
Phone: 970.870.6435 • Fax: 970.870.6436

## Fee Schedule for Tom Walsh

### $150.00 per hour

**Services include:**
File Reviews
Depositions
Reports
Trials

Tax ID# 579 62 2420



DEFENDANT'S EXHIBIT 7-C

# Exhibit 7D

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

236799.1

# Exhibit 7E

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

236799.1

# Exhibit 7F

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

236799.1

# Exhibit 7G

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.

236799.1

# Exhibit 7H

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

236799.1

# Exhibit 7I

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

**Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.**

236799.1

# Exhibit 7J

# RULE 26(A)(2) DAMAGES EXPERT DISCLOSURE REPORT
# CONTAINS CONFIDENTIAL MEDICAL INFORMATION

Expert report served separately on Plaintiffs' Liaison Counsel on March 31, 2011, pursuant to agreement between Defendants and Plaintiffs' Liaison Counsel.

236799.1