# Gloria Morote, Ph.D., PLLC
Neuropsychology and Clinical Psychology
(703) 683-2695

424 South Washington Street
Facsimile: (703) 683-5454

Alexandria, VA 22314
Email: morote@aol.com

## CURRICULUM VITAE

**PERSONAL**

Place of Birth: Lima, Perú  -  U.S. Citizen
Languages: Bilingual *(English and Spanish)*

**EDUCATION**

**George Washington University** - Washington, D.C.
May 1978 B.A. in Psychology -  Special Honors

**Catholic University of America**  - Washington, D.C.
May 1981 M.A. in Clinical Psychology
May 1985 Ph.D. in Clinical Psychology

**Massachusetts General Hospital - Harvard Medical School -**
Boston, Massachusetts
Jun 82 - Jun 83 Pre Doctoral Internship in Clinical Psychology
Jul 83 - Mar 85 Clinical Fellow in Psychology

**Georgetown University Medical Center - Neurology Department**
Washington, D.C.
Post Doctoral Fellow in Clinical Neuropsychology - Part Time
*(1/90 to 6/91)*

## PROFESSIONAL EXPERIENCE

May 88 – Present

**Private Practice -** Alexandria, Virginia.  Conduct psychological and neuropsychological evaluations of children and adults with a wide range of neurological, psychiatric, and developmental disorders.  Provide consultations to community and government agencies.  Since 1993, have been qualified as an Expert Witness in Clinical Psychology and Neuropsychology in Family Courts, and Circuit Courts in Virginia, Maryland, and the District of Columbia.

June 04 – Aug. 08

**Youth Forensics Services Division.  Assessment Center.**  Washington, D. C.
*Consultant Neuropsychologist.*  Provide evaluations of children, juveniles, and their families as ordered by the Family Division of the Superior Court of the District of Columbia.

Sept. 00 - Jan 01

**Inova Mt. Vernon Hospital - Outpatient Neuro-Rehabilitation Program (BRIDGE) -**  Alexandria, Virginia.
*Consultant Neuropsychologist* .  Participate in the interdisciplinary rehabilitation treatment of patients with acquired neurological disorders (traumatic brain injuries, strokes) in an outpatient Day Treatment Program.



*Morote, Gloria*
*Curriculum Vitae*
*Page 2*

| | |
|---|---|
| Nov 00 - Present | **National Institutes of Health (NIH).  Institute of Neurological Disorders and Stroke (NINDS). Cognitive Neuroscience, Clinical Epilepsy Section -** Bethesda, Maryland.  *Consultant Neuropsychologist.*  Provide consultation within the NINDS and other Institutes.  Services include neuropsychological evaluations, intra-operative assessment of speech, language, and other functions via electrical brain stimulation and pharmacological studies of language. (WADA procedure), assistance in  assessment procedures specific for the research setting and adapted to the study of neurological disorders in adults and children (Brain Mapping, fMRI), participation in seminars, rounds, and discussions as part of multi-disciplinary teams. |
| Nov 01 - Present | **Police and Fire Clinic -** Washington, D. C. *Consultant Psychologist – Neuropsychologist.*  Conduct  Psychological Fitness for Duty evaluations of sworn law enforcement and other public safety officers for the District of Columbia (D.C.)'s Metropolitan Police Department (MPD), D.C. Fire Department and Emergency Medical Services.  Since October 2010: additional agencies include the D.C. Department of Protective Services, and the D.C. Department of Environment.  Conduct neuropsychological evaluations of law enforcement and other public safety officers who have sustained brain injuries or neurological events. |
| Jan 92 - Present | **Multicultural Clinical Center (MCC) -** Springfield, Virginia. *Director of Diagnostic Services.*   Coordinate the delivery of diagnostic services (psychological and neuropsychological testing) for children, adolescents and adults with a wide range of developmental disorders, psychiatric and neurologic disorders, and learning disabilities.  Train and supervise bilingual psychologists and neuropsychologists who deliver diagnostic services in English, Spanish, Vietnamese, Sign Language, Farsi and Russian. *Clinical Supervisor (starting 9/07)* of Pre-Doctoral Psychology Interns.  Mid Atlantic Internship Consortium, Affiliated with Argosy University |
| Sept 92 - Present | **Commission of Mental Health Member -  Superior Court of the District of Columbia**, Washington, D.C. *Commission Member.*   Co-preside over mental health hearings; determine the presence of mental illness and dangerousness; order release of respondents if they do not meet the legal requirements of the civil commitment statutes of the District of Columbia; make recommendations to the Superior Court to order special evaluation and/or commitment to either inpatient or outpatient mental health facilities for those respondents meeting statutorily-mandated criteria. |
| Jun 98 - August 00 | **Health Management Strategies International, Inc. -** Alexandria, Va. *Consultant Neuropsychologist.*    Peer-Advisor for Quality Assurance and Utilization Review. Responsible for pre-certification and concurrent peer review of psychological and neuropsychological assessments of children, adolescents and adults patients. |

*Morote, Gloria*
*Curriculum Vitae*
*Page 3*

Aug 92 - Jan. 93     **American Psych Management** - Arlington, Va.
                     *Neuropsychologist Consultant.*   Peer-Advisor for Quality Assurance and
                     Utilization Review.  Responsible for pre-certification and concurrent peer review
                     for diagnostic assessments of children, adolescents and adults patients.

Jan 90 - August 00   **Law Enforcement Assessment Center** - Maryland
                     *Clinical Psychologist Consultant.*  Conduct pre-employment screening of
                     applicants to Police and Sheriff departments for Montgomery County and U.S.
                     Capitol Police.

Jan 89 - Dec 95      **Dominion Hospital** - Falls Church, Va.
                     *Neuropsychologist Consultant.*  Performed neuropsychological evaluation of
                     young children and adolescent psychiatric inpatients.

Jan 91 - Jan 93      **Psychiatric Institute of Washington D.C.** - Washington, D.C.
                     *Neuropsychologist Consultant.*  Performed neuropsychological evaluations for
                     dually-diagnosed adults, young children and adolescents with a wide range of
                     psychiatric, neurologic and developmental disorders.

Jun 90 - Dec 90      **Head Start Parent and Child Center**
                     *Consultant.*  Provided training and technical assistance to Higher Horizons
                     Parents and Child Center in Bailey's Crossroads, Virginia.

May 88 - Mar 89      **Mount Vernon Center for Community Mental Health - Child  Team**
                     *Staff Clinical Psychologist.*  Provided family individual and group therapy for
                     children ages 4 to 18. Conducted intake interviews and psychological evaluations
                     for children and adults as ordered by the Juvenile and Domestic Relations Court.

Apr 85 - Apr 88      **St. Elizabeths Hospital** - Washington, D.C.
                     *Clinical Psychologist Coordinator  (10/87 to 4/88).*  Developed and
                     implemented an Intensive Day Treatment Program for adults with chronic and
                     severe psychiatric disorders.  Provided psychotherapy and diagnostic
                     evaluations, and supervised Doctoral level psychology interns.
                     *Staff Psychologist of the Admission Unit (4/85 to 9/87).*  Provided assessments
                     and coordinated treatment for adult psychiatric patients with acute psychiatric
                     conditions.

Jun 82 - Jul 83      **Massachusetts Gen. Hospital - Harvard Medical School** - Boston, Ma.
                     *Pre-Doctoral Intern.*  Received extensive training in psychodynamically-
                     oriented therapy, cognitive behavioral interventions for phobic conditions and
                     pain management, as well as psychological and neuropsychological assessments.
                     Assigned to the General Psychiatric Unit and the behavioral Medicine Unit to
                     provide intake evaluations, psychological testing, individual, and couples
                     therapy.

