UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the ) <br> FORT TOTTEN METRORAIL CASES ) <br> Arising Out of the Events of June 22, 2009 ) <br> ) <br> LEAD CASE: Jenkins v. Washington ) <br> Metropolitan Area Transit Authority, et al. ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> Williams v. Washington Metropolitan Area ) <br> Transit Authority, et al. ) <br> ) | Case No. 1:10-mc-00314 (RBW/JMF) <br> Judge Reggie B. Walton <br><br> **THIS DOCUMENT RELATES TO:** <br> Case No. 1:09-cv-01609 |

**PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26(a)(2)**
**DISCLOSURE OF EXPERT TESTIMONY**

Plaintiffs Janice Williams and Isaiah Williams, Individually, and as Personal Representatives of the Estate of Cameron Williams, deceased, file this Second Supplemental Rule 26(a)(2) Expert Testimony Statement identifying opinion evidence to be elicited from expert/hybrid witnesses at the trial of this matter.

**GENERAL INFORMATION**

The information provided in this Second Supplemental Statement is based on information received to date and is subject to change or supplementation as additional information becomes available prior to trial and as discovery of additional factual information is developed. In addition, any expert designated specifically reserves the right to modify, add to, or correct any opinions expressed herein based on additional, pertinent or different information that is obtained prior to trial. The witnesses are expected to testify in part on the basis of their review of certain documents in the record, other documents including those produced pursuant to discovery, testimony

given during deposition or in other court related proceedings, and may rely pursuant to the rules of evidence on reports, statements and opinions the expert would ordinarily use or rely upon in the formulation of his or her opinion in the specialty with which he or she is qualified. These experts also base their opinions in part upon their expertise, training, background and general knowledge of the area to which opinions are being offered. Finally, Plaintiffs reserve the right to offer additional expert witnesses in the fields to which these experts have been identified and specifically reserve the right to substitute other expert witnesses in the event any of the designated witnesses are unavailable for trial, or otherwise cannot testify. The Plaintiffs will accommodate the Defendants in such events by making any additional or substituted expert witness available for a discovery deposition prior to trial.

*Experts retained specifically to testify at trial*:

1. Kris Sperry, M.D.
   Sperry Forensic Pathology Consulting, Inc.
   170 Nixon Road
   Senoia, GA  30276

2. Richard Lurito, M.D.
   1491 Chain Bridge Road
   Suite 300
   McLean, VA  22101

3. A. Wayne Williams, M.D.
   42995 Elk Place
   Chantilly, VA 20152

In addition to disclosures previously provided, these witnesses are expected to

testify in accordance with the opinions and bases therefore set forth in their respective depositions, which are expressly incorporated herein.

Plaintiffs further reserve the right to call as an expert witness any expert timely and properly identified by defendants, including but not limited to Dr. John Kelly, Dr. David Fowler and/or Mr. Thomas Walsh.  If called at trial, they are expected to testify in accordance with the opinions and bases therefore set forth in their respective reports and depositions.

          Respectfully submitted,

          /s/MELISSA RHEA
          JACK H. OLENDER    #9563
          MELISSA RHEA     #367196
          888 17th St., NW, 4th Fl.
          Washington, D.C. 20006
          202-879-7777
           Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __30th__ day of ___September___, 2011, I served a true and exact copy of Plaintiffs' Second Supplemental Rule 26(a)(2) Disclosure of Expert Testimony  by electronic mail through the Court filing system on:

 Robert B. Wallace, Esq.
 Wilson, Elser, Moskowitz, Edelman
  & Dicker, LLP
 700 11th Street, N.W,. Suite 400
 Washington, D.C.  20001

William G. Gandy, Esq.
Christopher Mangold, Esq.
Wilson, Elser, Moskowitz, Edelman
  &amp; Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia  22101
*Attorneys for Defendant Washington Metropolitan*
  *Area Transit Authority*

Timothy M. Broas, Esq.
Matthew Campbell, Esq.
Winston &amp; Strawn, LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
*Attorneys for Defendant Alstrom Signaling, Inc.*

Robert F. Reklaitis, Esq.
Leslie Paul Machado, Esq.
Robert Fletcher, Esq.
LeClair Ryan
2318 Mill Road, Suite 1100
Alexandria, Virginia  22314
*Attorneys for Defendant Ansaldo STS USA, Inc.*

Craig Brodsky, Esq.
Goodell, DeVries, Leech &amp; Dann
One South Street
20th Floor
Baltimore, MD 21202
*Attorneys for Defendant ARINC, Inc.*

                                          /s/ Melissa Rhea
                                          Melissa Rhea