UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>FORT TOTTEN METRORAIL CASES )<br>Arising Out of the Events of June 22, 2009 )<br> )<br> )<br>LEAD CASE: <u>Jenkins v. Washington</u> )<br><u>Metropolitan Area Transit Authority, et al.</u> )<br> )<br>THIS DOCUMENT RELATES TO: )<br> )<br>*Jenkins v. Washington Metropolitan Area* )<br>*Transit Authority, et al.* )<br>Case No.: 1:09-cv-01442-RBW )<br> ) | Case No.:  10-mc-00314 (RBW)(JMF) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the entire above captioned matter – as it relates only to *Jenkins v. Washington Metropolitan Area Transit Authority, et al*, Case No. 1:09-cv-01442-RBW - be and hereby is dismissed with prejudice, including all cross-claims by and among the defendants for contribution, indemnity and other wise, related to or arising only from the alleged fatal injuries to Veronica Dubose in this action. It is further stipulated that the parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  May 14, 2012

                                        Respectfully submitted,

                                        _____/s/_____
                                        David E. Haynes, D.C. Bar No. 483119
                                        Stephen D. Annand, D.C. Bar No. 480532
                                        THE COCHRAN FIRM
                                        1100 New York Avenue, N.W.

Suite 340, West Tower
Washington, D.C. 20005
Telephone: (202) 682-5800
Fax: (202) 408-8851
dhaynes@cochranfirm.com
sannand@cochranfirm.com

William H. Kennedy, III
(Admitted pro hac vice)
Law Offices of DiStefano, Bossola &
 Kennedy
7471 West Oakland Park Boulevard,
Suite 106
Fort Lauderdale, FL  33319


_____/s/_____
William G. Gandy, Esq., D.C. Bar No. 491153
Wilson Elser Moskowitz
 Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia  22102
*Counsel for Defendant WMATA*


_____/s/_____
Craig S. Brodsky, Esq., D.C. Bar No. 454924
Goodell, DeVries, Leech & Dann LLP
One South Street
20th Floor
Baltimore, Maryland 21202
*Counsel for Defendant ARINC, Inc.*


_____/s/_____
Adam S. Nadelhaft, Esq., D.C. Bar No. 490124
Winston & Strawn, LLP
1700 K Street N.W.
Washington, D.C. 20006
*Counsel for Defendant Alstom Signaling, Inc.*

/s/
Leslie P. Machado, Esq., D.C. Bar No. 472395
LeClair Ryan
1101 Connecticut Avenue
Suite 600
Washington, D.C. 20036
*Counsel for Defendant Ansaldo STS USA, Inc.*

*IT IS HEREBY SO ORDERED*

Dated: May 17, 2012

Honorable Reggie B. Walton
United States District Court for
the District of Columbia