**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| FORT TOTTEN METRORAIL CASES ) | |
| Arising Out of the Events of June 22, 2009 ) | |
| ) | Miscellaneous Case No. 10-314 (RBW) |
| LEAD CASE: <u>Jenkins v. Washington</u> ) | |
| <u>Metropolitan Area Transit Authority, et al.</u> ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | |

# **ORDER**

In accordance with the Memorandum Opinion issued this same date, it is

**ORDERED** that the Post's motion for leave to intervene and for access to court records is **GRANTED IN PART** and **DENIED IN PART**.  It is further

**ORDERED** that the Post is granted leave to permissively intervene under Rule 24(b) for the limited purpose of seeking access to sealed court records.  It is further

**ORDERED** that once this Order goes into effect, the following filings shall be unsealed in their entirety: ECF Nos. 616, 623, 624, 625, 627, 630, 631, 638, 639, 641, 649, 650, 651, 655, 656, 661, 711, 715, 716, 718, 719, and 721.  It is further

**ORDERED** that ten days after this Order goes into effect, the parties shall submit redacted versions of ECF Nos. 218, 219, 240, 247, 253, 657, 676, 677, 773, 774, 775, 776, 778, 779, 780, and 781 for filing on the public docket, omitting any references to individuals' birthdates and minors' names, as well as the names of the minors' family or guardians.  It is further

1

**ORDERED** that ten days after this Order goes into effect, the parties shall submit a redacted version of ECF No. 657 for filing on the public docket, omitting the sensitive medical information found at pages three through five of ECF No. 657-2.  It is further

**ORDERED** that this Order is **STAYED** for fourteen days so as to allow the parties an opportunity to appeal.  If there is an appeal within fourteen days, the Court will stay this Order pending the Circuit's resolution of that appeal, unless otherwise instructed by the Circuit.

**SO ORDERED** this 8th day of August, 2013.

REGGIE B. WALTON
United States District Judge
