**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>**FORT TOTTEN METRORAIL CASES**<br>Arising Out of the Events of June 22, 2009 | :<br>:<br>: |
| **LEAD CASE:** Jenkins v. Washington<br>Metropolitan Area Transit Authority, <u>et al</u>. | :<br>   Case No. 10 MC 314 (RBW)<br>: |
| **THIS DOCUMENT RELATES TO:**<br>*Brooks v. Alstom Signaling Inc., et al.*<br>*Case No. 1:12-cv-00760 (RBW)* | :<br>: |
| | : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the entire above-captioned matter – as it relates only to *Brooks v. Alstom Signaling Inc., et al.* Case No. 1:12-cv-00760-RBW – be and hereby is dismissed with prejudice, including all cross-claims by and among the defendants for contribution, indemnity or otherwise, related to or arising only from the *Brooks* action. It is further stipulated that the parties shall bear their own attorneys' fees and costs incurred in this action.

Date:  December 12, 2013

                                                                            Respectfully submitted,

WINSTON & STRAWN, LLP                              REGAN ZAMBRI LONG BERTRAM


By:   /s/ *Timothy M. Broas*                              By:   /s/ *Patrick M. Regan*
         Timothy M. Broas         #391145                     Patrick M. Regan         #336107
         tbroas@winston.com                                         pregan@reganfirm.com
         John J. Rosenthal          #425263                     Salvatore J. Zambri        #439016

|  |  |
|---|---|
| jrosenthal@winston.com | szambri@reganfirm.com |
| Matthew A. Campbell | Victor E. Long            #323634 |
| Adam Nadelhaft            #490124 | vlong@reganfirm.com |
| 1700 K Street, NW | 1919 M Street, NW, Suite 350 |
| Washington, DC  20006-3817 | Washington, DC  20036 |
| PH:  (202) 282-5000 | PH:  (202) 463-3030 |
| Fax: (202) 282-5100 | Fax: (202) 463-0667 |
| *Counsel for Defendant* | *Counsel for Plaintiff Brian Brooks* |
| *Alstom Signaling, Inc.* |  |

| GOODELL DEVRIES LEECH & DANN | LECLAIR RYAN |
|---|---|
| By:  /s/ *K. Nichole Nesbitt* | By:  /s/ *Robert P. Fletcher* |
| Richard M. Barnes     #MD00669 | Robert F. Reklaitis       #358973 |
| rmb@gdldlaw.com | robert.reklaitis@leclairryan.com |
| Linda S. Woolf        #MD084724 | Leslie Paul Machado    #472395 |
| lsw@gdldlaw.com | leslie.machado@leclairryan.com |
| K. Nichole Nesbitt    #469793 | Robert P. Fletcher      # 375543 |
| knn@gdldlaw.com | robert.fletcher@leclairryan.com |
| Craig S. Brodsky      #454924) | 1101 Connecticut Ave., NW, # 600 |
| csb@gdldlaw.com | Washington, DC  200036 |
| One South Street, 20th Floor | PH:  (202) 659-4140 |
| Baltimore, MD 21202 | Fax: (202) 659-4130 |
| PH:  (410) 783-4000 | *Counsel for Defendant* |
| Fax: (410) 783-4040 | *Ansaldo STS USA, Inc.* |
| *Counsel for Defendant ARINC, Inc.* |  |