UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the
FORT TOTTEN METRORAIL CASES
Arising Out of the Events of June 22, 2009

LEAD CASE: Jenkins v. Washington
Metropolitan Area Transit Authority, et al.

THIS DOCUMENT RELATES TO:
ALL CASES

Case No. 10 MC 314 (RBW) (JMF)

### PLAINTIFF ▮▮▮ CONSENT PETITION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY[1]

Plaintiff ▮▮▮, individually, as personal representative of the Estate of ▮▮▮, deceased, and on behalf of all wrongful death beneficiaries (collectively the ▮▮▮-Plaintiffs), and with consent of Defendant Washington Metropolitan Area Transit Authority (WMATA), through undersigned counsel, hereby respectfully submits this consent petition for approval of a settlement between the ▮▮▮-Plaintiffs and WMATA in this matter, filed under seal, and states as follows in support of this consent petition:

---

[1] Given the confidentiality of the settlement amounts, this Petition will be held under seal and it is agreed that it can only be viewed by the following exclusively: WMATA, ▮▮▮ ▮▮▮ ▮▮▮, and their attorneys. It may not be viewed by anyone else, including Alstom, Ansaldo, or ARINC (the "Corporate Defendants") or ▮▮▮ and his attorneys. A separate Petition and Order will be submitted to the Court addressing the settlement funds that are being paid directly to ▮▮▮ by Defendant WMATA.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

365845.1

1. ███████ died in the Fort Totten Red-Line Metrorail collision that occurred on June 22, 2009. She was 40 years old at the time of her death, born on ███████.

2. ███████ was survived by her six children, ███████ 24 years old, (DOB: ███████); ███████ 21 years old, (DOB: ███████); ███████ years old, (DOB: ███████); ███████ years old, (DOB: ███████); ███████, ███████ years old, (DOB: ███████; and ███████ years old, (DOB: ███████). At the time of her death, ███████ was officially married to ███████.

3. Plaintiff ███████ filed her civil action individually, as personal representative of the Estate of ███████, and on behalf of all wrongful death beneficiaries. ███████, who was ███████ legal husband at the time of her death, filed a duplicative claim that was ultimately dismissed by the Court. Mr. ███████ filed an appeal of the dismissal of his claims, but the appeal has been stayed, as the parties have resolved their disputes.

4. The ███████-Plaintiffs' claims arise under the District of Columbia's Survival and Wrongful Death Acts. Whether, and if so to what extent, ███████ endured conscious pain and suffering prior to her death has been disputed in this case. That issue was addressed in a *motion in limine*.

5. The viability of ███████ individual wrongful death claim has also been disputed throughout discovery.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 2 -

365845.1

6. Nevertheless, the ▬▬▬ Plaintiffs and Defendant WMATA have been able to reach a settlement in this case for a total sum of $4,650,000.00. This settlement was reached following an initial mediation with Judge Howard Chasanow, a subsequent mediation with retired Judge Nan Shuker, and follow-up settlement discussions that were monitored and facilitated by Judge Shuker, culminating into the ultimate resolution of the claims against WMATA.

7. These parties seek approval of this settlement, which involves four minors.

8. With prior authorization from the Court, this petition and the attached proposed Order are being filed under seal.

9. The parties believe that the settlement amount of $4,650,000.00 is reasonable under the circumstances of this case, especially since the ▬▬▬ Plaintiffs have entered into a separate settlement with the remaining Corporate Defendants which will provide the ▬▬▬ Plaintiffs with additional recoveries. The amount and manner of distribution of the separate settlement with the other defendants has been, or will be, set forth in a separate confidential settlement petition.

10. As a condition of their settlement, the parties agree that any order approving the separate confidential settlement with the Corporate Defendants should include provisions requiring a mutual release and dismissal with prejudice of any claims the Corporate Defendants and their agents and insurers may have against WMATA and its agents and insurers arising out of the death of ▬▬▬ as a result of the WMATA train collision on June 22, 2009 near the Fort Totten Station in Washington,

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 3 -

365845.1

D.C. The parties' proposed order approving the ▓▓▓▓-Plaintiffs' settlement with WMATA includes mutual release and dismissal paragraphs.

