**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the ) | |
| ) | |
| FORT TOTTEN METRORAIL CASES ) | |
| Arising Out of the Events of June 22, 2009 ) | |
| ) | |
| LEAD CASE: *Jenkins v. Washington* ) | Case No.: 1:10-mc-314 (RBW)(JMF) |
| *Metropolitan Area Transit Authority, et al.* ) | |
| ) | **This Document Relates To:** |
| THIS DOCUMENT RELATES TO: ) | Case No.: No. 1:09-cv-2171 (RBW) |
| *Douglas, et al. v. Washington Metropolitan Area* ) | Carol Anne Douglas and |
| *Transit Authority, et al.* ) | Wilcox Doolittle |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the entire above captioned matter – as it relates only to *Douglas, et al. v. Washington Metropolitan Area Transit Authority, et al.,* Case No.: 1:09-cv-2171 (RBW) – be and hereby is dismissed with prejudice, including all cross-claims by and among the defendants for contribution, indemnity or otherwise, related to or arising only from the alleged physical and emotional injuries to and subsequent death of plaintiff's decedent Mary Doolittle in this Action. It is further stipulated that the parties shall bear their own attorney's fees and costs incurred in this action.

Dated: December 4, 2014                               Respectfully submitted,

By: */s/ Michael Harris Feldman*
Michael Harris Feldman (#202762)
BERMAN SOBIN GROSS FELDMAN &
DARBY LLP
32 West Road, Suite 210
Towson, MD 21204
Telephone: (301) 670-7030
Fax: (301) 670-9492
mfeldman@bsgfdlaw.com

490727v.2
523836v.1

J. Mitchell Lambros
*Admitted Pro Hac Vice*
LAMBROS & LAMBROS
9900 North York Road
Cockeysville, MD 21030
Telephone: (410) 666-2200
Fax: (410) 666-0244
lambros@lambroslaw.com
*Counsel for Plaintiffs Carol Anne Douglas and Wilcox Doolittle*

 */s/ Jason R. Waters*
William G. Gandy, Esq. (# 491153)
Jason R. Waters, Esq. (# 491066)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
8444 Westpark Drive- Suite 510
McLean, VA 22102
Telephone:  (703) 245-9300
Facsimile:  (703) 245-9301
william.gandy@wilsonelser.com
jason.waters@wilsonelser.com

 */s/ Robert B. Wallace*
Robert B. Wallace, Esq. (# 108571)
700 11th Street, N.W., Suite 400
Washington, DC  20001
Telephone: (202) 626-7660
Facsimile:  (202) 628-3606
robert.wallace@wilsonelser.com

Of Counsel:
Thomas W. Tobin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001

2

        Kathleen Carey, Esq.
        Brendan Chandonnet, Esq.
        Washington Metropolitan Area Transit Authority
        600 Fifth Street, N.W.
        Washington, DC 20001
        Telephone: (202) 962-2814
        Facsimile: (202) 962-2550
        msullivan@WMATA.com
        bchandonnet@WMATA.com
        *Attorneys for Defendant Washington Metropolitan Area Transit Authority*

        /s/ *Robert Fletcher*
        Robert F. Reklaitis, Esq. (# 358973)
        Leslie Paul Machado, Esq. (# 472395)
        Robert Fletcher, Esq. (# 375543)
        LECLAIR RYAN
        815 Connecticut Avenue NW, Suite 620
        Washington, D.C. 20006
        *Attorneys for Defendant Ansaldo STS USA, Inc.*

        /s/ *Matthew A. Campbell*
        John J. Rosenthal, Esq. (# 425263)
        Matthew A. Campbell, Esq.
        Adam Nadelhaft, Esq. (#490124)
        WINSTON & STRAWN, LLP
        1700 K Street, N.W.
        Washington, DC 20006-3817
        *Attorneys for Defendant Alstom Signaling Inc.*

        /s/ *Craig S. Brodsky*
        Richard M. Barnes (# MD00669)
        Linda S. Woolf (# MD084724)
        K. Nichole Nesbitt (# 469793)
        Craig S. Brodsky (# 454924)
        GOODELL DEVRIES LEECH & DANN, LLP
        One South Street, 20th Floor
        Baltimore, MD 21202
        *Attorneys for Defendant ARINC, Inc.*

*IT IS HEREBY SO ORDERED*

**Dated: _____**          _____
**Honorable Reggie B. Walton
United States District Court
for the District of Columbia**

490727v.2
523836v.1