**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of the FORT TOTTEN METRORAIL CASES** Arising Out of the Events of June 22, 2009<br><br>**LEAD CASE:** *Jenkins v. Washington Metropolitan Area Transit Authority, et al.*<br><br>**THIS DOCUMENT RELATES TO:** *All Cases.* | **Case No.: 1:10-mc-314 (RBW)**<br><br>**This Document Relates To:** *All cases.* |

## DEFENDANTS' STATUS REPORT

Defendants Washington Metropolitan Area Transit Authority ("WMATA"), Alstom Signaling Inc. ("Alstom"), Ansaldo STS USA, Inc. ("Ansaldo"), and ARINC, Inc. ("ARINC") (collectively "Defendants"), in accordance with this Court's November 18, 2014 Order (Dkt. 908), submit this status report.

1.   As of the date of this report, the parties have filed stipulations of dismissal with prejudice or voluntary dismissals with prejudice in each of the individual cases in the consolidated Fort Totten litigation, Case No. 1:10-mc-314.

2.   All individual cases in the consolidated Fort Totten litigation are terminated and closed with the exception of *Douglas et al. v. WMATA, et al.,* Case No. 1:09-cv-2171. *See* Exhibit A - Complete Status Chart of All Individual Cases in the Fort Totten Litigation.

3.   The parties filed a Stipulation of Dismissal in *Douglas* on December 4, 2014.

4.   Although the Court terminated and closed the individual cases in the Fort Totten litigation save for *Douglas,* the Court has yet to file formal orders of dismissal in several of these cases as shown in the following chart:

521152v.3

| Cases Awaiting Dismissal Orders | | | | | |
|---|---|---|---|---|---|
| Individual Case Number | Plaintiff's Name | Date Stipulation of Dismissal Filed: | Dkt. No. Stipulation of Dismissal: | Date Termed/ Closed | Status |
| 1:09-cv-1774 | Yitzchock & Zelda Shapiro | 01/05/2012 | 585 | 09/12/2012 | Closed |
| **1:09-cv-2171** | **Carol Anne Douglas & Wilcox Doolitle** | **12/04/2014** | **909** | | **Open** |
| 1:10-cv-684 | Tawanda Brown | 07/09/2014 | 906 | 03/21/2014 | Closed |
| 1:11-cv-1863 | Monica Jones[1] | 11/30/2011 | 6[2] | 11/30/2011 | Closed |
| 1:12-cv-496 | Alfreda Latta (Stewart) | 07/09/2013 | 841 | 07/26/2013 | Closed |
| 1:12-cv-583 | David Bottoms | 06/06/2013 | 826 | 06/07/2013 | Closed |
| 1:12-cv-941 | Larry & Jeanette Oakley | 06/06/2013 | 825 | 12/13/2013 | Closed |
| 1:12-cv-984 | Amanda Owens | 03/08/2013 | 797 | 03/11/2013 | Closed |

     5.    Defendants submit that they have resolved all individual cases in this consolidated Fort Totten litigation.

     6.    With the entry of formal dismissals in the above-identified cases, all individual cases in the consolidated action will be dismissed and closed.

     7.    Defendants further submit that, pursuant to D.C. Code § 12-301 and D.C. Code § 16-2702, the statute of limitations is expired for individuals to bring claims against the Defendants for injuries arising from the events of June 22, 2009.

Accordingly, Defendants respectfully request that this Court enter an order dismissing with prejudice each of the individual cases identified in the table above. Defendants further request that this Court enter an order dismissing this consolidated action, Case No. 1:10-mc-314, in its entirety with prejudice.

---

[1] Alstom, Ansaldo, and ARINC are not parties to *Jones v. WMATA,* Case No. 1:11-cv-1863.
[2] Pending Stipulation of Dismissal with Prejudice filed in individual case only, *Jones v. WMATA,* Case No. 1:11-cv-1863.

521152v.3

Dated: December 5, 2014					Respectfully submitted,

							WILSON, ELSER, MOSKOWITZ,
							EDELMAN & DICKER LLP


							By:    */s/ Jason R. Waters*
								William G. Gandy, Esq. (# 491153)
								Jason R. Waters, Esq. (# 491066)
								8444 Westpark Drive- Suite 510
								McLean, VA 22102
								Telephone: (703) 245-9300
								Facsimile: (703) 245-9301
								william.gandy@wilsonelser.com
								jason.waters@wilsonelser.com

								*/s/ Robert B. Wallace*
								Robert B. Wallace, Esq. (# 108571)
								700 11th Street, N.W., Suite 400
								Washington, DC 20001
								Telephone: (202) 626-7660
								Facsimile: (202) 628-3606
								robert.wallace@wilsonelser.com

Of Counsel:
Thomas W. Tobin, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001

							Kathleen Carey, Esq.
							Brendan Chandonnet, Esq.
							Washington Metropolitan Area Transit
							Authority
							600 Fifth Street, N.W.
							Washington, DC 20001
							Telephone: (202) 962-2814
							Facsimile: (202) 962-2550
							msullivan@WMATA.com
							bchandonnet@WMATA.com


3

521152v.3

*Attorneys for Defendant Washington Metropolitan Area Transit Authority*

/s/ *Robert Fletcher*
Robert F. Reklaitis, Esq. (# 358973)
Leslie Paul Machado, Esq. (# 472395)
Robert Fletcher, Esq. (# 375543)
LECLAIR RYAN
815 Connecticut Avenue NW, Suite 620
Washington, D.C. 20006
*Attorneys for Defendant Ansaldo STS USA, Inc.*

/s/ *Matthew A. Campbell*
Timothy M. Broas, Esq. (# 391145)
John J. Rosenthal, Esq. (# 425263)
Matthew A. Campbell, Esq. (# 472293)
Adam Nadelhaft, Esq. (#490124)
WINSTON & STRAWN, LLP
1700 K Street, N.W.
Washington, DC 20006-3817
*Attorneys for Defendant Alstom Signaling Inc.*

/s/ *Craig S. Brodsky*
Richard M. Barnes (# MD00669)
Linda S. Woolf (# MD084724)
K. Nichole Nesbitt (# 469793)
Craig S. Brodsky (# 454924)
GOODELL DEVRIES LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, MD 21202
*Attorneys for Defendant ARINC, Inc.*

4

521152v.3

## **CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 5th day of December 2014, the above **DEFENDANTS' STATUS REPORT** was served via CM/ECF for the U.S. District Court of the District of Columbia to all counsel of record.

                                                  */s/ Jason R. Waters*
                                                  William G. Gandy, Esq. (# 491153)
                                                  Jason R. Waters, Esq. (# 491066)
                                                  8444 Westpark Drive- Suite 510
                                                  McLean, VA 22102
                                                  Telephone: (703) 245-9300
                                                  Facsimile: (703) 245-9301
                                                  william.gandy@wilsonelser.com
                                                  jason.waters@wilsonelser.com

521152v.3