*Morote, Gloria*
*Curriculum Vitae*
*Page 4*

| | |
|---|---|
| Jul 83 - Mar 85 | **Massachusetts Gen. Hospital - Harvard Medical School** - Boston, Ma. *Clinical Fellow in Psychology (Half Time Position).*  Provided psychological and neuropsychological evaluations and individual therapy to adult outpatients. |
| Jul 84 - Feb 85 | **School Consultant** - Malden and Milford, Ma. *School Consultant.*  Provided psychological evaluations for preschoolers and consultations to teachers. |
| Jul 83 - Jun 84 | **Framingham Youth Guidance Center** - Framingham, Ma. *Mental Health Therapist.*  Provided assessments and therapy to young children and their families. |
| Sept 80 - Jun 82 | **St. Elizabeths Hospital** - Washington, D.C. *Clinical Extern - (Half Time).*  Administered and interpreted psychological testing for children and adults. Provided individual therapy to chronic psychiatric adult inpatients. |

## TEACHING POSITIONS

| | |
|---|---|
| Jul 98   - Present | **Uniformed Services University of the Health Sciences** - Maryland *Adjunct Assistant Professor of Medical/Clinical Psychology.* Medical and Clinical Psychology Program *(APA approved Ph.D. Program)* |
| Jun 89 - May 98 | **Fairfax County Public Safety Academy** *Instructor.*   Provided cross-cultural training to law enforcement officers. |
| Jan 90 - Feb 93 | **Northern Virginia Criminal Justice Academy** *Instructor.*  Provided cross-cultural training for police officers. |

## RESEARCH AND PUBLICATIONS

William H. Theodore, William D. Gaillard, Carol Frattali, Gloria Morote, Ben Xu, John Heiss, Lyn Balsamo, Ellis Boudreau, Susumu Sato, National Institutes of Neurological Disorders and Stroke, National Institutes of Health, Bethesda, MD. *Comparison of Functional MRI and Cortical Stimulation Language Mapping in Epilepsy.*  Epilepsia, 43 Supp. 7:90, 2002.

Lidia Artiola i Fortuny, L., Feldman, E., Fernandez Barillas, H., Garolera, M., Hermosillo Romo, D., Keefe, R., Lemaitre, M.J., Ortiz Martin, A., Mirsky, A., Monguio I., Morote, G., Parchment, S. Parchment, L.J., da Pena, E., Politis D.G., Sedo, M.A., Taussik I., valdivia F., de Valdivia L.E., Verger Maestre, K (2005). *Research with Spanish-Speaking Populations In The United States: Lost In the Translation. A Commentary and a Plea.*  Journal of Clinical and Experimental Neuropsychology, 27: 555-564.

*Morote, Gloria*
*Curriculum Vitae*
*Page 5*

Morote, G. *Neuropsychological Sequelae of Acute Carbon Monoxide Poisoning in Young Children*   Journal of Neuropsychiatry and Clinical Neuroscience. Vol. 12(1) Winter 2000 (Abstract)

Morote,G. and Sapin, L.  *The Body Remembers: Neurocognitive Sequelae of Electrical Shock.*  Archives of Clinical Neuropsychology. 1999; 14, 137-138 (Abstract)

Pascualvaca, D. and Morote, G. *Cognitive Development from a Neuropsychological Perspective.*  Book Chapter.  In:  Foundation and Future of Neuroimaging in Child Psychiatry,  2000 (Eds.) Ernst, Monique and Rumsey, Judith.

Pinto, A.; Di Rosa, E.; Davidson, R. A. & Morote, G. *The Halstead - Reitan Neuropsychology Battery (HRNB): A Competency  Based Bilingual Training Module.*  1995.  Joint project:  Dept. of Psychology, Crownsville Hospital Center and Multicultural Clinical Center.  XXV Interamerican Congress of Psychology - Puerto Rico.  Sostek, A.; Morote, G.; Gardano, A.

*Childcare Training Material for Hispanic Mothers*
Aug. 1986 - SBIR Grant from the Department of Health and Human Services National Institutes of Health (N.I.H.)

Morote, G. *Psychological and Social Adjustment as Related to Perceptions of Cross - Cultural Transitions among Young Hispanic Immigrants*
Doctoral dissertation (Unpublished) - Presented at the American Psychological Annual Convention - Aug. 24, 1985

## PRESENTATIONS

| | |
|---|---|
| Apr. 12, 2001 | **National Association of Women Judges**<br>Speaker. *Language and Cultural Issues.*  Conference: Removing  Obstacles to Justice for Immigrant Women and Their Families - Judicial Conference Center - Washington, D.C. |
| Nov. 18, 2000 | **36th Annual Deborah T. Creek  Criminal Practice Institute/Appellate Practice Institute Seminars -**  The Public Defender Service for the District of Columbia.  - Gallaudet University Kellogg Conference Center<br>Speaker: *Cognitive,  Psychological,  and Personality Factors Associated with False Confessions.* |
| Nov. 10, 1998 | **6th  Annual Capital Defense Workshop** - Virginia Bar Association<br>Speaker: *Race and Ethnicity Issues in Capital Cases.* |

*Morote, Gloria*
*Curriculum Vitae*
*Page 6*

| | |
|---|---|
| Nov. 6, 1998 | **18th Annual Conference of the National Academy of Neuropsychology** *The Body Remembers: Neurocognitive Sequelae of Electrical Shock.. Injuries.* Poster Presentation . |
| May 11, 1998 | **Uniformed Services University of the Health Sciences** Guest Lecturer: Department of Medical and Clinical Psychology *Introduction to the Millon Clinical Inventories.* |
| Dec. 3, 1996 | **Catholic University of America** Speaker: *Model for Comprehensive Multicultural Clinical Services.* |
| Nov. 16, 1994 | **Chesapeake Association of Rehabilitation Professionals in the Private Sector (CARPPS)** Speaker: *Cross-Cultural Assessment.* |
| Apr. 1, 1994 | **State of Maryland, Department of Health and Mental Hygiene.  Crownsville Hospital Center.** Speaker:  *Cross-Cultural Assessment and Treatment* |
| Mar. 18, 1994 | **Spotsylvania County Schools** Speaker: *Hispanic children and their families.  Cultural Adjustment Issues* |
| Mar. 16, 1993 | **Central American Delegation to the U.S. -** Conference sponsored by the Center Children and the Law (ABA): Speaker: *Assessment and Treatment Strategies for Children with Complex Mental Health Problems.  Enhancing Juvenile and Children's Rights.* |
| Mar. 31, 1993 | **Fairfax County Juvenile and Domestic Relations Court** Speaker: *Cultural Differences Among Clients and Their Families.* |
| Mar. 5, 1993 | **Grand Round - Dominion Hospital**   Tyson's Corner, Virginia Speaker: *Comprehensive Approaches in Mental Health - Evaluation and Treatment  of Multicultural Clients.* |
| Jan. 30, 1992 | **Psychiatric Institute of Washington** Speaker: *Evaluation and Treatment of High-Risk Hispanic Adolescents.* |
| Jan. 28, 1991 | **Court Appointed Special Advocate (CASA) Program** Speaker: *Understanding Hispanic Culture* |
| Jan. 4, 1991 | **Fairfax County Schools - Area II Admin. Office -** (Counselors and Teachers) Speaker: *Evaluation of Hispanic Families.* |
| Dec. 7, 1990 | **Oakton and Madison High School** (Guidance Counselor) Speaker: *Dealing with Cross-Cultural Differences.* |

*Morote, Gloria*
*Curriculum Vitae*
*Page 7*

| | |
|---|---|
| Feb. 27, 1990 | **Loudon County Community Mental Health Center** (Therapists and Managers) Speaker: *Assessment and Treatment of Hispanic Clients.* |
| Sep. 1990 | **City of Richmond** - (Therapists and Managers) Trainer: *Cross cultural Evaluations and Treatment of Hispanic Children and Their Families.* |

## HONORS AND AWARDS

**George Washington University:** Board of Trustees - Scholarship 1976 – 1978

**American Psychological Association:** Full Fellowship Awards 1978 - 1982

## LICENSES

Virginia
Maryland
District of Columbia

## PROFESSIONAL MEMBERSHIPS

American Psychological Association
   Division 40 – Clinical Neuropsychology
National Academy of Neuropsychology (NAN)
International Neuropsychological Society (INS)
American Academy of Clinical Neuropsychology (ACCN)