11.     Specifically, the ▓▓▓▓-Plaintiffs seek approval of the following distribution of the settlement amount of $4,650,000.00 from Defendant WMATA:



|   |   |
|---|---|
| a. | $   870,000.00 |
| b. | $   696,000.00 |
| c. | $   696,000.00 |
| d. | $   696,000.00 |
| e. | $   696,000.00 |
| f. | $   696,000.00 |
| g. | $   140,000.00 |
| h. | $   160,000.00 |
|   | $ 4,650,000.00 |

11.     The ▓▓▓▓ Plaintiffs seek further approval of the following distribution of the total settlement amount of $4,650,000.00:

a.    $160,000.00 paid by WMATA or its insurers by way of check payable directly to ▓▓▓▓ and his attorneys;

b.    $1,496,666.00 to Regan Zambri & Long, PLLC for attorneys' fees, reflecting one-third of the balance of settlement funds after deducting the $160,000 payment to ▓▓▓▓;

c.    $200,667.00 to Regan Zambri & Long, PLLC for reimbursement of litigation expenses;

d.    $140,000.00 to resolve the claims of the estate of ▓▓▓▓ by check payable to '▓▓▓▓ personal representative of the estate

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 4 -

365845.1

of ▇▇▇▇, and such funds shall be distributed by ▇▇▇▇ pursuant to the applicable intestacy laws;

  e. The net balance of $2,652,667.00 shall be distributed to the children of ▇▇▇▇ ▇▇▇▇ an adult child, ▇▇▇▇, an adult child, ▇▇▇▇ a minor child, ▇▇▇▇ a minor child, ▇▇▇▇ a minor child, and ▇▇▇▇ a minor child—to be allocated as follows:

   1. $50,000.00 in up-front cash to ▇▇▇▇

   2. $30,000.00 in up-front cash to ▇▇▇▇

   3. $12,500.00 in up-front cash for the benefit of ▇▇▇▇ payable to ▇▇▇▇, the guardian of the property of ▇▇▇▇ a minor;

   4. $12,500.00 in up-front cash for the benefit of ▇▇▇▇ payable to ▇▇▇▇ the guardian of the property of ▇▇▇▇ a minor;

   5. $12,500.00 in up-front cash for the benefit of ▇▇▇▇ payable to ▇▇▇▇ the guardian of the property of ▇▇▇▇ a minor;

   6. $12,500.00 in up-front cash for the benefit of ▇▇▇▇ payable to ▇▇▇▇ the guardian of the property of ▇▇▇▇

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

365845.1

7. The additional amount totaling $2,522,667.00, to be payable to BHG Structured Settlements, Inc. to fund the periodic payment portion of this settlement, as follows:

    i. $411,926.72 to fund the periodic payments for ▇

    ii. $411,926.72 to fund the periodic payments for ▇

    iii. $411,926.72 to fund the periodic payments for ▇

    iv. $374,426.72 to fund the periodic payments for ▇

    v. $518,033.40 to fund the periodic payments for ▇

    vi. $394,426.72 to fund the periodic payments for ▇

12. The ▇ Plaintiffs further seek approval of the distribution of the funds described in Paragraph 11.e.7., above, as follows:

    a) Benefits payable to ▇

    (1) $17,500.00 payable annually beginning ▇ for four years, with the last guaranteed benefit payable on ▇

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 6 -

365845.1

   (2)   $900.00 payable monthly beginning on ▮▮▮ for life with 40 years guaranteed, with the last guaranteed payment on ▮▮▮;

   (3)   $15,000.00 payable on ▮▮▮

   (4)   $20,000.00 payable on ▮▮▮

   (5)   $25,000.00 payable on ▮▮▮ and

   (6)   $36,000.00 payable on ▮▮▮

b)   Benefits payable to ▮▮▮

   (1)   $17,500.00 payable annually beginning on ▮▮▮ for four years only with the last guaranteed payment on ▮▮▮.