## APPOINTMENTS

Providence Hospital – Affiliate Staff – Department of Psychiatry

*Morote, Gloria*
*Curriculum Vitae*
*Page 8*

## RELATED PROFESSIONAL TRAINING

| | |
|---|---|
| October 27, 2010 | **Premier Education Solutions.** *Six Practical and Powerful Steps for Taking Charge of Anger.* By W. Robert Nay, Ph. D. |
| August 11 to 15, 2010 | **118th American Psychological Association Annual Convention** *Threat Assessment: Ethics, Management of Threats, Stalking, and Targeted Violence.* By Mark Zelig, Ph.D., ABPP *The New Statistics, an Introduction: Confidence Intervals, Effect Sizes, Meta-Analysis.* By Geoffrey Cummings, Ph. D. *The Duty to Protect: Ethical, Legal and Professional Considerations.* By James L. Werth, Ph.D. *Advanced Assessment and Treatment of Attention-Deficit Disorders.* By Thomas E. Brown, Ph.D. *Advanced Interpretation of the MCMI-III.* By Stephen Strack, Ph.D. |
| June 17 to 19, 2010 | **8th Annual American Academy of Clinical Neuropsychology Conference** *Evidence-Based Research and Practice: Neuropsychology in the 21st Century Part I: Evidence-Based Clinical Neuropsychology: Nuts and Bolts.* By Russell M. Bauer, Ph.D. *Scientific Update on Mild Traumatic Brain Injury.* By Michael McCrea, Ph.D. *Suggestions for Promoting and Maintaining an Ethical Neuropsychological Practice.* By Doug Johnson-Greene, Ph.D. *Addressing Cross-Cultural Issues in Forensic Neuropsychology.* By Lidia Artiola, Ph.D. *The Financial Incentive Effect: It's Not Just Malingering.* By Kevin Bianchini, Ph.D. |
| June 4, 2010 | **Northern Virginia Academy of Clinical Psychologists.** *Ethical Considerations Involved in Psychological Evaluations for Personnel Selection and Occupational Fitness For Duty.* By Neil S. Hibler, Ph.D., ABPP. |
| December 20, 2009 | **American Psychological Association.** Continuing Education in Psychology. *Duty to Protect.* |
| November 10 to 14, 2009 | **29th Annual Meeting of The National Academy of Neuropsychology:** *Pediatric Epilepsy: Overview and Evidence-Based Practices for Neuropsychological Assessment and Consultation* *Clinical Cases of MMPI-2-RF* *Symptom Validity Science Collides with Evidence Law: The Case for SVT Admissibility* *Psychometrics* *VIP in Neuropsychological Assessment* *Assessment of Malingered Neuropsychological Deficits* |
| June 29, 2009 | **The American Psychological Association.** Continuing Education in Psychology. *Practical Ethics for Psychologists: A Positive Approach.* |
| February 21, 2009 | **American Academy of Forensic Psychology.** *The MMPI-2-RF: An Introduction to Forensic Psychologists.* By Yoseff Ben-Porrath, Ph. D. |
| February 28, 2008 | **Maryland Psychological Association.** *Effects of Trauma on Development: Implications for Effective Treatment.* By Bessel Van Der Kolk, M.D. |
| February 8, 2008 | **The American Psychological Association.** Continuing Education in Psychology. *Hidden Disorder: A Clinician's Guide to Attention Deficit Disorder.* |
| December 7, 2007 | **Maryland Psychological Association** *Legal and Ethical Issues for Maryland Psychologists.* By Richard Bloch, Esq., J.D. |
| October 26, 2007 | **Maryland Psychological Association.** *Assessment and Treatment of Youth Violence.* By Mary Kathryn Seifert, Ph. D. *Introduction to Gottman Method Therapy.* By Scott T. Wolfe, Ph. D. |
| May 23, 2007 | **Argosy University.** *Ethics Workshop: Self Disclosure: Ethical and clinical considerations, and APA's revised Record Keeping Guidelines: The nature of the changes and their relationship to local regulations and laws.* By Stephen Lally, Ph. D. and George Stricker, Ph. D. |

| | |
|---|---|
| June 16, 2006 | **4th Annual Conference of the American Academy of Clinical Neuropsychology, Inc.**<br>*Assessment of Effort: Further Evolution.* By Kyle Brauer Boone, Ph. D.<br>*Matters of Import in Forensic Neuropsychology.* Moderator: Jerry Sweet, Ph.D. Panel: Larry Binder, Ph.D., Robert L. Denney, PsyD., Manfred Greiffenstein, Ph.D., Robert L. Heilbronner, Ph. D.<br>*Neuropsychological Perspectives of Attention Deficit Hyperactivity Disorder Across the Lifespan.* By Jeffrey M. Halperin, Ph. D.<br>*Advanced topics in Neuropsychological Practice II*: Discussant – Kenneth M. Adams, Ph. D.<br>*1) The quandary of assigning qualitative descriptors to neuropsychological test scores: Results of a survey of AACN members.* By Thomas J. Guilmette, Ph.D.<br>*2) Reliable change scores: Methods and motives. Recognizing significant change in neuropsychological test performance. By* Gordon J. Chelune, Ph. D.<br>*3) Clinical inference in an inherently uncertain environment: Considerations related to the relative reliability and validity of neuropsychological tests.* By Gregory J. Meyer, Ph. D. |
| June 14, 2005 | **Legal and Ethical Issues in Mental Health.** Conference sponsored by Specialized Training Services, Inc. By Phillip J. Resnick, M.D. |
| June 1 – June 3, 2005 | **Assessing and Treating Personality Disorders.** Conference sponsored by Specialized Training Services, Inc.<br>*Personality Disorders: Progress in Understanding Etiology and Innovations in Assessment and Treatment.* By John Livesly, M.D.<br>*Schizoid, Schizotypal, and Paranoid Personality Disorders.* By Phillip Erdberg, Ph. D.<br>*Dependent and Avoidant Personality Disorders.* By Robert Bornstein, Ph. D.<br>*Borderline Personality Disorder.* By John Gunderson, M.D.<br>*Obsessive – Compulsive Personality Disorder.* By Glen Gabbard, M.D.<br>*Histrionic, Narcissistic, and Antisocial Personality Disorder.* By Reid Meloy, Ph. D. |
| April 22, 2005 | **Assessment of the Five-Factor Model of Personality: The NEO PI-R.** Conference in Columbia, Maryland. By Paul Costa, Jr., Ph. D. Maryland Psychological Association. |
| March 14, 2005 | **Bateria III Woodcock Munoz (Bateria III).** Conference in New York. By Griselda Guajardo Alvarado. Sponsored by Riverside Publishing Co. |
| March 9-13, 2004 | **Society for Personality Assessment.** Annual Conference. Key Biscayne, Florida<br>*Assessing Response Style in Context of Forensic Evaluations.* By Randy K. Otto, Ph. D.<br>*Using the MMPI-2 with Criminal Offenders.* By Edwin I. Megargee, Ph. D.<br>*Beyond Risk Management: Resolving Ethical Dilemmas in Clinical and Forensic Assessments under the 2002 Ethics Code and the HIPAA Privacy Rule.* By Robert E. Erard, PhD.<br>*The Role of the MMPI K Correction in Forensic Examinations.* By Stuart Greenberg, Ph.D.<br>*Assessing the Risk of Aggression and Violence.* By Edwin Megargee, Ph.D.<br>*Presenting the Rorschach: Forensic and Clinical Applications.* By Irving Weiner, Ph.D. |
| Feb. 4-7, 2004 | **International Neuropsychological Society**. Annual Conference. Baltimore, MD.<br>*The Development and Application of the Demographic Norms for the WAIS-III and WMS-III.* By Gordon Chelune, Ph.D. and David Tulsky, Ph.D.<br>*The Neuropsychoilogy of Autism.* By Natacha Akshoomoff, Ph.D.<br>*Neurodevelopmental Aspects of Lead Poisoning.* Lisa Standford, Ph.D.<br>*CASADIL: A new Genetic Form of Vascular Dementia.* By Stephen Salloway, M.D. |
| Nov. 7-9, 2003 | **Rorschach Workshops.** Conference in Chicago, Illinois.<br>*Advanced Rorschach Workshop:Scoring and Interpretation.* By Barry Ritzler, Ph.D. & Ronald Ganellen, Ph.D. |
| Feb. 22-23, 2003 | **International Institute of Object Relations Therapy Washington, D.C. and The Department of Psychology, The Catholic University of America-**<br>*Attachment Theory and Psychopathology*. Presenter: Patricia Crittenden, Ph.D. |
| Dec 10, 2001 | **University of Arizona - Extended University -**<br>*The Diagnoses and Treatment of Attachment Disorders* - Elizabeth Randolph, MSN, Ph.D. |
| Oct. 31- Nov 2, 2001 | **American Academy of Forensic Psychology** - New York<br>*Risk Assessment: Advanced Considerations* - Kirk Heilbrum, Ph.D.<br>*Excusing and the New Excuses: Theory & Practice* - Stephen Morse, J.D., Ph.D.<br>*How Reliable are Children's Statements? Cognitive & Social Considerations* - S. Ceci, Ph.D. |

*Morote, Gloria*
*Curriculum Vitae*
*Page 10*

Jul 13-15, 2001

**Rorschach Workshops** - Chicago, IL
*Rorschach & MMPI-2 Assessment in Forensic Cases* - Anthony Sciara, Ph.D. & Ronald Ganellen, Ph.D.