   (2)   $1,000.00 payable monthly beginning on ▮▮▮ for life with 40 years guaranteed with the last guaranteed payment on ▮▮▮

   (3)   $10,000.00 payable on ▮▮▮

   (4)   $15,000.00 payable on ▮▮▮

   (5)   $20,000.00 payable on ▮▮▮ and

   (6)   $83,000.00 payable on ▮▮▮

c)   Benefits payable to ▮▮▮

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 7 -

365845.1



  (1) $17,500.00 payable annually beginning on ▮ for four years only with the last guaranteed payment on ▮

  (2) $1,100.00 payable monthly beginning on ▮ for life with 40 years guaranteed, with the last guaranteed payment on ▮

  (3) $10,000.00 payable on ▮

  (4) $15,000.00 payable on ▮

  (5) $20,000.00 payable on ▮ and

  (6) $79,000.00 payable on ▮

 d) Benefits payable to ▮

  (1) $1,000.00 payable monthly beginning on ▮ for life with 40 years guaranteed with the last guaranteed payment on ▮

  (2) $10,000.00 payable on ▮

  (3) $15,000.00 payable on ▮

  (4) $20,000.00 payable on ▮ and

  (5) $51,000.00 payable on ▮

 e) Benefits payable to ▮

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

365845.1

 (1) $25,000.00 payable annually beginning on ▮ for four years only with the last guaranteed payment on ▮

 (2) $2,000.00 payable monthly beginning on ▮ for life with 40 years guaranteed with the last guaranteed payment on ▮

 (3) $20,000.00 payable on ▮

 (4) $40,000.00 payable on ▮

 (5) $60,000.00 payable on ▮ and

 (6) $59,000.00 payable on ▮

f) Benefits payable to ▮

 (1) $1,000.00 payable monthly beginning on ▮ for life with 40 years guaranteed with the last guaranteed benefit on ▮

 (2) $15,000.00 payable on ▮

 (3) $20,000.00 payable on ▮

 (4) $30,000.00 payable on ▮ and

 (5) $54,000.00 payable on ▮

13. The ▮ Plaintiffs submit that the settlement reached between them and WMATA, as well as the distribution of the settlement funds as outlined above, are

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 9 -

365845.1

in the interests of the ▮▮▮ Plaintiffs and the interests of justice. It is therefore, respectfully requested that the Court approve this settlement and the requested distribution of proceeds pursuant to D.C. Code Section 21-120(a).

WHEREFORE, for the foregoing reasons, Plaintiff ▮▮▮ respectfully requests that the Court grant this consent petition, approving the settlement with WMATA in full, filed under seal, and that the Court further approve the distribution of the settlement proceeds as stated above and set forth in the attached proposed Order Approving Settlement.

Dated: October 26, 2012

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

/s/ Salvatore J. Zambri
Patrick M. Regan    #336107
pregan@reganfirm.com
Salvatore J. Zambri #439016
szambri@reganfirm.com
Victor E. Long     #323634
vlong@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, DC 20036
Ph:   (202) 463-3030
Fx:   (202) 463-0667
*Counsel for* ▮▮▮
*Individually, as Personal Representative of the Estate of* ▮▮▮ *and on behalf of all wrongful death beneficiaries*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

365845.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

/s/ Jason R. Waters
William G. Gandy, Esq. (# 491153)
Jason R. Waters, Esq. (# 491066)
8444 Westpark Drive- Suite 510
McLean, VA 22102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
william.gandy@wilsonelser.com
jason.waters@wilsonelser.com

/s/ Robert B. Wallace
Robert B. Wallace, Esq. (# 108571)
700 11th Street, N.W., Suite 400
Washington, DC 20001
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
robert.wallace@wilsonelser.com
*Counsel for WMATA*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 11 -

365845.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff ▮▮▮▮ Petition for Approval of Settlement with Defendant WMATA and proposed Order was sent via email and mail, this 26th day of October, 2012 to:

William G. Gandy, Esq.
Jason R. Waters, Esq.
8444 Westpark Drive- Suite 510
McLean, VA 22102

Robert B. Wallace, Esq.
700 11th Street, N.W., Suite 400
Washington, DC 20001

/s/ Salvatore J. Zambri
Salvatore J. Zambri

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 12 -

365845.1