Jun 22, 2001

**Centers for Attention - Vanderbilt University**
*Advances in Treatment of ADHD in Children and Adults* - Robert D. Hunt, M.D.

Apr 21, 2001

**District of Columbia Psychological Association** - Washington, D.C.
*Integrating Rorschach and MMPI-2 Findings in Clinical Practice* - Ronald Ganellen, Ph.D., ABPP

Nov 15 - Nov 17, 2000

**National Academy of Neuropsychology** - 20th Annual Conference - Orlando, Florida
*Current Developments in Working Memory* - Baddeley
*Aging and Alzheimer's Disease* - Albert, Ph.D.
*Detecting Exaggeration and Malingering* - Iverson, Ph.D.
*New Research on the WAIS - III and WMS - III* - Tulsky, Ph.D., et. al.
*Conners' CPT-II: New Developments* - Conners, Ph.D.
*BQSS for the Rey Osterrieth Complex Figure* - Stern, Ph.D.

Oct 99 - Mar, 00

**National Academy of Neuropsychology** - Distance Center
*Neuroanatomy and Medical Neuroscience* - Douglas L. Chute, Ph.D. & Philip Schatz, Ph.D.

Aug 2, 2000

**American School of Professional Psychology** - Arlington, Virginia
*Personality Disorders: Theory, Assessment and Therapy* -Theodore Millon, Ph.D., D.SC.

Aug 3, 2000

**Society of Clinical Psychology - American Psychological Association**
*Cognitive Behavior Therapy for Panic Disorders and Post - Traumatic Stress Disorder* - Michael Otto, Ph.D.

July 20 - 22, 2000

**Marquette University - College of Health Sciences**
*Neuroanatomical Dissection: Human Brain and Spinal Cord.*

Nov 29 - Dec 2, 99

**Specialized Training Services, Inc.** - Baltimore - Maryland
*Clinical Assessment of Malingering & Deception* - P. Resnick, M.D.
*Risk Assessment of the Mentally Ill Individual* - P. Resnick, M.D.
*Violence Risk and Threat Assessment* - Reid Melory, Ph.D.

May 7 - 9, 1999

**Rorschach Workshops**
*Advanced Rorschach: Scoring & Interpretation* - Barry Ritzler, Ph.D.

April 30, 1999

**Expert Testimony and Forensic Evaluation**
Institute of Law, Psychiatry & Public at the University of Virginia
*Developments in Virginia Evidence Law* - R. E. Reddling, J.D., Ph.D.

Mar. 5, 1999

**Chesapeake Beach Professional Seminars**
*Assessment and Treatment of Children with Attachment Problems in Play Therapy/Child Psychotherapy* - Sue
Anita Ammen, Ph.D.,RPT-S

Nov. 6, 1998

**National Academy of Neuropsychology Conference**
*Alzheimer's Disease* - J. L. Cummins, M.D.
*Language Learning Impairements* - P. Jallhal
*Mild TBI:  Diagnostic Chalenges* - Bath & Ruff
*TheWJ - R and Bateria* - Woodcock & Dean

April 2 - 4, 1998

**1st Annual Assessment Psychology Conference**   Orlando, Florida
*Practical Issues When Using a Psychological Test Battery for Pre-Employment Screening* - Robin Inwald,
Ph.D., ABPP, ABAP
*Direct and Cross Examination of the Assessment Psychologist-* William E. Hahn, Esq.
*State of the Art Neuropsychology: Accountability and Credibility* Elbert Russell, Ph.D, Sally K. Russell, Ph. D.
*More Accurate Psychiatric, Psychological and Neuropsychological Evaluations in a Psycho-Medico-Legal
Context* - Alan J. Raphael, Ph.D., ABAP - Charles J. Golden, Ph.D., ABPP, ABAP
*Mild Head Injury: Unraveling the Puzzle* - Ralph Reitan, Ph.D., ABAP, - Deborah Wolfson, Ph.D., ABAP,
*Detection of Malingering and Invalid Test Results* - Ralph Reitan, Ph.D., ABAP - Deborah Wolfson, Ph.D.

*Morote, Gloria*
*Curriculum Vitae*
*Page 11*

| | |
|---|---|
| Mar. 20, 98 | **Administration and Interpretation of the WAIS-III & the WMS-III .** By D. R. Malone, Ph.D. Maryland Psychological Association. |
| Oct. 26 - 28, 97 | **Braintree Hospital Rehabilitation Network And Health South** 18th Annual Neurorehabilitation Conference: *Understanding Recovery and Outcome after Brain Injury.* |
| Jun. 5 - Jun. 6, 97 | **Reginald S. Lourie Center For Infants And Young Children** Infant Mental Health Practice: *Assessment and Treatment Techniques for Fostering the Parent - Child Relationship* |
| Nov. 20, 96 | **Washington Council of Child And Adolescent Psychiatry** *The Secrets of the Hyperactive Brain* - Alan Zametkin, M.D. |
| Jun. 4, 96 | **Multicultural Clinical Center** *Systemic Treatment of Child Abuse* - Dr. Eliana Gil |
| May 14, 96 | **Multicultural Clinical Center** *The Use of Art Work With Abused Children* - Dr. Eliana Gil **Fairfax-Falls Church Interagency Coordinating Council For Early Intervention** *Early Identification and Treatment of Regulatory Disorders* - Dr. Moshe Shtuhl |
| March 9, 96 | **Autism and Aspergers Disorder: a New Understanding.** By Dr. Peter Tangay. Washington Council For Children And Adolescent Psychiatry |
| Feb. 13, 96 | **Assessment of Alleged Child Abuse.** By Dr. Eliana Gil. Multicultural Clinical Center. Springfield, Virginia. |
| Mar. 19 - 25, 96 | **Forensic Evaluation Training And Research Center Institute of Law,   Psychiatry and Public Policy - University of Virginia** *Forensic Evaluation Under Virginia Law* |
| Mar. 5, 96 | **Multicultural Clinical Center** *Sexualized Children: Assessment And Treatment* - Dr. Eliana Gil |
| Apr. 12, 96 | **Multicultural Clinical Center** *Clinical and Research Update on ADHD in Children and Adults* - Alan Zametkin, M.D. |
| Sep. 95 | **D.C. Capital Area Branch of the Orton Dyslexia Society** *Critical Advances in Our Understanding of Dyslexia: The Role of Language, Genetics, Neurobiology and Intervention* |
| Oct. 23, 95 | **National Association of Rehabilitation Professionals in the Private Sector and Learning Services** *Cognitive Deficits and the Impact on Return to Work - Traumatic Brain Injury* - Peter Patrick, Ph.D. |
| Jun. 23, 95 | **Northern Virginia Society of Neuropsychology** *The Latest Research and Findings on the Biological Substrates of ADHD* - Alan Zametkin, M.D. |
| Sep. 24, 95 | **Northern Virginia Society of Neuropsychology** *Plasticity and Development of Intrinsic Connections in the Cerebral Cortex* |
| Jun. 1, 93 to Aug. 95. | **Advanced Rorschach Training** *Interpretation of Rorschach Protocols of Children, Adolescent and Adults* - Robert R. Dies, Ph.D.  6/1 to 8/1/93: 4 hours a week and 9/94 to 9/95: 3 hours a month |
| Oct. 23 to 30, 93 | **National Academy of Neuropsychology**  Phoenix, Arizona *Presentation of Atypical Childhood Syndromes* - C. Reynolds, Ph.D. *Forensic Aspects of Minor TBI in Children* - L. Hartlage, Ph.D. *Life Goes On: Neuropsychological Sequelae of Childhood Disease* G. Wilkening, Ph.D. *Neuropsychological . Assessment of the Spanish Speaker* - A. Puente, Ph.D. |
| Jun. 11, 93 | **Dominion Hospital** *Adults with ADHD and Executive Dysfunction* - Martha Denckla, M.D. |

**Morote, Gloria**
**Curriculum Vitae**
**Page 12**

| | |
|---|---|
| Apr. 24 to 27, 93 | **A National Law and Mental Health Institute**<br>Nova University Center for Psychological Studies: Shepard Broad Law Center<br>*Personal Injury Litigation and Expert Testimony* |
| Dec. 9 to 12, 92 | **Florida Society of Neurology and Center for Neuropsychological Studies  University of Florida**<br>*The 18th Annual Course in Behavior Neurology and Neuropsychology:*<br>*Neuropsychology of Dementia* |
| Aug. 19, 92 | **Northern Virginia Society of Neuropsychology**<br>*The WAIS-R as a Neuropsychological nstrument* - Edith Kaplan, Ph.D., ABPP |
| Feb. 13, 92 | **St. Alban's Hospital**  Radford, Virginia<br>*Attention Deficit Hyperactivity Disorders in Children and Adolescents: A Comprehensive Update*  - Sponsored<br>by the University of Minnesota |
| Dec. 15 to 18, 91 | **Florida Society of Neurology and the Center for Neuropsychological Studies** - University of Florida<br>*The 17th Annual Course in Behavior Neurology: Language and Memory* |
| Oct. 31 to Nov. 2, 91 | **National Academy of Neuropsychology** - Washington, D.C.<br>*Assessment of Memory Disorders in Amnesia and Dementia*<br>*Neuropsychological Assessment of Learning and Memory in Adults and Children* |
| Aug. 14 to 16, 91 | **Forensic Mental Health Associates** - Richmond, Virginia<br>Dr. Eliana Gil and Dr. Nicholas Roth<br>*Sexual Abuse: Assessment of Abused Children*<br>*Sexual Abuse: The Male Victim - Impact and Recovery*<br>*Sexual Abuse: Treatment of Adults Survivors of Childhood Abuse* |
| Jun. 6 and 7, 91 | **Boston Neurobehavioral Institute**<br>*Neuropsychological Assessment and Language Treatment* - Edith Kaplan, Ph.D. |
| Feb. 9, 91 | **Fordham University at Lincoln Center**<br>*Psychological Testing of Hispanics* |
| Aug. 10 & 11, 90 | **American Psychological Association**<br>*Clinical Applications of the MMPI - 2* |
| Feb. 90 | **International Neuropsychological Society** - Orlando, Florida<br>*Attention Deficit Disorder: Current Concepts*<br>*Brain Structure and Physiology in Aging: Implications for Geriatric Neuropsychology* |
| November 4, 89 | **National Academy of Neuropsychology** - Washington, D.C.<br>*Introduction to the Evaluation of Malingering and Deception in Clinical Neuropsychology*<br>*Spectrum of Mild Closed Head Injury*<br>*Traumatic Brain Injury in Childhood*<br>*Innovations in Memory Assessments and Rehabilitations*<br>*Neurological Basis of Learning Disability and Attention Deficit Disorder* |
| Jul. 13 and 14, 89 | **Drexel University - Summer Institutes in Neuropsychology**<br>*Neuropsychological Assessment in Children* - Dr. Charles Golden |
| Jul. 15 and 16, 89 | Drexel University - Summer Institutes in Neuropsychology<br>*Child Halstead and Luria Nebraska Neuropsychological Batteries* - Dr. Charles Golden |
| Jun. 9 to 11, 89 | **Halstead - Reitan Advanced Workshop in Clinical Interpretation**<br>Ralph Reitan, Ph.D. - Oakbrook, Illinois<br>*Child Neuropsychology and Learning Disabilities* |
| Jun. 89 | **Mt. Vernon Hospital**<br>*Multiple Personality and Dissociation: Diagnosis and Treatment* |
| Jul. 12 to 14, 85 | **Halstead - Reitan Advanced Workshop** -  Oakbrook, Illinois<br>*Halstead - Reitan Advanced Workshop in Human Clinical* |
| Sep. 83 to May 84 | **Tufts University Medical School**<br>*Seminar in Clinical Neuropsychology* - Weekly sessions -  Dr. Homer Reed |

*Morote, Gloria*
*Curriculum Vitae*
*Page 13*

# GLORIA MOROTE, Ph.D., PLLC
Neuropsychology and Clinical Psychology
(703) 683-2695

424 South Washington St.
Alexandria, Virginia 22314

Facsimile: (703) 683-5454
E-mail: morote@aol.com

## FORENSIC CASES

### Civil Litigation

12/02/10     *Maria Escobar vs. Federu Bekele, et. al.* In the Superior Court of the District of Columbia. Court Testimony. Expert Witness for Plaintiff.

4/20-4/21/10     *Adrienne Wynn, et. al., v. MJ Harbor Hotel, d/b/a Pier 5 Hotel, et. al.* In the Circuit Court for Baltimore City, Maryland. Court Testimony. Depositions: 9/30/09 and 1/28/10. Expert Witness for Plaintiff

11/09/09
12/18/09     *Mario Alberto Garcia Sanchez vs. Truland Systems Corp. et. al.* In the Circuit Court of Montgomery County. Deposition and Court Testimony. Expert Witness for Plaintiff.

10/23/09     *Wallace, et. al. v. Kennedy Krieger Institute, et. al.* In the Circuit Court for Baltimore City, Maryland. Court Testimony. Expert Witness for Defendants.

9/16/09     *Luis Blanco-Reyes v. 84 Lumber Company, LP, et. al.* In the Circuit Court for Harford County. Deposition. Expert Witness for Plaintiff.

8/20/09
9/14/09     *Todd C. Jancaitis vs. James D. Conger, et. al.* In the Circuit Court of Fairfax, Virginia. Deposition and Court Testimony. Expert Witness for Plaintiff.

9/10/09     *Crystal Driskill, Individually, and as Mother and Next Friend of Katlyn and Ashley Ball, minors, vs. Genesis Properties, Inc, et. al.* In the Chesterfield County Court. Deposition. Expert Witness for Defendants.

8/27/09     *Gladys Anokan, as Mother and Next Friend of C.A., a Minor vs. Washington Hospital Center Corporation.* In the Superior Court of the District of Columbia. Deposition. Expert Witness for the Defendant.

5/27/09     *Mary Neal vs. SSS & B, Inc., d/b/a Capitol Sanitation Services and William Grant.* In the Superior Court for the District of Columbia. Deposition. Expert Witness for the Defendants.

5/19/09     *Bernetta A. Francis and Tonya C. Francis, and Mary G. Francis v. Southern Maryland Hospital.* In the Circuit Court for Prince George's County, Marlyland. Deposition. Expert Witness for Plaintiff.

DEFENDANT'S EXHIBIT 8-B

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 2*

| | |
|---|---|
| 4/9/09 | ***Dontae Wallace and Searra Wallace, et. al. v. The Kennedy Krieger Institute, et. al.*** In the Circuit Court for Baltimore City. Deposition. Expert Witness for Defendant. |
| 4/7/09 | ***Charita Beverly-Lewis v. Wisconsin Avenue Psychiatric Center, Inc.*** Superior Court of the District of Columbia. Deposition. Expert Witness for Plaintiff. |
| 8/14/08 | ***Joyce N. Jacobson v. Tammy L. Kiley, et al.*** Circuit Court for Montgomery Conty. Deposition. Expert Witness for Defendant. |
| 3/08 | ***Misti L. Morgan, et. al. v. Memorial Hospital and Medical Center of Cumberland, Inc., et. al.*** United States District Court of the District of Maryland. Deposition. Expert Witness for Defendant. |
| 6/19/08 6/24/08 | ***In Re: Estate of Rumiya Lensen.*** In the Superior Court of the District of Columbia. Probate Division. Court Appointed. Court Testimony. |
| 5/5/08 | ***Lorelie Finnerty vs. John Hopkins Health System Corporation.*** In the Circuit Court for Baltimore City. Deposition. Expert Witness for Plaintiff |
| 12/10/07 | ***Wilson Arreano and Mirna Arreano, et. al., vs. Para-Med Transport, Inc., et. al.*** In the Circuit Court for Montgomery County, Maryland. Deposition. Expert Witness for Plaintiff. |
| 9/13/07 8/27/07 | ***Ellwood Guy Gray, et. al., vs. Combustioneer Corp.*** In the Circuit Court of Maryland for Baltimore City. Deposition and Court Testimony: Expert Witness for Defendant. |
| 11/30/07 | ***Ellis H.D. Gallimore, IV, et. al. v. Howard County General Hospital and Mark L. Chaiken, M.D., P.A..*** In the Circuit Court for Howard County. Deposition. Expert Witness for Defendant. |
| 8/17/07 9/12/07 | ***Patrick D. Lundy vs. Corey L. McCoy and Produce Source Partners, Inc.*** In the Circuit Court for the County of Prince William. Deposition and Court Testimony. Expert Witness for Defendants. |
| 7/13/07 | ***Jonair Hill by next friend Terri Shiree Mason, et. al., v. Huntington Associates, Ltd., et. al.*** In the Circuit Court for the City of Hampton. Deposition: Expert Witness for Defendant. |
| 5/18/07 | ***Zavala, Josan v. District of Columbia's Water and Sewer Authority.*** In the Superior Court for the District of Columbia. Civil Division. Deposition: Expert Witness for Defendant. |
| 3/1/07 2/26/07 | ***Edgar Toledo v. Providence Hospital, et. al..*** In the Superior Court for the District of Columbia. Deposition and Court Testimony. Expert Witness for Defendant. |

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 3*

| | |
|---|---|
| 2/28/07 | ***Pedro Terrazas-Cruz v. Reggie Phillips, BFI Waste Services, LLC t/a Allied Waste Services of Williamsburg-Yorktown, Allied Waste Services of North American, LLC., and BFI Waste Systems of North America, Inc., t/a Browning Ferris Industries, a/a/ BFI.*** In the Circuit Court for the City of Newport News. Deposition. Expert Witness for Plaintiff. |
| 8/16/06 | ***Tina L. Porterfield v. George E. Porterfield, III.*** In the Circuit Court for Prince William County. Court Testimony: Expert Witness by joint agreement of attorneys for both parties. |
| 8/1/06 | ***Jhon Jairo Becerra Arango v. Ernest Edmond, Joan McKenzie, Barton McKenzie, Individually and d/b/a Barton McKenzie, McKenzie Trucking, Inc., and Top Line Trucking, Inc. Defendants.*** Eastern County Federal District Court. Deposition: Expert Witness for Plaintiff |
| 7/31/06 | ***Oscar Montiel, an infant, by his parents and Next Friends, Sonia Ortiz and Josue Douglas Orti, v. Best Practices, Inc., t/a Emergency Physicians of Northern Virginia, et. al., Kathleen Patrice Kelly, M.D., and Sharon L. Day, M.D.*** In the Circuit Court for Fairfax County, Virginia. Deposition: Expert Witness for Plaintiff |
| 7/27/06 | ***Vilma Granados v. Brookville Supermarket, Inc., et. al.*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Defendant |
| 1/17/06 | ***John Doe vs. PSI Associates, Inc., et al.*** In the Superior Court of the District of Columbia. Deposition. Deposition: Expert Witness for Defendant |
| 1/12/06 | ***Rolando Xinic v. James Quick, et al.* .** In the Circuit Court of the County of Fairfax, Virginia. Court Testimony: Expert Witness for Defendant. |
| 1/14/05 | ***Susan S. Swayze v. Graduate Manegement Admission Council, et. al.*** In the United States District Court for the Eastern District of Virginia (Alexandria Division). Deposition. Expert Witness for Plaintiff. |
| 2/28/05 | ***Raquel Peebles, an Infant, who sues through Rachel Peebles, her mother and next friend, and Rachel Peebles, Individually v. Keith Cuthrell, Jr.. Samuel A. McFie, and McFie Enterprises, LLC.*** In the Circuit Court of the City of Portsmouth. Court Testimony: Expert Witness for Defendants. |
| 9/20/04 | ***Epifanio Funes vs. James Burton Samons, et. al.*** In the Circuit Court of Fairfax County, Virginia. Deposition: Expert Witness for Defendants. |
| 9/16/04 | ***Paul Disney and Katherine Disney, Parents and Next Friends of Nathaniel Disney, Infant, vs. Ann Arundel Medical Center, Inc., et. al..*** In the Circuit Court for Anne Arundel County. Deposition: Expert Witness for Defendant |
| 08/03/04 | ***David T. Long. et ux, vs. Howard University.*** In the United States District Court for the District of Columbia. Deposition: Expert Witness for Plaintiff. |

Forensic Cases
Gloria Morote, Ph.D.
Page 4

05/11/04    *Glypohnynuedeh Higgins, a Minor, By His Parents and Next Friends, Hector Higgins and Wiatta Higgins v. The Keelty Company, et al.*  In the Circuit Court for Baltimore County, Maryland.  Deposition: Expert Witness for Defendants.

04/29/03    *John McCroy vs. Delmarva Auto Glass, et al.*  In the States District Court for the District of Maryland (Southern Division). Deposition: Expert Witness for Plaintiff

04/28/03    *Nicole and Nicholas Goode  vs. Lloyd H. Johnson and Raymond L. Patterson.*  In the Lynchburg Circuit Court.  Deposition:  Expert Witness for Defendants

03/13/03    *Peralta, Jose  vs. Sawyer Property Management of Maryland.* In the Prince Georges Circuit Court - Court Testimony: Expert Witness for Plaintiff

02/26/03    *Chim S. Sheik  vs. 7-Eleven, Inc.*  In the Circuit Court for the District of Maryland. Deposition: Expert Witness for Plaintiff.

06/11/02    *Jose Cardona vs. Southern Orthopaedic & Musculosketal Associates, P.A.*  In the North Carolina Superior Court.  Deposition: Expert Witness for Plaintiff

05/24/02    *Marvin L. Jones, et al.  vs. James V. Pascarella, et al..*  In the Circuit Court for Montgomery County, Maryland.  Deposition: Expert Witness for Plaintiff-

07/09/01    *Dr. Sharon-Ann Gopaul McNicol vs. Drs. Frederick D. Harper and Veronica G. Thomas.*  In the Superior Court of the District of Columbia.  Deposition: Expert Witness for Defendants

03/21/01    *Jaime Perez vs. Braddock Springs, L.P..*  In the Fairfax County Circuit Court.
03/07/01    Deposition and Court Testimony.  Expert Witness for Plaintiff

03/21/01    *David Castrodelcid  vs. George Stephens Knight,  Jr.*  In the Circuit Court City of Richmond.  Deposition: Expert Witness for Plaintiff

03/14/01    *Ryan Poole, by His Mother & Next Friend, Barbara Elliott  v. Textron, Inc., et al.*  United States District Court.  Court Testimony:  Expert Witness for Plaintiff.

03/13/01    *Gonzalo Perez vs. Agnes S. Ridenour, Defendant.*  In the Fairfax County Circuit Court. Court Testimony:  Expert Witness for Defendant

03/12/01    *Jesen Resto  vs. Thomas D. Osiol, John Osiol and Emily Osiol.*  In the Circuit Court of Cook County, Illinois.  Deposition: Expert Witness for Defendant

06/08/00    *Raquib A. Muhammah et al. vs. Giant Food Inc., et al.*  In the Maryland U.S. District Court.  Deposition: Expert Witness for Plaintiff

04/20/00    *Darlene Jordan by Johnnie Price vs. PSI Services - Hugo Gayle, et al, Defendants.*  In the Superior Court of the District of Columbia.  Court Testimony: Expert Witness for Defendant

Forensic Cases
Gloria Morote, Ph.D.
Page 5

04/07/00    *Erick, Gomez  vs. Atlantic Realty, Defendants.*  In the Superior Court of the
03/21/00    District of Columbia. Deposition and Court Testimony.  Expert Witness for Defendant

03/30/00    *Wilman Molina, Plaintiff  vs. Albert Lum, et al. (Barwood Taxi).*  In the Montgomery
            County Circuit Court.  Deposition:  Expert Witness for Plaintiff

09/10/99    *Darlene Jordan by Johnnie Price vs. PSI Services - Hugo Gayle, et al.*  In the Superior
            Court of the District of Columbia.  Deposition:  Expert Witness for Defendant

07/16/99    *Hazel Thompson, et al. (Kelvinisha Palmer and Savanna Carrik) vs. Mid-City
            Financial Corporation.*    In the Montgomery County Circuit Court.  Deposition:  Expert
            Witness for Plaintiff

05/25/99    *Maria & Alejandro Ventura  vs. H.E. Bealer Development.*  In the Superior Court of the
            District of Columbia.  Deposition:  Expert Witness for Defendant

05/14/99    *Ana E. Z. & Mario A. Garcia (Individually, as surviving parents and as personal
            representative of the Estate of Issac J. Garcia) vs. Washington Adventist Hospital.*  In
            the Montgomery County Circuit Court. Deposition:  Expert Witness for Plaintiff

04/28/99    *John W. Harrington, et al. vs. National Railroad Passenger Corp., d/b/a Amtrak.*   In
            the Superior Court of the District of Columbia.  Deposition:  Expert Witness for Plaintiff

03/22/99    *Torshawna Hunter vs. Pneumo-Abex Corp. & Holland Investment Manufacturing Co.,
            Inc..* In the City of Portsmouth Circuit Court.  Deposition:  Expert Witness for Defendant

11/16/98    *Ryan W. Poole  vs. Textron, Inc. and Daniel Seek.*  In the Maryland U.S. District Court.
            Deposition:  Expert Witness for Plaintiff

09/29/98    *Ana E. Caballero, et al.  vs. Luis Llamas, et al.*  In the Superior Court of the District of
            Columbia.  Deposition:  Expert Witness for Defendant

08/05/98    *Linda Hayes vs. T.&L. Hospitality.* In the Superior Court of the District of Columbia.
            Deposition:  Expert Witness for Plaintiff

07/30/98    *Kyra Bleichner  vs. Head Sports Wear, Inc., et al..*  In the Maryland U.S. District Court.
            Deposition:  Expert Witness for Plaintiff

06/24/98    *Cindy Privado vs. Equity Financial Corp.*  In the Superior Court of the District of
            Columbia.  Deposition:  Expert Witness for Defendant

05/29/98    *Geraldine Porter, et al. (Personal representative of the Estate of Eric Anderson) vs.
            Terrence Sheppard, et al.*  In the Superior Court of the District of Columbia.
            Deposition:  Expert Witness for Defendant

05/17/98    *Chae Ung Cho & Aegyung Cho (Suging Cho) vs. Taek K. Kim, M.D.*  In the Prince
            George's County Circuit Court.  Deposition:  Expert Witness for Defendant

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 6*

| | |
|---|---|
| 04/14/98 | ***Robert Campo vs. Georgetown University.*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Defendant |
| 10/29/97 | ***Gerald Torres vs. Redmond, et al.*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Defendant |
| 10/29/97 | ***Hernandez, Gladys vs. 3220 17th Street, et al..*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Defendant |
| 10/5/97 | ***Maria Marquez (Rene & Marcos Hernandez) et. al vs. Charles R. Beckley, et al.*** In the Superior Court of the District of Columbia. Deposition. Expert Witness for Defendants |
| 04/10/97 | ***Antonio Lopez, et al. vs. Wade A. Jett, et al.*** In theMontgomery County Arbitration Court. Court Testimony: Expert Witness for Plaintiff |
| 12/15/96 | ***Ana Soriano (Gladys Hernandez) vs. Leonard Bernard Jackson, et al.*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Defendant |
| 11/20/96 | ***Adriana Romero vs. Paula McKenzie, M.D.*** In the Prince George's County Circuit Court. Deposition: Expert Witness for Defendant |
| 1995 | ***Maria Andrade (Luis Andrade) vs. Legum, Norman and Kramer Realty, et al.*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Defendant |
| 09/21/94 | ***Benitez-Bonilla vs. Rippeon Co.*** In the Superior Court of the District of Columbia. Deposition: Expert Witness for Plaintiff |
| 06/24/94 | ***Gregorio Hernadez vs. Stephen Joseph Savage.*** In the Montgomery County Circuit Court. Deposition: Expert Witness for Plaintiff |
| 07/94 | ***Rondell Wills vs. Washington Metropolitan Area Transit Authority.*** In the Superior Court of the District of Columbia. Court Testimony: Expert Witness for Plaintiff |

### Criminal Cases

| | |
|---|---|
| 02/26/09 | ***Commonwealth of Virginia vs. Victor Arturo Villalobos.*** Court Testimony. In the Circuit Court of Fairfax County. Expert Witness for Defense. |
| 10/28/08 | ***United States v. Humberto Pepin Taveras.*** Court Testimony. In the Eastern District of New York. Expert Witness for the United States Attorney. |
| 9/2/08 | ***Commonwealth of Virginia vs. Jose Estanislao Barahona Argueta.*** Court Testimony. In the Circuit Court of Fairfax County. Expert Witness for Defense |
| 5/27/08 | ***Commonwealth of Virginia vs. Jose Estanislao Barahona Argueta.*** Court Testimony: In the Circuit Court of Fairfax County. Expert Witness for Defense |

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 7*

3/7/08     ***Commonwealth of Virginia vs. Jose Estanislao Barahona Argueta.*** Court Testimony: In the Circuit Court of Fairfax County. Expert Witness for Defense

09/10/07     ***Commonwealth of Virginia v. Charles Sanford.*** Court Testimony: In the Circuit Court of Alexandria. Expert Witness for Deputy Commonwealth's Attorney.

6/27/07     ***Commonwealth of Virginia v. Tobias Carrington.*** Court Testimony: In the Circuit Court of Alexandria. Expert Witness for Defense.

5/2/06     ***Commonwealth of Virginia vs. Richard Amaay.*** Court Testimony: In the Circuit Court of Alexandria. Expert Witness for Defense.

05/31/02     ***Commonwealth of Virginia vs. Anthony Accadi.*** Court Testimony: In the Circuit Court of Arlington. Expert Witness for Defense.

05/29/02 to     ***United States vs. Sayyid Hayat.*** In the Superior Court of the District of Columbia. Court
6/4/02     Testimony: Expert Witness for Defense

06/07/01     ***Commonwealth of Virginia vs. Julio Rivera Benitez.*** In the Circuit Court of Alexandria. Court Testimony: Expert Witness for Defense

03/05/01     ***Circuit Court of Arlington County vs. Margaret V. Lee.*** In the Arlington County Circuit Court. Court Testimony: Expert Witness for Defense

10/05/00     ***Commonwealth of Virginia vs. Won Kim.*** In the Alexandria Circuit Court. Court Testimony/ Expert Witness for Defense

08/14/00     ***Commonwealth of Virginia vs. Luis Navarrete.*** In the Arlington County Circuit Court-Testimony (Re-Trial). Court Testimony: Expert Witness for Defense

06/29/00     ***Commonwealth of Virginia vs. Luis Navarrete.*** In theArlington County Circuit Court-Testimony -Expert Witness for Defense

06/20/00     ***Commonwealth of Virginia vs. Luis Navarrete.*** Arlington County Circuit Court - Motion to Suppress Confession - Expert Witness for Defense

05/15/00     ***Commonwealth of Virginia vs. Ronald H. Suzukawa*** - City of Alexandria Circuit Court - Testimony for Pre-Sentencing - Expert Witness for Defense

02/10/00     ***Commonwealth of Virginia vs. Terrell Johnson*** -City of Alexandria Circuit Court - Testimony -

03/18/99     ***Commonwealth of Virginia vs. Richard A. Gill*** - Prince William County Circuit Court - Testimony - Expert Witness for Defense

12/18/98     ***Commonwealth of Virginia vs. Richard A. Gill*** - Fairfax County Circuit Court - Testimony - Expert Witness for Defense

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 8*

03/09/98     ***Commonwealth of Virginia vs. Elvia Garcia*** - Fairfax County Circuit Court - Testimony - Expert Witness for Defense

02/11/98     ***Commonwealth of Virginia vs. Jose Gutierrez*** - Alexandria Circuit Court - Testimony - Expert Witness for Defense

11/15/97     ***Commonwealth of Virginia vs. Benjamin W. Brown*** - Fairfax County Circuit Court - Testimony - Expert Witness for Defense

## Family Court

1/20/11     Circuit Court of Arlington County. ***Department of Family Services v. Dulce Aguilar.*** Expert Witness for the Commonwealth of Virginia.

5/19/09     Circuit Court of Fairfax County. ***Department of Family Services v. Florinda Perez, et. al.*** Expert Witness for the Commonwealth of Virginia.

3/27/07     Juvenile and Domestic Court. ***Commonwealth of Virginia, In re. Omar Rodriguez.*** Expert Witness for the Commonwealth of Virginia.

8/15/07     Circuit Court of Fairfax County. ***Brodrick C. Aratoon, Plaintiff, v. Cheryl Roberts Aratoon, Defendant.*** Expert Witness for Defendant.

4/25/07     Circuit Court for Fairfax, Virginia. ***Commonwealth of Virginia, In re/V. Imelda Rivera-Monge.*** Expert Witness for the Commonwealth of Virginia.

9/11/06     Circuit Court for Fairfax, Virginia.   ***Commonwealth of Virginia, In re/V. Randall Brian Carranza.*** Expert Witness for the Commonwealth of Virginia.

8/22/05     Deposition in the matter of ***Gail H. Tauscher (plaintiff) v. Thomas G. Tauscher*** (Defendant). In the Circuit Court for Montgomery County, Maryland. Court appointed.

3/29/05     Ex Parte in the Matter of the ***Petition of MEC & FG for Adoption of Minor Child.*** Superior Court of the District of Columbia Family Court. Expert Witness.

12/17/04    ***In re/V. Vicente Espinoza.*** In the Arlington Juvenile and Domestic Relations Court. Expert Witness for the Commonwealth of Virginia.

9/27/04     ***Belen and Marcos Castro.***   In the Superior Court of the District of Columbia Family Court.

01/20/04    ***Fairfax County Department of Family Services vs. Sandra Galvez*** in the Circuit Ct. of Fairfax County. Deposition. Expert Witness for the Commonwealth of Virginia.

12/04/03    ***Dolly K. Martin.***  In the Fairfax Co. Circuit Court. Court Appointed.

03/01/02    ***Commonwealth of VA vs. David A. Torres-Martinez.*** In the Fairfax County Juvenile and Domestic Court. Expert Witness for the Commonwealth of Virginia.

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 9*

04/24/01    ***Michael Carroll vs. Lorena Carroll.*** In the Montgomery County Circuit Court.
12/04/00    Court appointed. Deposition and Court Testimony.

1/09/01    ***Giovanna Montalvan.*** Commonwealth of Virginia. Department of Social Services -
            Appeals and Fair Hearings Unit.. Expert Witness for the Commonwealth of Virginia.

11/28/00    ***Fairfax County Department of Family Services vs. Ivette Perez.*** Fairfax County Circuit
            Court. Expert Witness for the Commonwealth of Virginia.

06/28/00    ***Commonwealth of VA vs. Daniel Perez.*** In the Fairfax County Juvenile and Domestic
            Court. Expert Witness for the Commonwealth of Virginia.

06/27/00    ***Commonwealth of VA vs. Frank Williams.*** Arlington Juvenile and Domestic Court.
            Expert Witness for the Commonwealth of Virginia.

05/19/98    ***Fairfax County Department of Family Services vs. Bertita & Janeth Murillo.*** In the
            Fairfax County Juvenile and Domestic Court. Expert Witness for the Commonwealth of
            Virginia.

05/13/98    ***Fairfax County Department of Family Services vs. Bertita & Janeth Murillo*** - Fairfax
            County Juvenile and Domestic Court. Expert Witness for the Commonwealth of Virginia.

03/03/98    ***Fairfax County Department of Family Services vs. Laurie Escolero, et al.*** Fairfax
            County Circuit Court. Expert Witness for the Commonwealth of Virginia.

02/03/98    ***Fairfax County Department of Family Services vs. Norma Flores, et al.*** Fairfax County
            Circuit Court. Expert Witness for the Commonwealth of Virginia.

11/10/97    ***Commonwealth of VA vs. Brian, Kevin, Jessica, Heather & Christopher Escolero.*** In
            the Fairfax County Juvenile and Domestic Court. Expert Witness for the Commonwealth
            of Virginia.

09/02/97    ***Alexandria Department of Social Services vs. Kamal Datt.*** City of Alexandria Circuit
            Court. Expert Witness for the Commonwealth of Virginia.

06/17/97    ***Alexandria Department of Social Services vs. Kamal Datt*** - City of Alexandria Juvenile
            and Domestic Court. Expert Witness for the Commonwealth of Virginia.

05/12/97    ***Fairfax County vs. Norma (Reyes) Flores.*** Fairfax County Juvenile and Domestic Court.
            Expert Witness for the Commonwealth of Virginia.

12/02/96    ***Maria Diaz vs. Alicia Cummings Morrisey & Dan J. Morrisey*** - Fairfax County General
            District Court. Expert Witness for Petitioner

12/12/96    ***Arlington County Department of Human Services vs. Francisco & Graciela Zabala*** -
            Arlington County Circuit Court. Expert Witness for the Commonwealth of Virginia.

*Forensic Cases*
*Gloria Morote, Ph.D.*
*Page 10*

07/10/96    ***Arlington County Department of Human Services vs. Francisco & Graciela Zabala*** -
Arlington County Circuit Court. Expert Witness for the Commonwealth of Virginia.

05/17/96    ***Fairfax County Department of Family Services vs. Jose Molina.***  Fairfax County
Juvenile and Domestic Court.  Expert Witness for the Commonwealth of Virginia.

05/03/96    ***Fairfax County Department of Family Services vs. Cindy, Kenny & Raul Reyes*** -
Fairfax County Circuit Court.  Expert Witness for the Commonwealth of Virginia.

05/01/96    ***Luis Mesa vs. Luz Farfan.***  Fairfax County General District Court - Testimony - Court
Appointed Expert Witness

04/16/96    ***Fairfax County Department of Family Services vs. Jessica, Juana, Jorge, Gloria &
Maria Andrade-*** Fairfax County Juvenile and Domestic Court.  Expert Witness for the
Commonwealth of Virginia.

02/01/96    ***Maria Diaz vs. Alicia Cumming Morrisey*** - Fairfax County Juvenile and Domestic Court
Expert Witness for Petitioner

04/26/93    ***Commonwealth of Virginia vs. David C. Church*** - Arlington County Juvenile and
Domestic Court Testimony - Sanity at the Time of the Offense.  Expert Witness for the
Commonwealth of Virginia.

## Employment Cases

12/20/00    ***In Re: Raleigh Harsley.  City of Alexandria Police Officer.***  Court Testimony.    Expert
Witness for Defense.

6/26/08     ***In re: MetropolitanPolice Officer***.  Police and Fire Fighters' Relief and Retirement
Board.  Court Testimony.

5/22/09     ***D.C. Fire and Emergency Medical Services Department.  Fire Trial Board of the
District of Columbia.***  In the District of Columbia. Court Testimony.

# Gloria Morote, Ph.D., PLLC
Neuropsychology and Clinical Psychology
(703) 683-2695

424 South Washington St.                          Facsimile: (703) 683-5454
Alexandria, Virginia  22314                       E-mail: morote@aol.com

---

### Fee  Schedule - 2011

1)   Neuropsychological and/or Psychological Evaluations:          $ 375 per hour
        Includes telephone consultations, review of records, clinical
        interviews, administration of tests, scoring and analysis of
        data, and report write up.

2)   Deposition Testimony:                                         $ 500 per hour
        Payment is required a week in advance of reserved time.

3)   Court Testimony
        Half day  (up to 4 hours)                                  $ 2,500
        Full day  (up to 8 hours)                                     5,000
        Payment is required a week in advance of reserved time

**Cancellation Policy**:

    If cancelled on the day of court appearance or on the day prior to
        Court appearance, the full fee is due

    If cancelled two days (2) days in advance of the reserved time,
        half of the fee is due

*Gloria Morote, Ph.D.*

**Gloria Morote, Ph. D.**
Licensed Clinical Psychologist
Clinical Neuropsychologist

